# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>        Plaintiff,<br><br>        v.<br><br>Navient Corporation, *et al.*,<br><br>        Defendants. | Case No. 3:17-CV-00101-RDM<br>(Hon. Robert D. Mariani)<br><br>Electronically Filed |

## PLAINTIFF'S REPORT
## REGARDING SERVICE OF THE SUMMONS AND COMPLAINT

Pursuant to the Court's January 19, 2017 letter, Plaintiff Consumer Financial Protection Bureau respectfully submits this written report regarding service of the summons and complaint in this matter.

All Defendants have executed waivers of service, and those waivers were filed with the Court on February 2, 2017.

Dated: February 9, 2017

Respectfully submitted,

Anthony Alexis
*Enforcement Director*

David Rubenstein
*Deputy Enforcement Director*

Thomas Kim
*Assistant Deputy Enforcement Director*

  /s/ Nicholas Jabbour
Nicholas Jabbour, DC 500626
(Email: Nicholas.Jabbour@cfpb.gov)
(Phone: 202-435-7508)
Brandis Anderson, CA 261325
(Email: Brandis.Anderson@cfpb.gov)
(Phone: 202-435-7548)
Ebony Johnson, VA 76890
(Email: Ebony.Johnson@cfpb.gov)
(Phone: 202-435-7245)
*Enforcement Attorneys*

1700 G Street NW
Washington, DC 20552
Fax: 202-435-9346

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

## **CERTIFICATE OF SERVICE**

I certify that on, February 9, 2017, I served the foregoing document by email to the following:

> Daniel P. Kearney, Jr.
> WilmerHale
> 1875 Pennsylvania Avenue, NW
> Washington DC 20006
> Daniel.kearney@wilmerhale.com
>
> *Attorney for Defendants*

Mr. Kearney consented to email service of this document.

> \_/s/ Nicholas Jabbour_____
> Nicholas Jabbour, DC 500626
> Nicholas.Jabbour@cfpb.gov
> 1700 G Street NW
> Washington, DC 20552
> Phone: 202-435-7508
> Fax: 202-435-9346
>
> *Attorney for Plaintiff*
> *Consumer Financial Protection Bureau*