# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 3:CV-17-00101 |
| | ) | (Hon. Robert D. Mariani) |
| v. | ) | |
| | ) | |
| Navient Corporation, *et al.*, | ) | |
| | ) | Electronically Filed |
| *Defendants*. | ) | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' <u>MOTION TO DISMISS</u>

Before this Court is Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). On considering the briefs filed in support and opposition thereto, Defendants' Motion is hereby GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Entered this ___ day of _____, 2017.

_____
The Honorable Robert D. Mariani
District Judge
United States District Court for the
Middle District of Pennsylvania