# EXHIBIT D



| | Department of Education Loan Services |
|---|---|
| PO BOX 9635 | |
| WILKES-BARRE PA 18773-9635 | (800) 722-1300 |

Account Number: ▇▇▇▇

Dear ▇▇▇▇▇▇▇▇▇▇:                                             07/02/12

We're happy we're able to assist you with the Income-Based Repayment (IBR) Plan. Your current IBR 12-month repayment period will expire in approximately 90 days. If you'd like to continue with the plan, please complete the included Repayment Plan Selection Form.

Once we receive your completed request form, along with a copy of your most recently filed tax return, we'll begin processing your request. Please note that if you filed your federal tax return electronically, you'll need to include the e-sign confirmation page.

This information, which includes an update of your household's size, is required to determine if you qualify for partial financial hardship again. If we determine that you're experiencing partial financial hardship, your new IBR payment will be limited to no more than 15% of your discretionary income. If you don't provide the requested information, you'll remain in the IBR plan but your monthly education loan payment could increase significantly.

When updating your IBR information, please note:

**If your most recently filed federal tax return doesn't accurately reflect your current income**, please complete and sign the IBR Plan Alternative Documentation of Income Form.* When returning it to us, please be sure to include all requested documentation of your current income.

**If you were not required to file a federal tax return for the previous year**, please complete and sign the IBR Plan Alternative Documentation of Income Request Form,* and the included Repayment Plan Selection Form. Please return both forms to us (along with all requested documentation of your current income) and a signed letter explaining why you weren't required to file a tax return.

## Loan Information

*If you have questions or concerns about your account, write to us at the address provided above.*
The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 05/23/08 | $ 2,250.00 | $ 2,401.84 | 6.800 | FFELP |
| * 05/23/08 | 2,000.00 | 2,436.16 | 6.800 | FFELP |
| * 08/15/08 | 4,500.00 | 4,767.73 | 6.000 | FFELP |
| * 08/15/08 | 1,435.00 | 1,704.02 | 6.800 | FFELP |
| * 05/22/09 | 1,000.00 | 1,059.49 | 6.000 | FFELP |
| * 05/22/09 | 3,873.00 | 4,437.53 | 6.800 | FFELP |

PHONE (800) 722-1300 • FAX (866) 266-0178 • TDD/TTY (877) 713-3833            SallieMae.com

Para comunicarse en Español con 'Atención al Cliente', llame gratis al 1-800-722-1300, y marque el numero correspondiente.

9409541001158909994

H388   E20169   4860            LWL11



NAV-00000094

**SallieMae** | **Department of Education Loan Services**
www.SallieMae.com



Page 2                                                                 07/02/12

Please make sure the forms are filled out completely and return them within the next 45 to 60 days. By providing incorrect or incomplete information the process will be delayed. The IBR renewal process may take at least 30 days, depending on the application method.

If you're applying for joint IBR, carefully read the qualifications below to see if you may be eligible:

- Married and filed a joint income tax return, or
- You have a Federal Consolidation Loan that you borrowed jointly with your spouse, and your spouse has a loan(s) that's eligible for Income-Based Repayment.

If you're eligible, we'll need your spouse's permission to access his/her information from the National Student Loan Data System (NSLDS) website. Your spouse can grant us access by:

- Logging in to the NSLDS website at NSLDS.ed.gov,
- Accessing the Financial Aid Review page and clicking on the Authorization button (the Borrower Access Authorization page will display), then
- Entering the six-digit Lender ID of ▌▌▌▌.

Completing this process will allow your spouse to grant permission for a lender or lender servicer, with whom he/she does not currently have a relationship, to access his/her loan history. Once granted, the lender or lender servicer may view your spouse's information on the NSLDS during the 60-day period following the granting of permission.

## Loan Information
The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 10/26/09 | $ 2,200.00 | $ 2,322.09 | 5.600 | DLSUB |
| * 08/16/09 | 2,592.00 | 2,925.55 | 6.800 | DLUNSUB |

**SallieMae** | **Department of Education Loan Services**

H388  E20169  4860                          LWL12

**SallieMae** | **Department of Education Loan Services**
www.SallieMae.com

Account Number: ███

Page 3

You can fax your form(s) and documentation to 866-266-0178, or mail it to:

   Sallie Mae - Department of Education Loan Services
   P.O. Box 9635
   Wilkes-Barre, PA 18773-9635

Questions? You're welcome to visit us online at SallieMae.com, or call us toll free at 800-722-1300. We're here to help you Monday - Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

We appreciate the opportunity to serve you.

