UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I __Karin Dryhurst__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: __Wilmer Cutler Pickering Hale and Dorr LLP__

__1875 Pennsylvania Avenue, NW__

__Washington, DC 20006__

Office Telephone: __(202) 663-6248__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__New York (4/16/2014); District of Columbia (9/9/2016); United States District Court for the District of Columbia (4/3/2017)__

My attorney Identification number is: __DC 1034290__

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

✓ SPECIAL ADMISSION:
GRANTED BY THE COURT __[signature]__ Date: __4/13/17__