# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I __Daniel P. Kearney__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: __Wilmer Cutler Pickering Hale and Dorr LLP__

__1875 Pennsylvania Avenue, NW__

__Washington, DC 20006__

Office Telephone: __(202) 663-6285__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__Massachusetts (2/11/2005); District of Columbia (10/12/2007); United States__

__District Court for the District of Columbia (4/3/2017)__

My attorney Identification number is: __DC 977148__

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

✓ SPECIAL ADMISSION: _____

GRANTED BY THE COURT: [signature] Date: 4/13/17