# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:CV-17-00101 |
| | ) | (Hon. Robert D. Mariani) |
| v. | ) | |
| | ) | |
| Navient Corporation, et al., | ) | |
| | ) | Electronically Filed |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENLARGE THE REPLY BRIEFING SCHEDULE

Upon consideration of Defendants' unopposed motion requesting an enlargement of the time limit contained in Local Rule 7.7, governing Defendants' reply brief, IT IS HEREBY ORDERED that Defendants' unopposed motion is GRANTED. Defendants' shall have through and including Monday, May 15, 2017 to file their reply brief.

Dated: April 27, 2017

_____
HONORABLE ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE