THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL
PROTECTION BUREAU

　　　　Plaintiff,

v.                                            3:17-CV-00101
                                              (JUDGE MARIANI)

NAVIENT CORPORATION, et al.

　　　　Defendants.

FILED
SCRANTON

MAY 1 2 2017

PER _____
DEPUTY CLERK

ORDER

AND NOW, THIS 15th DAY OF MAY, 2017, upon consideration of Defendants' request for oral argument (*see* Doc. 28) and Plaintiff's lack of objection thereto, **IT IS HEREBY ORDERED THAT** oral argument on Defendants' Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6) or, in the Alternative, for a More Definite Statement Under Rule 12(e) (Doc. 28) shall be held on **Tuesday, June 27, 2017, at 2:30 p.m.**

The oral argument shall be held in the William J. Nealon Federal Building, Scranton, Pa. in a courtroom to be designated by the Clerk of Court. Counsel can obtain information on courtroom assignments by contacting the Clerk's office the Friday before the scheduled appearance.

Robert D. Mariani
United States District Judge