## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL           :
PROTECTION BUREAU            :
                             :
         Plaintiff,          :
                             :
     v.                      :     3:17-CV-00101          **FILED**
                             :     (JUDGE MARIANI)        **SCRANTON**
NAVIENT CORPORATION, et al.  :
                             :                            MAY 1 2 2017
         Defendants.         :
                                                          PER _____
                                                              DEPUTY CLERK

## ORDER

A case management conference was conducted in the above-captioned matter on

May 12, 2017.  Participating on behalf of the Plaintiff were Nicholas Jabbour, Brandis

Anderson, Ebony Johnson, and Thomas Kim.  Participating on behalf of the Defendants

were Matthew Martens, Jonathan Paikin, and Daniel Brier. The purpose of this Order is to

set forth the pretrial schedule established as a result of the conference.

**AND NOW, THIS 12TH DAY OF MAY, 2017, IT IS HEREBY ORDERED THAT:**

1.  Motions to join additional parties shall be filed no later than **November 11, 2017**.

2.  Motions to amend the pleadings shall be filed no later than **November 11, 2017**.

3.  All fact discovery shall be commenced in time to be completed by **May 11, 2018**.

4.  All potentially dispositive motions shall be filed no later **thirty (30) days after the**

    **close of expert discovery**.  If filing a motion for summary judgment, counsel shall

    provide the Court with a courtesy copy of that motion, supporting brief, and all

    accompanying exhibits.  Counsel for the non-moving party shall also provide a

courtesy copy of the brief in opposition to the motion for summary judgment and all accompanying exhibits.

5.  Reports from **Plaintiff's** retained experts shall be due by **June 11, 2018**.

6.  Reports from **Defendants'** retained experts shall be due by **July 10, 2018**.

7.  Supplementations shall be due by **August 9, 2018**.

8.  All expert discovery shall be commenced in time to be completed within **thirty (30) days after supplemental expert reports are served**.

9.  Plaintiff and Defendants shall each be permitted to take up to **20 depositions**. To the extent that the deposition of an individual has been previously conducted, if the deposition is, or will be, duplicative of what was previously asked of that deponent in the investigative hearing, the opposing party may file an objection with the Court and the Court will make a deponent-by-deponent ruling in light of what questioning was conducted of that deponent in the prior investigative hearing.


Robert D. Mariani
United States District Judge