## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | |
| Plaintiff, | Case No. 3:17-CV-00101-RDM (Hon. Robert D. Mariani) |
| v. | |
| Navient Corporation, *et al.*, | Electronically Filed |
| Defendants. | |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of the undersigned (Brandis Anderson) as counsel for Plaintiff Consumer Financial Protection Bureau ("Bureau") in the above-captioned matter. Attorneys Nicholas Jabbour, Ebony S. Johnson, and Lawrence DeMille-Wagman, who have already entered an appearance on behalf of the Bureau, will continue to represent the Bureau in this matter.


Dated: June 1, 2017             Respectfully submitted,

                                 _/s/ Brandis Anderson_____
                                 Brandis Anderson, CA 261325
                                 Brandis.Anderson@cfpb.gov
                                 1700 G Street NW
                                 Washington, DC 20552
                                 Phone: 202-435-7548
                                 Fax: 202-435-9346

                                 *Attorney for Plaintiff*
                                 *Consumer Financial Protection Bureau*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 1, 2017, I filed the foregoing document with the Court's ECF system, which will send notification of such filing to counsel for Defendants.

 /s/ Brandis Anderson
Brandis Anderson, CA 261325
Brandis.Anderson@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-7548
Fax: 202-435-9346

*Attorney for Plaintiff*
*Consumer Financial Protection Bureau*
