**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I Manuel G. Arreaza, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Consumer Financial Protection Bureau

1700 G Street, NW

Washington, DC 20552

Office Telephone:   202-435-7850

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York (2012); District of Columbia (2013)

My attorney Identification number is: DC 1015283; NY 5025309

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__✓__ SPECIAL ADMISSION:

GRANTED BY THE COURT _____   Date: 10/3/17