IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : : : |
| Plaintiff, | : : |
| v. | : 3:17-CV-101 : (JUDGE MARIANI) : |
| NAVIENT CORPORATION, et al., | : : |
| Defendants. | : |

## ORDER

AND NOW, THIS 3RD DAY OF NOVEMBER, 2017, this Court acknowledges receipt of the parties' Confidentiality Agreement and Protective Order, (Doc. 66-1), and the parties' Stipulation and Order Regarding Technical Specifications for Discovery, (Doc. 66-2), recognizes the documents as agreements between the parties, and will accordingly enforce them as such. In doing so, this Court express no opinion as to the merits of the agreements and neither approves nor disapproves of their contents. **ACCORDINGLY, IT IS HEREBY ORDERED THAT** the parties' Stipulated Discovery Confidentiality Order, (Doc. 29), and the parties' Stipulation and Order Regarding Technical Specifications for Discovery, (Doc. 66-2), are **ACCEPTED**.

Robert D. Mariani
United States District Judge