IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-101 |
| | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

### ORDER

AND NOW, THIS 8TH DAY OF JANUARY, 2018, upon receipt of Defendants' letter advising the Court of a discovery dispute, (Doc. 68), **IT IS HEREBY ORDERED THAT** a conference call in the above-captioned matter shall be held on **Thursday, January 18, 2018, at 2:00 p.m.** Counsel for Defendants are responsible for arranging the call to (570) 207-5750 and all parties should be ready to proceed before the undersigned is contacted. On or before **January 16, 2018**, Plaintiff shall submit a concise letter to the Court briefly outlining its position with respect to Defendants' letter.

Robert D. Mariani
United States District Judge