THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CONSUMER FINANCIAL
PROTECTION BUREAU,**

    **Plaintiff,**

v.

**NAVIENT CORPORATION, et al.,**

    **Defendants.**

: 3:17-CV-101
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 16th DAY OF APRIL, 2018, upon consideration of the Plaintiff's Motion for an Enlargement of Time to Complete Discovery, (Doc. 81), **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED AS MODIFIED**[1] and as follows:

1. All fact discovery shall be commenced in time to be completed by **August 9, 2018**

2. All potentially dispositive motions shall be filed no later than **January 6, 2019**. If filing a motion for summary judgment, counsel shall provide the Court with a courtesy copy of that motion, supporting brief, and all accompanying exhibits. Counsel for the non-moving party shall also provide a courtesy copy of the brief in opposition to the motion for summary judgment and all accompanying exhibits.

---

[1] In light of the slow progression of discovery and high number of discovery disputes to date, the Court is unwilling at this time to give the parties Plaintiff's requested six month extension. Should the parties need additional time to conduct discovery beyond the dates specified in this Order, either Plaintiff or Defendants can move for an additional extension and provide the Court with information as to the progress of discovery as of that date.

3. Reports from **Plaintiff's** experts shall be due by **September 9, 2018**.

4. Reports from **Defendants'** experts shall be due by **October 8, 2018**.

5. Supplementations shall be due by **November 7, 2018**.

6. All expert discovery shall be commenced in time to be completed by **December 7, 2018**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge