1700 G Street NW,
Washington, DC 20552

May 31, 2018

**Filed Via ECF**

The Honorable Robert D. Mariani
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

    Re:   *Consumer Financial Protection Bureau v. Navient Corp., et al.*, Case No. 3:17-CV-00101-RDM

Dear Judge Mariani:

The Bureau writes in connection with the Court's May 29 Order (Doc. 92) directing the parties to "file a joint letter advising the Court whether they have reached an agreement on the search terms Defendants shall use to respond to Plaintiff's request for certain internal and external emails." The parties have reached an agreement on search terms for all five categories of emails at issue in the Court's May 4 Memorandum Opinion. Defendants have reviewed this letter and have authorized the Bureau to file it on behalf of all parties to this litigation.

                        Respectfully,

                        /s/ Nicholas C. Lee

CC: All counsel (via operation of ECF)