IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-101 |
| | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 11TH DAY OF JULY, 2018**, upon receipt of Plaintiff's letter notifying the Court of a discovery dispute, (Doc. 95), **IT IS HEREBY ORDERED THAT** Defendants shall submit to the Court a concise response to Plaintiff's letter on or before **July 13, 2018**, at **5:00 p.m.**

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge