IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-101 |
| | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 30TH DAY OF JULY, 2018**, upon review of Plaintiff's letter advising the Court of a discovery dispute (Doc. 95) and Defendants' response thereto (Doc. 97), **IT IS HEREBY ORDERED THAT** a telephonic conference call in the above-captioned matter shall be held on **Wednesday, August 8, 2018,** at **2:30 p.m.**  Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750 and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge