IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL
PROTECTION BUREAU,

    Plaintiff,

v.

NAVIENT CORPORATION, et al.,

    Defendants.

3:17-CV-101
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 10TH DAY OF AUGUST, 2018, upon consideration of the discovery disputes discussed at the August 8, 2018 telephone conference, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's request for borrower documents in the possession, custody, or control of Defendants that relate to Defendants' administration of Department of Education federal student loan programs, (Doc. 95 at 1), is **GRANTED**. Defendants are **ORDERED** to produce all such documents to Plaintiff. It is also **ORDERED** that all discovery production in this matter is made pursuant to the order of a court of competent jurisdiction. See 5 U.S.C. § 552a(b)(11).

2. Plaintiff's request for the contact information of Defendants' former employees, including present or last-known address, telephone number, and e-mail address,

(Doc. 99 at 4), is **GRANTED**. Defendants are **ORDERED** to produce such contact information to the extent Defendants possess such information in their records.

3. Plaintiff's request to extend fact discovery, (Doc. 95 at 2), is **GRANTED AS MODIFIED**. Fact discovery shall close on **December 7, 2018**. Subsequent litigation deadlines shall be modified consistent with the Court's April 6, 2018 Order extending discovery deadlines, (Doc. 82):

    a. All potentially dispositive motions shall be filed no later than **May 6, 2019**. If filing a motion for summary judgment, counsel shall provide the Court with a courtesy copy of that motion, supporting brief, and all accompanying exhibits. Counsel for the non-moving party shall also provide a courtesy copy of the brief in opposition to the motion for summary judgment and all accompanying exhibits.

    b. Reports from Plaintiff's experts shall be due by **January 7, 2019**.

    c. Reports from Defendants' experts shall be due by **February 5, 2019**.

    d. Supplementations shall be due by **March 7, 2019**.

    e. All expert discovery shall be commenced in time to be completed by **April 8, 2019**.

_____
Robert D. Mariani
United States District Judge