# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:CV-17-00101 |
| | ) (Hon. Robert D. Mariani) |
| v. | ) |
| | ) |
| Navient Corporation, *et al.*, | ) |
| | ) Electronically Filed |
| Defendants. | ) |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of the undersigned (Gideon Hart) as counsel for Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc. ("Defendants"). Attorneys Matthew T. Martens, Jonathan E. Paikin, Daniel P. Kearney, and Karin Dryhurst of WilmerHale, and Daniel T. Brier and Donna A. Walsh of Myers Brier & Kelly, LLP, who have already entered an appearance on behalf of Defendants, will continue to represent Defendants in this matter.

Dated:  August 28, 2018

Respectfully submitted,

/s/ Gideon Hart

Gideon Hart (NY 4946091)
(*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP

1

1875 Pennsylvania Avenue, NW
Washington, DC 20006
gideon.hart@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

*Attorney for Defendants Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Gideon Hart
Gideon Hart (NY 4946091)
  (*pro hac vice*)
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
gideon.hart@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

*Attorney for Defendants*
*Navient Corporation, Navient*
*Solutions, LLC, and Pioneer*
*Credit Recovery, Inc.*