# EXHIBIT 1



CFPB-NAV-0009370