# EXHIBIT 2

# Colleen Phillips

| | |
|---|---|
| **From:** | Colleen Phillips |
| **Sent:** | Wednesday, January 18, 2017 1:42 PM |
| **To:** | _DL_CFPB_Students |
| **Subject:** | Automatic reply: CFPB sues nation's largest student loan company Navient for failing borrowers at every stage of repayment |

I will be out of the office beginning Monday, January 16th through Thursday, February 2nd. I will have limited email access during this time. I will reply to your email as I am able. Thank you.

CONFIDENTIAL
CFPB-NAV-00000263