# EXHIBIT 3

# DOCUMENT WITHHELD

CFPB-NAV-0028109