# EXHIBIT 5

Message

**From:** Torzilli, Susan (CFPB) [/O=CFPBEXC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SUSAN.TORZILLI]
**Sent:** 12/15/2014 6:25:02 PM
**To:** Hrdy, Alice (CFPB) [Alice.Hrdy@cfpb.gov]
**Subject:** Redacted -- Not Responsive

Great, thanks very much!

---

**From:** Hrdy, Alice (CFPB)
**Sent:** Monday, December 15, 2014 06:23 PM Eastern Standard Time
**To:** Torzilli, Susan (CFPB)
**Subject:** Redacted -- Not Responsive

# Redacted -- Privilege

**From:** Torzilli, Susan (CFPB)
**Sent:** Monday, December 15, 2014 06:22 PM Eastern Standard Time
**To:** Hrdy, Alice (CFPB)
**Subject:** Redacted -- Not Responsive

# Redacted -- Privilege

# Redacted -- Not Responsive

CFPB-NAV-0033200

**Redacted -- Not Responsive**

CFPB-NAV-0033201

**Redacted -- Not Responsive**

CFPB-NAV-0033202

**Redacted -- Not Responsive**

CFPB-NAV-0033203