# EXHIBIT 6

Message

| | |
|---|---|
| From: | Shearer, Brian (CFPB) [/O=CFPBEXC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRIAN.SHEARER] |
| Sent: | 6/1/2016 5:06:57 PM |
| To: | Grady, Brian (CFPB) [Brian.Grady@cfpb.gov]; Wilson, Brian (CFPB) [Brian.Wilson@cfpb.gov] |
| CC: | Rodriguez, Anthony (CFPB) [Anthony.Rodriguez@cfpb.gov] |
| Subject: | Redacted -- Not Responsive |
| Attachments: | Redacted -- Privilege |

# Redacted -- Privilege

# Redacted -- Not Responsive



CFPB-NAV-0033776



