# EXHIBIT 7

| | |
|---|---|
| **Message** | |
| From: | CFPB_ARC_Request [CFPB_ARC_Request@cfpb.gov] |
| Sent: | 6/23/2014 5:59:03 AM |
| To: | Antonakes, Steve (CFPB) [Steve.Antonakes@cfpb.gov]; Stuckey, Althea (CFPB) [Althea.Stuckey@cfpb.gov] |
| CC: | Pickrum, Rose (CFPB) [Rose.Pickrum@cfpb.gov]; White, Heidi (CFPB) [Heidi.White@cfpb.gov]; Taylor, Joshua (CFPB) [Joshua.Taylor@cfpb.gov]; Sherman, Meghan (CFPB) [Meghan.Sherman@cfpb.gov]; Miller, Samuel (CFPB) [Samuel.Miller@cfpb.gov]; Wagman, Lawrence (CFPB) [Lawrence.Wagman@cfpb.gov]; Hrdy, Alice (CFPB) [Alice.Hrdy@cfpb.gov]; Torzilli, Susan (CFPB) [Susan.Torzilli@cfpb.gov]; Alexis, Anthony (CFPB) [Anthony.Alexis@cfpb.gov]; Barnes, Kimberly (CFPB) [Kimberly.Barnes@cfpb.gov]; Blakeney, Tara (CFPB) [Tara.Blakeney@cfpb.gov]; Bleicken, David (CFPB) [David.Bleicken@cfpb.gov]; Brenowitz, Stephanie (CFPB) [Stephanie.Brenowitz@cfpb.gov]; Breslaw, April (CFPB) [April.Breslaw@cfpb.gov]; Carley, James (CFPB) [James.Carley@cfpb.gov]; CFPB_ARC_Request [CFPB_ARC_Request@cfpb.gov]; Chow, Edwin (CFPB) [Edwin.Chow@cfpb.gov]; Coon, Clayton (CFPB) [Clayton.Coon@cfpb.gov]; Corbett, Elizabeth (CFPB) [Elizabeth.Corbett@cfpb.gov]; Cronin, Katherine (CFPB) [Katherine.Cronin@cfpb.gov]; Deutsch, Rebecca (CFPB) [Rebecca.Deutsch@cfpb.gov]; Donoghue, Kristen (CFPB) [Kristen.Donoghue@cfpb.gov]; Ehrlich, Jeffrey (CFPB) [Jeffrey.Ehrlich@cfpb.gov]; Ficklin, Patrice (CFPB) [Patrice.Ficklin@cfpb.gov]; Gelfond, Rebecca (CFPB) [Rebecca.Gelfond@cfpb.gov]; Gibbs, Anthony (CFPB) [Anthony.Gibbs@cfpb.gov]; Gillespie, Katherine (CFPB) [Katherine.Gillespie@cfpb.gov]; Grisdale, Kyung-Jin (Jamie) (CFPB) [Kyung-Jin.Grisdale@cfpb.gov]; Kaplan, Steve (CFPB) [Steve.Kaplan@cfpb.gov]; Lepham, Nicholas (CFPB) [Nicholas.Lepham@cfpb.gov]; Lev, Ori (CFPB) [Ori.Lev@cfpb.gov]; Marshall, Mira (CFPB) [Mira.Marshall@cfpb.gov]; Mauney, Devin (CFPB) [Devin.Mauney@cfpb.gov]; Morris, Deborah (CFPB) [Deborah.Morris@cfpb.gov]; Morris, Lucy (CFPB) [Lucy.Morris@cfpb.gov]; Morse, Kerry (CFPB) [Kerry.Morse@cfpb.gov]; Pearl, Joanna (CFPB) [Joanna.Pearl@cfpb.gov]; Qamar, Sabahat (CFPB) [Sabahat.Qamar@cfpb.gov]; Sanford, Paul (CFPB) [Paul.Sanford@cfpb.gov]; Satten, Erica (CFPB) [Erica.Satten@cfpb.gov]; Tabor, Anna-Marie (CFPB) [Anna-Marie.Tabor@cfpb.gov]; Taylor, Noela (CFPB) [Noela.Taylor@cfpb.gov]; Twohig, Peggy (CFPB) [Peggy.Twohig@cfpb.gov]; VanMeter, Stephen (CFPB) [Stephen.VanMeter@cfpb.gov]; Walthall, Janet (Cecelia) (CFPB) [Cecelia.Walthall@cfpb.gov]; Wiggins, Charles (Hunter) (CFPB) [Charles.Wiggins@cfpb.gov]; Zorc, Anne (CFPB) [Anne.Zorc@cfpb.gov] |
| Subject: | Redacted -- Privilege   Redacted -- Not Responsive |
| Attachments: | Redacted -- Not Responsive |

Redacted -- Privilege

Althea - Redacted -- Privilege

Steve –

Redacted -- Privilege

**Redacted -- Not Responsive**

**Redacted -- Privilege**

Regards,

Noela Christoforakis Taylor

Mobile: 202-525-0058

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** CFPB_ARC_Request
**Sent:** Thursday, June 12, 2014 9:18 AM
**To:** Pickrum, Rose (CFPB); White, Heidi (CFPB); Taylor, Joshua (CFPB); Sherman, Meghan (CFPB); Miller, Samuel (CFPB);

Wagman, Lawrence (CFPB); Hrdy, Alice (CFPB); Torzilli, Susan (CFPB); Alexis, Anthony (CFPB); Barnes, Kimberly (CFPB); Blakeney, Tara (CFPB); Bleicken, David (CFPB); Brenowitz, Stephanie (CFPB); Breslaw, April (CFPB); Carley, James (CFPB); CFPB_ARC_Request; Chow, Edwin (CFPB); Coon, Clayton (CFPB); Corbett, Elizabeth (CFPB); Cronin, Katherine (CFPB); Deutsch, Rebecca (CFPB); Donoghue, Kristen (CFPB); Ehrlich, Jeffrey (CFPB); Ficklin, Patrice (CFPB); Gelfond, Rebecca (CFPB); Gibbs, Anthony (CFPB); Gillespie, Katherine (CFPB); Grisdale, Kyung-Jin (Jamie) (CFPB); Kaplan, Steve (CFPB); Lepham, Nicholas (CFPB); Lev, Ori (CFPB); Marshall, Mira (CFPB); Mauney, Devin (CFPB); Morris, Deborah (CFPB); Morris, Lucy (CFPB); Morse, Kerry (CFPB); Pearl, Joanna (CFPB); Qamar, Sabahat (CFPB); Sanford, Paul (CFPB); Satten, Erica (CFPB); Tabor, Anna-Marie (CFPB); Taylor, Noela (CFPB); Twohig, Peggy (CFPB); VanMeter, Stephen (CFPB); Walthall, Janet (Cecelia) (CFPB); Wiggins, Charles (Hunter) (CFPB); Zorc, Anne (CFPB)

**Subject:** Redacted -- Not Responsive

Patrice, Paul, Peggy, and Tony:

**Redacted -- Not Responsive**

Regards,

Noela Christoforakis Taylor

Mobile: 202-525-0058

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.