Sincerely,

Sallie Mae - Department of Education Loan Services

*The IBR Plan Alternative Documentation of Income Form can be downloaded by logging in to your account at SallieMae.com, clicking on the Customer Support link, selecting the Forms Center link, and then scrolling down to the Repayment Option and Payment Plan Forms section. The form is listed under Supporting Documentation for the IBR plan.

Enclosures: Repayment Plan Selection Form
            Repayment Plan Choice Form

H388  E20169  4860                    LWL13

# Direct Loans

## REPAYMENT PLAN SELECTION
### William D. Ford Federal Direct Loan Program

OMB No. 1845-0014
Form Approved
Exp. Date 11/30/2013

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying documents is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### Instructions

To understand your repayment options, carefully read this entire form, including the important notices in Section 7, and the enclosed information that describes the available repayment plans. After reviewing this information, complete the applicable sections below to select a repayment plan or to change your current repayment plan. **Please print clearly using blue or black ink.** If you need help completing this form, contact your servicer through one of the methods provided in Section 6 of this form. **Return the completed form to the address shown in Section 6.**

### Section 1: Borrower Information – to be completed by ALL BORROWERS

Borrower's Last Name _____   First Name _____   Middle Initial ____   Borrower's Social Security Number: |__|__|__|-|__|__|-|__|__|__|__|

### Section 2: Repayment Plan Selection – to be completed by ALL BORROWERS

- Place an "X" in the box in the chart below under the repayment plan that you wish to select for the types of loans that you owe. The enclosed information describes each of the repayment plans.
- You must choose the same repayment plan for all of your Direct Loans, unless you want to repay under the Income Contingent Repayment (ICR) Plan or Income-Based Repayment (IBR) Plan and you have some loans that may not be repaid under those plans as indicated in the chart below. In this case, you may select the ICR Plan or IBR Plan for the loans that are eligible for repayment under those plans, and may select a different repayment plan for the loans that may not be repaid under ICR or IBR.
- In the chart below, the term "parent PLUS loan" refers to a Direct PLUS Loan made under the William D. Ford Federal Direct Loan (Direct Loan) Program or a Federal PLUS Loan made under the Federal Family Education Loan (FFEL) Program that you borrowed to help pay for your dependent child's undergraduate education. A "student PLUS loan" is a Direct PLUS Loan or Federal PLUS Loan that you received to pay for your own graduate or professional education. A Direct PLUS Consolidation Loan is a Direct Consolidation Loan made before July 1, 2006 that repaid parent PLUS loans. No Direct PLUS Consolidation Loans have been made since July 1, 2006.
- To repay your loans under the IBR Plan, you must have a partial financial hardship (see Section 5).
- If you are beginning repayment of your loans for the first time and you do not select a repayment plan, or if you select the ICR Plan or IBR Plan but do not submit required additional forms and documentation, you will be placed on the Standard Repayment Plan.
- If you are requesting a change from another repayment plan to the ICR Plan or the IBR Plan and you do not submit required additional forms and documentation, you will remain on your current repayment plan.
- If you are requesting a change from your current repayment plan to a different plan, your servicer may grant you a forbearance for up to 60 days, if necessary, in order to collect and process documentation supporting your request (such as documentation required to process a request to repay under the ICR Plan or the IBR Plan). Unpaid interest that accrues during this maximum 60-day forbearance period will not be capitalized. (Capitalization is the addition of unpaid interest to the principal balance of your loan. This increases the principal balance and the total cost of your loan.)
- If you are delinquent in making payments under your current repayment plan at the time you request a change to a different plan, your servicer may grant you a forbearance to cover (1) any payments that are overdue at the time of your request, or (2) if you are requesting a change to the IBR Plan, any payments that would be overdue by the time your servicer determines whether you have a partial financial hardship (see Section 5), if it takes your servicer more than 60 days to make that determination. Unpaid interest that accrues during this forbearance period may be capitalized at the end of the forbearance period.

| Loan Types | Standard | Graduated | Extended | | Income Contingent | Income-Based |
|---|---|---|---|---|---|---|
| • Direct Subsidized Loans<br>• Direct Unsubsidized Loans<br>• Student Direct PLUS Loans<br>• Direct Consolidation Loans that did not repay any parent PLUS loans | ☐ | ☐ | Fixed Payments ☐ | Graduated Payments ☐ | ☐ | ☐ |
| • Direct Consolidation Loans made on or after July 1, 2006 that repaid one or more parent PLUS loans | ☐ | ☐ | Fixed Payments ☐ | Graduated Payments ☐ | ☐ | Not Available |
| • Parent Direct PLUS Loans<br>• Direct PLUS Consolidation Loans | ☐ | ☐ | Fixed Payments ☐ | Graduated Payments ☐ | Not Available | Not Available |

### Section 3: Spouse Information – to be completed by SOME MARRIED BORROWERS

Complete this section only if you are married and are (1) selecting the ICR Plan (unless you are separated from your spouse), (2) selecting the IBR Plan and you and your spouse file a joint federal income tax return, and your spouse has loans that are eligible for repayment under the IBR Plan (see Section 5), or (3) selecting any repayment plan for a Direct Consolidation Loan held jointly by you and your spouse. **If you are required to complete this section, your spouse must also sign this form.**

Spouse's Last Name _____   First Name _____   Middle Initial ____   Spouse's Social Security Number: |__|__|__|-|__|__|-|__|__|__|__|   Spouse's Date of Birth (mm-dd-yyyy): |__|__|-|__|__|-|__|__|__|__|

### Section 4: Additional ICR Information – to be completed by BORROWERS WHO SELECT THE INCOME CONTINGENT REPAYMENT PLAN

**Complete this section only if you are selecting the ICR Plan.**

**Note:** To repay under the ICR Plan, you must complete a consent form authorizing the Internal Revenue Service to disclose your adjusted gross income (AGI) and other tax return information, or you must provide other documentation of your AGI, such as a copy of your most recently filed federal income tax return, as specified by your servicer in documentation accompanying this form. In some cases, you may also be required to complete an ICR & IBR Plan Alternative Documentation of Income form. Your servicer will include the required additional forms with this Repayment Plan Selection form or will provide instructions for obtaining the forms. Complete and return the required form(s) or other required documentation along with this Repayment Plan Selection form.

Until your servicer receives the information needed to calculate your ICR Plan payment amount, your initial payment amount will be the full amount of interest that accumulates on your loan each month. If you are beginning repayment of your Direct Loan for the first time and you cannot afford the initial interest payment, you may request a forbearance until you are notified of your actual ICR payment. During a forbearance you are not required to make any payments of principal or interest, but interest continues to accumulate on your loan. Interest that you do not pay during this forbearance period will be capitalized at the end of the forbearance. To request a forbearance, contact your servicer.

**A. Family Size.** Enter your family size on the line below. Your family size includes you and your spouse. It includes your children if they get more than half their support from you. It includes other people only if (1) they now live with you, **and** (2) they now get more than half their support from you **and** they will continue to get this support from you. **Support** includes money, gifts, loans, housing, food, clothes, car, medical and dental care, payment of college costs, etc. **If your family size changes, notify your servicer in writing at the mailing address or the Web site address shown in Section 6.**

Family Size: _____

**B. ICR Joint Repayment Option.** If you and your spouse each have Direct Loans and both of you want to repay the loans under the ICR Plan, you may choose to repay your loans jointly (see ICR Plan description in the enclosed Repayment Plan Choices sheet). If you choose to repay jointly, place an "X" in the box below and have your spouse sign and date this form.

☐ I wish to repay my loan(s) jointly with my spouse under the ICR Plan.

**C. Certification.** Read the certification statement below, then sign and date this form.

All of the information I provided on this form is true and complete to the best of my knowledge. If asked by an authorized official, I agree to provide proof of the information that I have provided on this form.

Borrower's Signature _____   Date _____

Spouse's Signature (if required; see Section 3) _____   Date _____

IBB11   9409541100115890993   REVISED 04/2011

H390   E20169   4860

NAV-00000097

**Section 5: Additional IBR Information – to be completed by BORROWERS WHO SELECT THE INCOME-BASED REPAYMENT PLAN**

Complete this section only if you are selecting the IBR Plan.

To initially qualify to repay your loans under the IBR Plan and to continue to make income-based payments, you must have a partial financial hardship. You are considered to have a partial financial hardship if the annual amount due on all of your eligible loans or, if you are married and file a joint federal income tax return, the annual amount due on all of your eligible loans and your spouse's eligible loans, is more than 15% of the difference between your adjusted gross income (AGI), as shown on your most recently filed federal income tax return, and 150% of the poverty guideline amount for your family size and state of residence:

Annual amount of payments due > 15%[AGI – (150% x applicable poverty guideline amount)]

The annual amount of payments due is calculated based on the greater of (1) the total amount owed on eligible loans at the time those loans initially entered repayment or (2) the total amount owed on eligible loans at the time you or, if applicable, your spouse requested the IBR Plan. The annual amount of payments due is calculated using a Standard Repayment Plan with a 10-year repayment period. The amount owed on eligible loans includes the amount owed on your eligible loans and, if you are married and file a joint federal income tax return, the amount owed on your spouse's eligible loans. Eligible loans for the IBR Plan are listed in "B", below. If you are married and file a joint federal income tax return, your AGI includes both your income and your spouse's income. Your spouse must sign below if you file a joint federal income tax return and if your spouse also has loans that are eligible for repayment under the IBR Plan; by signing this form, your spouse is authorizing your servicer to access information about his or her federal student loans in the National Student Loan Data System (NSLDS).

An IBR Plan calculator is available at studentaid.ed.gov. The calculator evaluates your eligibility for the IBR Plan and estimates your initial IBR Plan payment amount. To use the calculator, you will need to enter your eligible loan debt, income, family size, and state of residence. The calculator is for informational purposes only; your servicer will make the official determination of your eligibility and payment amount based on the information you provide on this form and other required documentation.

To enroll in the IBR Plan, you must complete a consent form authorizing the Internal Revenue Service to disclose your AGI and other tax return information, or you must provide other documentation of your AGI, such as a copy of your most recently filed federal income tax return, as specified by your servicer in documentation accompanying this form. In some cases, you may also be required to complete an ICR & IBR Plan Alternative Documentation of Income form. Your servicer will include the required additional forms with this Repayment Plan Selection form or will provide instructions for obtaining the forms. Complete and return the required form(s) and/or other required documentation along with this Repayment Plan Selection form.

A. **Family Size.** Enter your family size on the line below. Your family size includes you, your spouse, and your children, including children who will be born during the year you certify your family size, if your children receive more than half their support from you. Your family size also includes other individuals if, at the time you certify your family size, these other individuals (1) live with you and (2) receive more than half of their support from you and will continue to receive this support for the year you certify your family size. Support includes money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs. If you select IBR, you must notify us of your family size every year. Your servicer will contact you annually to confirm and update family size information.

Family Size: _____ NOTE: If you do not provide your family size, your servicer will assume a family size of one.

If you have any questions regarding the IBR Plan, partial financial hardship, or your family size determination, please contact your servicer.

B. **Eligible Loans for the IBR Plan.**

- All Direct Loan Program loans are eligible except (1) a loan that is in default, (2) a Direct PLUS Loan made to a parent borrower, (3) a Direct Consolidation Loan that repaid a Federal PLUS Loan or Direct PLUS Loan made to a parent borrower, or (4) a Direct PLUS Consolidation Loan.

   Loans made under the Direct Loan Program are Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans

- All FFEL Program loans are eligible except (1) a loan that is in default, (2) a Federal PLUS Loan made to a parent borrower, or (3) a Federal Consolidation Loan that repaid a Direct PLUS Loan or Federal PLUS Loan made to a parent borrower.

   Loans made under the FFEL Program are Federal Stafford Loans (subsidized and unsubsidized), Federal PLUS Loans, and Federal Consolidation Loans.

Federal Perkins Loans, HEAL loans or other health education loans, and private education loans are not eligible for the IBR plan. Your eligibility for the IBR Plan will be determined based on your total eligible loan debt and, if you are married and file a joint federal income tax return, your spouse's total eligible loan debt. To access information on your eligible loans, check NSLDS at www.nslds.ed.gov.

☐ Check this box if (1) you have eligible FFEL Program loans in addition to your eligible Direct Loan Program loans, or (2) you are married and file a joint federal income tax return, and your spouse has eligible Direct Loan or FFEL Program loans. NOTE: Including your spouse's eligible loans will result in a lower monthly IBR Plan payment amount.

C. **IBR Joint Consolidation Loan Repayment.** If you and your spouse have an eligible joint consolidation loan that you and your spouse want to repay under the IBR Plan, place an "X" in the box below and have your spouse sign and date below in "D". Both you and your spouse must have a partial financial hardship (see description above) to repay an eligible joint consolidation loan under IBR.

☐ I wish to repay my joint consolidation loan(s) with my spouse under the IBR Plan.

D. **Certification.** Read the certification statement below, then sign and date this form. Your spouse must also sign and date this form if (1) you and your spouse file a joint federal income tax return and your spouse has loans that are eligible for IBR, or (2) you and your spouse want to repay a joint consolidation loan under the IBR Plan.

All of the information I provided on this form is true and complete to the best of my knowledge. If asked by an authorized official, I agree to provide proof of the information that I have provided on this form.

Borrower's Signature _____ Date _____

Spouse's Signature _____ Date _____
(Spouse's signature is required if (1) you file a joint federal income tax return and your spouse also has loans that are eligible for the IBR Plan, or (2) you and your spouse want to repay a joint consolidation loan under the IBR Plan.)

**Section 6: Where to Send the Completed Form**

Return this form to:

Sallie Mae – Department of Education Loan Services
PO Box 9635
Wilkes-Barre, PA 18773-9635

If you need help completing this form, or if you need to report a change in your address, contact:

- Call us at 800-722-1300 or, if you use a telecommunications device for the deaf (TDD), at 877-71ED TDD (877-713-3833).
- Write to us at the mailing address provided above.

940954100115890993

H390   E20169   4860         IBB12

NAV-00000098

### Section 7: Important Notices

**PRIVACY ACT NOTICE**

The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authority for collecting the requested information from and about you is §451 et seq. of the Higher Education Act (HEA) of 1965, as amended (20 U.S.C. 1087a et seq.) and the authorities for collecting and using your Social Security Number (SSN) are §484(a)(4) of the HEA (20 U.S.C. 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan Program, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect and report on your loan(s) if your loan(s) become delinquent or in default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer-matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment status, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**PAPERWORK REDUCTION NOTICE**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a currently valid OMB control number. The valid OMB control number for this information collection is 1845-0014. The time required to complete this information collection is estimated to average .33 hours (20 minutes) per response, including the time to review instructions, search existing data resources, gather and maintain the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: U.S. Department of Education, Washington, DC 20210-4537. *Do not send the completed form to this address.*

If you have questions about the status of your individual submission of this form, contact your servicer (see Section 6).

940954100115890993

H390      E20169      4860                IBB13



# Repayment Plan Choices
William D. Ford Federal Direct Loan Program
Federal Direct Stafford/Ford Loans, Federal Direct Unsubsidized Stafford/Ford Loans,
Federal Direct PLUS Loans, Federal Direct Consolidation Loans

## DECIDE ON A REPAYMENT PLAN

The William D. Ford Federal Direct Loan (Direct Loan) Program offers assorted repayment plans so you can choose the one that is right for you: Standard Repayment Plan, Graduated Repayment Plan, Extended Repayment Plan, Income Contingent Repayment (ICR) Plan, and Income-Based Repayment (IBR) Plan. For each plan: (1) You can prepay your loan at any time without penalty; (2) If your loan has a variable interest rate, your monthly payment amount may be adjusted annually; and (3) The "Repayment Period" excludes periods of deferment and forbearance, except periods of economic hardship deferment after October 1, 2007, for the ICR and IBR Plans. You can select the plan you want by completing and submitting a Repayment Plan Selection form.

You must choose the same repayment plan for all of your Direct Loans, unless you want to repay under the ICR Plan or the IBR Plan and you have loans that may be repaid under ICR or IBR and other loans that may not be repaid under ICR or IBR. (See the descriptions of the ICR and IBR plans below for the types of Direct Loans that may not be repaid under these repayment plans.) In that case, you may choose a different repayment plan for the loans that are not eligible for ICR or IBR.

If you do not select a repayment plan, you will be assigned the Standard Repayment Plan. If you have questions about your choices, please call your servicer at 800-722-1300 for assistance.

## CHANGING REPAYMENT PLANS

There is no limit to when or how often you may change plans. You may change to another plan as long as the new plan has a repayment term longer than the amount of time you have already spent in repayment. The new repayment term is determined by subtracting the amount of time you have spent in repayment from the term allowed under the new plan. Exceptions are: (1) If you are required to repay under the ICR plan, you must make three consecutive on-time monthly payments of a payment amount based on your income before changing to another plan; and (2) If you choose to leave the IBR Plan, your account will be placed on the Standard Repayment Plan; and (3) You may change to the ICR Plan or the IBR Plan at any time.

## STANDARD REPAYMENT PLAN

### Non-Consolidation Loans
(Direct Subsidized Loans, Direct Unsubsidized Loans, & Direct PLUS Loans)
**Minimum Monthly Payment**  $50
**Maximum Repayment Period**  10 years

Under this plan, you will pay a fixed amount of at least $50 each month for up to 10 years. Due to its short repayment period, this plan results in the lowest total interest paid under any of the repayment plans.

### Consolidation Loans
**Minimum Monthly Payment**  $50
**Maximum Repayment Period**  10 - 30 years

Under this plan, you will pay a fixed amount of at least $50 each month over a repayment period of 10 to 30 years, depending on total education indebtedness. This plan may result in lower total interest paid when compared to other plans.

## GRADUATED REPAYMENT PLAN

### Non-Consolidation Loans
(Direct Subsidized Loans, Direct Unsubsidized Loans, & Direct PLUS Loans)
**Minimum Monthly Payment**  Monthly interest accrual
**Maximum Repayment Period**  10 years

Under this plan, you will pay a minimum payment amount equal to the amount of interest that accrues monthly for up to 10 years. Your payments start out low, and then increase every two years. No single payment under this plan will be more than three times greater than any other payment. Generally, the amount you will repay over the term of your loan will be higher under the Graduated Repayment Plan than under the Standard Repayment Plan. This plan may be beneficial if your income is low now but is likely to steadily increase.

### Consolidation Loans
**Minimum Monthly Payment**  Monthly interest accrual
**Maximum Repayment Period**  10 - 30 years

Under this plan, you will pay a minimum payment amount equal to the amount of interest that accrues monthly over a repayment period of 10 to 30 years, depending on your total education indebtedness. Your payments start out low, and then increase every two years. No single payment under this plan will be more than three times greater than any other payment. Generally, the amount you will repay over the term of your loan will be higher under the Graduated Repayment Plan than under the Standard Repayment Plan. This plan may be beneficial if your income is low now but is likely to steadily increase.

**Total Education Indebtedness Amounts / Number of Monthly Payments under Standard and Graduated Repayment Plans for Consolidation Loans**

| If your Total Education Indebtedness is | | Maximum Number of Monthly Payments |
|---|---|---|
| At Least | Less Than | |
|  | $7,500 | 120 (10 years) |
| $7,500 | $10,000 | 144 (12 years) |
| $10,000 | $20,000 | 180 (15 years) |
| $20,000 | $40,000 | 240 (20 years) |
| $40,000 | $60,000 | 300 (25 years) |
| $60,000 |  | 360 (30 years) |

## EXTENDED REPAYMENT PLAN

You may choose this plan only if (1) you had no outstanding balance on a Direct Loan on October 7, 1998 or on the date you obtained a Direct Loan after that date, and (2) you owe more than $30,000 in outstanding Direct Loans.

### Fixed Monthly Payment Option (All loan types)
**Minimum Monthly Payment**  $50
**Maximum Repayment Period**  25 years

Under this plan, you will pay a fixed amount of at least $50 each month over a repayment period not to exceed 25 years.

### Graduated Monthly Payment Option (All loan types)
**Minimum Monthly Payment**  Monthly interest accrual
**Maximum Repayment Period**  25 years

Under this plan, you will pay a minimum amount of at least the amount of interest that accrues monthly over a repayment period not to exceed 25 years. Your payments start out low and then increase every two years. This plan may be beneficial if your income is low now but is likely to steadily increase.

Under either fixed or graduated monthly payment option, the Extended Repayment Plan will give you a lower monthly payment on your non-consolidation loans than Standard or Graduated Repayment Plans. Because of the longer repayment period, you will pay more interest over the life of your loan.

If you have a consolidation loan and owe more than $30,000 but less than $40,000, the Extended Repayment Plan will provide you with a longer repayment period than the Standard or Graduated Repayment Plans, but the total amount of interest you pay over the life of the loan may be more than under those plans.

RPC 2009

H391    E20169    4860    IBC01



9409541001 15890992

NAV-00000100

## INCOME CONTINGENT REPAYMENT (ICR) PLAN

Not available for Direct PLUS Loans made to parent borrowers or Direct PLUS Consolidation Loans.

| | |
|---|---|
| Minimum Monthly Payment | $0 or $5.00 |
| Maximum Repayment Period | 25 years |

Under this plan, the payment amount is based upon your income. The monthly payment amount will be the lesser of the following two calculations:

1. the amount you would pay if you repaid your loan in 12 years, multiplied by an income percentage factor (ranging from approximately 55 percent to 200 percent) that varies with your annual income, or
2. 20 percent of your monthly discretionary income. Discretionary income is your federal Adjusted Gross Income (AGI) minus the poverty level for your family size.

If you are married, both your AGI and your spouse's AGI will be used to calculate your monthly repayment amount, even if you file your income taxes separately from your spouse.

If you and your spouse each have Direct Loans and want to repay your loans under the ICR Plan, you may choose to repay your loans jointly. The outstanding balances on each of your loans will be added together to determine your repayment amount.

If your calculated monthly payment is between $0 and $5.00, you will be required to make a $5.00 monthly payment. If your income is less than or equal to the poverty level for your family size, your payment will be $0. In the event that your payment amount is less than the amount of interest accruing on your loan, the interest will be added to your loan principal (capitalized) once a year until the principal balance is 10 percent higher than the original balance. After this occurs, interest will continue to accrue but will not be added to the principal balance.

Under this plan, it is possible you will not make payments large enough to pay off your loans in 25 years. If loans are not fully repaid after 25 years of repayment, any unpaid amount will be forgiven. The maximum 25-year repayment period may include prior periods of repayment under certain other repayment plans, and periods of economic hardship deferment after October 1, 2007. The forgiven amount may be considered taxable income.

Your repayment amount is adjusted annually. It may be higher when your income is higher and lower when your income is lower.

If you select the Income Contingent Repayment Plan, we will:

1. require you to submit documentation of current income (yours and your spouse's) in the first year of repayment. You may be required to submit documentation of current income (yours and your spouse's) in your second year of repayment as well.
2. require you to either complete a form that authorizes the Internal Revenue Service (IRS) to provide income information (yours and your spouse's) to the U.S. Department of Education, or provide other documentation of your adjusted gross income (AGI). Your AGI will be used to calculate your monthly repayment amount in years subsequent to the year(s) in which alternative documentation is required.

In special circumstances when your federal tax return does not reflect your present income (for example, due to loss of employment), you may submit documentation of your current income. Your monthly payment will be based on this documented income information.

> **NOTE:** If you are repaying your loan(s) under the ICR or IBR Plan, your repayment period will be a maximum of 25 years. If loans are not fully repaid after 25 years of repayment, any unpaid amount will be forgiven. The maximum 25-year repayment period may include prior periods of repayment under certain other repayment plans, and certain periods of economic hardship deferment. The forgiven amount may be considered taxable income.

## INCOME-BASED REPAYMENT (IBR) PLAN

Not available for Direct PLUS Loans made to parent borrowers (parent Direct PLUS Loans), Direct PLUS Consolidation Loans, or Direct Consolidation Loans that repaid parent Direct PLUS Loans or Federal Family Education Loan Program PLUS loans made to parent borrowers.

| | |
|---|---|
| Minimum Monthly Payment | $0 or $10.00 |
| Maximum Repayment Period | 25 years |

The Income-Based Repayment (IBR) Plan bases your monthly payment on your annual income and family size. You must be experiencing a Partial Financial Hardship to initially select this plan. A Partial Financial Hardship is a circumstance in which the annual amount due on all your eligible loans (see the accompanying Repayment Plan Selection form for a definition of "eligible loans") at the time you entered repayment, as calculated under a 10-year Standard Repayment Plan, exceeds 15 percent of the difference between your Adjusted Gross Income (AGI) and 150 percent of the poverty line income for your family size.

Under this plan, your required monthly payment will be no more than 15 percent of the amount by which your AGI exceeds 150 percent of the poverty line income for your family size and state, divided by 12. In addition:

1. If the calculated payment is less than $5.00 your required monthly payment will be $0.00.
2. If the calculated payment is equal to or greater than $5.00, but less than $10.00, your required monthly payment will be $10.00.
3. If all of your loans are not Direct Loans, your monthly payment amount will be determined by multiplying the calculated monthly payment by the percentage of the total amount of your eligible loans that are Direct Loans.

If you are married and file your federal income taxes jointly with your spouse, both your AGI and your spouse's AGI will be used to calculate your monthly payment. If you and your spouse file taxes separately, only your AGI will be used to calculate your monthly payment. Under this plan, it is possible you will not make payments large enough to pay off your loans in 25 years. If loans are not fully repaid after 25 years of repayment, any unpaid amount will be forgiven. The maximum 25-year repayment period may include prior periods of repayment under certain other repayment plans, and certain periods of economic hardship deferment after October 1, 2007. The forgiven amount may be considered taxable income.

Your repayment amount may be adjusted annually. It may be higher or lower depending on changes in your income. If you select the Income-Based Repayment Plan, we will:

1. require you to submit documentation of current income (yours and your spouse's if you are married and file taxes jointly) in order to apply for the IBR plan.
2. require you to either complete a form that authorizes the Internal Revenue Service (IRS) to provide income information (yours and your spouse's if you are married and files taxes jointly) to the U.S. Department of Education, or provide other documentation of your AGI. Your AGI will be used to calculate your monthly repayment amount in years subsequent to the year(s) in which alternative documentation is required.

In special circumstances when your federal tax return does not reflect your present income (for example, due to loss of employment), you may submit documentation of your current income. Your monthly payment will be based on this documented income information.

If your payment does not cover all of the interest accumulating monthly on your Direct Subsidized Loans or Direct Subsidized Consolidation Loans, you will not be charged the remaining portion of the interest on those loans for a period not to exceed three consecutive years from the time you begin repayment under the IBR Plan.

If you no longer have partial financial hardship, your monthly payment amount will be adjusted. Your adjusted payment amount will not exceed the amount required to pay your loan in full under a 10-year Standard Repayment Plan based on the amount of your eligible loans that was outstanding at the time you began repayment under the IBR Plan (minimum of $50.00). The repayment period based on this recalculated payment amount may be more than 10 years.

If you choose to leave the IBR Plan, your account will be placed on the Standard Repayment Plan. Your required monthly payment will be recalculated based on (1) the time remaining under the maximum 10-year repayment period for the amount of your loans that are outstanding at the time you leave the IBR Plan, or (2) if you are a Direct Consolidation Loan borrower, the time remaining under the applicable maximum repayment period for the amount of your Direct Consolidation Loan and your other student loans that are outstanding at the time you leave the IBR Plan.

Go to Page 3 for sample payment amounts per plan. ⇨

9489541001115890992

U.S. Department of Education Direct Loan Program

REPAYMENT PLAN CHOICES

**Example Payment Amounts by Repayment Plan**

**Non-Consolidation Borrowers \***

| Debt When Loan Enters Repayment | Standard | | Extended Fixed | | Extended Graduated | | Graduated | | Income Contingent ** Income = $25,000 | | | | Income-Based ** Income = $25,000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Single | | Married/HoH*** | | Single | | Married/HoH*** | |
| | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total |
| $5,000 | $58 | $6,904 | N/A | N/A | N/A | N/A | $40 | $7,275 | $37 | $8,347 | $36 | $11,088 | N/A | N/A | $39 | $8,005 |
| 10,000 | 115 | 13,809 | N/A | N/A | N/A | N/A | 79 | 14,550 | 75 | 16,699 | 71 | 22,158 | 110 | 13,672 | 39 | 16,081 |
| 25,000 | 288 | 34,524 | N/A | N/A | N/A | N/A | 198 | 36,375 | 186 | 41,748 | 178 | 55,440 | 110 | 45,014 | 39 | 60,754 |
| 50,000 | 575 | 69,048 | 347 | 104,109 | 284 | 112,678 | 396 | 72,749 | 247 | 93,322 | 189 | 122,083 | 110 | 109,623 | 39 | 92,704 |
| 100,000 | 1,151 | 138,096 | 694 | 208,217 | 568 | 225,344 | 792 | 145,498 | 247 | 187,553 | 189 | 170,153 | 110 | 118,058 | 39 | 97,020 |

Notes: * Payments are calculated using a fixed interest rate of 6.8% for Direct Subsidized and Unsubsidized Loans disbursed on or after July 1, 2006.
** Assumes a 5 percent annual income growth (Census Bureau).
*** HOH is Head of Household. Assumes a family size of two.

**Consolidation Borrowers \***

| Debt When Loan Enters Repayment | Standard | | Extended Fixed | | Extended Graduated | | Graduated | | Income Contingent ** Income = $25,000 | | | | Income-Based ** Income = $25,000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Single | | Married/HoH*** | | Single | | Married/HoH*** | |
| | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total |
| $5,000 | $61 | $7,359 | N/A | N/A | N/A | N/A | $38 | $7,978 | $40 | $9,414 | $38 | $12,294 | N/A | N/A | $39 | $7,818 |
| 10,000 | 97 | 17,461 | N/A | N/A | N/A | N/A | 69 | 19,165 | 80 | 18,828 | 77 | 24,587 | 110 | 17,638 | 39 | 22,414 |
| 25,000 | 213 | 51,123 | N/A | N/A | N/A | N/A | 172 | 55,491 | 201 | 47,069 | 189 | 61,588 | 110 | 59,451 | 39 | 52,725 |
| 50,000 | 394 | 118,264 | 394 | 118,264 | 344 | 126,834 | 344 | 126,834 | 247 | 106,630 | 189 | 137,766 | 110 | 91,388 | 39 | 78,816 |
| 100,000 | 751 | 270,452 | 788 | 236,528 | 688 | 253,660 | 688 | 286,305 | 247 | 187,553 | 189 | 170,153 | 110 | 117,343 | 39 | 97,020 |

Notes: * Payments are calculated using the maximum interest rate for consolidation loans, 8.25%.
** Assumes a 5 percent annual income growth (Census Bureau).
*** HOH is Head of Household. Assumes a family size of two.

RPC 2009

NAV-00000102