# Attachment

1                           T. RIDDER

2                     - INDEX TO WITNESSES -

3     WITNESS                                    PAGE

4     THERESA A. RIDDER

5           Examination by Ms. Dryhurst          5

6

7        - INDEX TO CERTIFIED QUESTIONS -

8     Page/Line                Text of the Question

9      9     7    And what were those?

10    35    23    Can you provide an example?

11    36    21    When you started working on the

12             Navient investigation did you do

13             any research into student loans?

14    43    14    How many borrowers have you

15             interviewed for the Navient

16             investigation?

17    44     7    For how many borrowers have you

18             served as a point of contact?

19    44    14    Who selected the borrowers?

20    44    20    Do you know how the borrowers

21             were selected?

22    44    25    Did you ever receive CFPB portal

23             complaints?

24

25

1                          T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                 Text of the Question

4      45    12    Have you ever reviewed those

5            complaints for the Navient

6            investigation?

7      46    22    After learning about complaints

8            against Navient did you have any

9            judgment on which borrowers to

10           contact?

11     47    20    What was your goal in

12           interviewing these borrowers?

13     47    25    Did you use an outline of

14           questions in your discussions with

15           borrowers?

16     48    6     Did the attorney draft the

17           outline for your discussions with

18           borrowers?

19     48    11    What kinds of questions did the

20           outline include?

21     48    15    Did it include questions about

22           IDR?

23     48    19    Did it include questions about

24           forbearance?

25

1                       T. RIDDER

2        - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3        Page/Line                 Text of the Question

4     48    24    Did it include questions about

5              IDR recertification?

6     49    5    Did it include questions about

7              co-signer release?

8     49    9    Did it include questions about

9              payment processing?

10    49    13    Did it include questions about

11             credit reporting?

12    49    17    Did you ask consumers questions

13             about IDR?

14    49    21    Those are communications with

15             third parties?

16    49    25    Are you refusing to answer

17             questions about your communications

18             with third parties?

19    50    5    So you will not answer that

20             question?

21    50    9    Did you take notes during any of

22             your interviews with borrowers?

23    50    13    Did you memorialize your

24             interviews in any way?

25

1                    T. RIDDER

2     - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3     Page/Line              Text of the Question

4     50   17   Did you provide a report to

5          anyone summarizing your findings?

6     50   21   How did you update the CFPB team

7          about the interviews?

8     50   25   Did you ever ask borrowers for

9          documents?

10    51   5   On a phone call with a borrower

11         did an attorney typically

12         participate?

13    51   15   Was an attorney present on all

14         of your phone calls with consumers?

15    51   21   What types of documents did you

16         ask borrowers for?

17    51   25   Did you ever ask borrowers for

18         documents related to forbearance?

19    52   5   Did you ever ask borrowers for

20         documents related to IDR?

21    52   9   Did you ever ask borrowers for

22         their loan histories?

23    52   13   Did you ever not receive

24         borrowers you requested from a

25         borrower?

1                         T. RIDDER

2       - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3       Page/Line                 Text of the Question

4    52    17   Did you review the documents you

5              received from borrowers?

6    77    10   How did you first locate

7              Ms. Bonner?

8    78    2   Do you remember reviewing the

9              Complaint of Ms. Bonner?

10   78    22   Did someone tell you to look

11             specifically for complaints that

12             referenced forbearance?

13   80    10   Do you remember what led you to

14             contact Ms. Bonner regarding this

15             lawsuit?

16   80    16   Did you speak to anyone else at

17             the CFPB before speaking with

18             Ms. Bonner?

19   81    19   Was anyone else on the call?

20   81    24   Did attorneys at the CFPB tell

21             you who to have on the call?

22   83    16   Do you remember any

23             conversations with Ms. Bonner?

24

25

1                    T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line              Text of the Question

4    83   25   Did you ever ask Ms. Bonner

5              about her communications with

6              Navient?

7    84    7   Did you ever ask whether she had

8              discussed IDR with Navient?

9    84   11   Did you ever ask Ms. Bonner

10             whether she had enrolled in

11             forbearance?

12   84   15   Did you ever ask Ms. Bonner

13             whether she used forbearance to

14             bring her loans current?

15   84   20   Did you ever ask Ms. Bonner for

16             documents?

17   84   24   Did you ever ask Ms. Bonner

18             whether she applied for IDR?

19   85    4   Did you ever ask her for

20             documents that she received about

21             IDR?

22   86    3   Did you take notes of the call

23             with Ms. Bonner?

24

25

1                         T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                 Text of the Question

4   86      9    Did you have any other

5                communications with Bonner other

6                than the email that we just looked

7                at?

8   86     23    Did Ms. Bonner tell you that she

9                had received documents about IDR?

10  87      5    Did Ms. Bonner tell you whether

11               she had enrolled in IDR?

12  87     19    Did you draft Exhibit 216?

13  87     24    Did you send Exhibit 216 to

14               Ms. Bonner?

15  88     21    Did you review any documents to

16               prepare this declaration?

17  89      4    While preparing declarations, if

18               you had a follow-up question would

19               you call the borrower again?

20  89      9    Do you remember having follow-up

21               questions for Ms. Bonner?

22  89     13    Did anyone at the CFPB review

23               this declaration before you sent it

24               to Ms. Bonner?

25

1                      T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                Text of the Question

4    89    16   Did anyone other than an

5             attorney at the CFPB review the

6             declaration before you sent it to

7             Ms. Bonner?

8    89    21   Did anyone other than an

9             attorney review the declaration

10            before you sent it to Ms. Bonner?

11   90    4    After Ms. Bonner received the

12            declaration did you ask her if it

13            was accurate?

14   90    8    Did Ms. Bonner tell you that the

15            declaration was accurate?

16   90    12   Did Ms. Bonner suggest any

17            changes to her declaration?

18   90    23   On what basis did you write that

19            paragraph?

20   91    5    Did the complaint shown at

21            Exhibit 268 mention anything about

22            forbearance?

23

24

25

```
1                       T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                 Text of the Question

4     91   22   Did you ask Ms. Bonner whether

5               she recalled a specific

6               conversation in which only

7               forbearance was offered?

8     92    5   Did you ask Ms. Bonner for

9               documents to corroborate paragraph

10              9?

11    92    9   Have you reviewed Ms. Bonner's

12              deposition transcript?

13    92   13   Were you aware that Ms. Bonner

14              testified that that declaration was

15              inaccurate?

16    92   24   Did you ask Ms. Porretti what

17              kinds of loans she had?

18    93    7   Did Ms. Porretti tell you that

19              she had parent PLUS loans?

20    93   11   Did Ms. Porretti tell you that

21              she had a consolidated loan that

22              made her ineligible for IDR?

23    93   16   Did you ask Ms. Porretti about

24              her communications with Navient?

25
```

1                        T. RIDDER

2        - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3        Page/Line                  Text of the Question

4        93    20    Did Ms. Porretti ever tell you

5                    whether she applied for IDR?

6        93    24    Did Ms. Porretti tell you she

7                    applied for IDR in 2015?

8        94    4    Did Ms. Porretti tell you

9                    whether she had enrolled in

10                   forbearance?

11       94    8    Did you ask Ms. Porretti for

12                   documents?

13       94    12    Did Ms. Porretti send you

14                   documents?

15       94    15    Did you take any notes of your

16                   calls with Ms. Porretti?

17       94    19    Did you have any other

18                   communications with Ms. Porretti?

19       98    20    Did you investigate that overage

20                   amount?

21       100    9    Did you have any concerns about

22                   Ms. Porretti's credibility at this

23                   point?

24

25

Page 253

1              T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line              Text of the Question

4   100    16   After receiving this letter did

5             you ask any follow-up questions of

6             Ms. Porretti?

7   100    20   Did you ask for additional

8             documents?

9   102    10   Does that refresh your

10            recollection that you asked

11            Ms. Porretti for additional

12            documents?

13  104     5   When preparing Exhibit 114 did

14            you review any of the documents we

15            looked at today?

16  104    12   Did you rely on anything other

17            than conversations with

18            Ms. Porretti?

19  104    16   While preparing the declaration

20            did you have any follow-up

21            questions for Ms. Porretti?

22  104    21   Did anyone else at the CFPB

23            review the declaration before you

24            sent it to Ms. Porretti?

25

1                    T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                Text of the Question

4    105    2   After you sent the draft to

5            Ms. Porretti did you ask if it was

6            accurate?

7    105    6   Did Ms. Porretti tell you it was

8            accurate?

9    105   11   Did Ms. Porretti tell that you

10           her loans were in forbearance from

11           January 2011 until June 2012?

12   105   19   Did Ms. Porretti tell you that

13           the company only offered you -- her

14           forbearance as a repayment option

15           from January 2012 to June -- I

16           mean, sorry, from January 2011 to

17           June 2012?

18   105   25   Did Ms. Porretti suggest any

19           changes to Exhibit 114?

20   106    5   Did you make any changes to

21           Exhibit 114?

22   106    9   Did you have any basis for

23           writing paragraph 5?

24   106   13   Did you ask for documents to

25           corroborate paragraph 5?

1                    T. RIDDER

2     - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3     Page/Line                  Text of the Question

4    106    20   Were you aware that Navient sent

5              Ms. Porretti an application for an

6              unemployment deferment in

7              January 2011?

8    107    4   Are you aware that Ms. Porretti

9              testified that she didn't know the

10             difference between deferment and

11             forbearance?

12   107    23   How did you first locate

13             Ms. Dinnoo?

14   109    25   What about this email led you to

15             respond to Ms. Dinnoo in that

16             fashion?

17   110    7   Did it have anything to do with

18             Ms. Dinnoo saying she would love to

19             speak with someone?

20   110    12   Did you speak with anyone other

21             than an attorney before speaking

22             with Ms. Dinnoo?

23   111    13   Did Ms. Dinnoo ask you if her

24             loans could be forgiven by

25             participating in this lawsuit?

Page 256

T. RIDDER

- INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

Page/Line                    Text of the Question

111    21   Did Ms. Dinnoo ask whether she
            could receive any money from this
            lawsuit?

112     7   Did she tell you how she had
            been victimized?

112    14   Did Ms. Dinnoo tell you about
            her communications with Navient?

112    18   Did Ms. Dinnoo tell you whether
            she had ever applied for IDR?

112    22   Did Ms. Dinnoo ever tell you
            whether she had enrolled in IDR?

113     2   Did Ms. Dinnoo tell you whether
            she had ever enrolled in
            forbearance?

113     6   Did Ms. Dinnoo tell you that she
            had used forbearance to bring her
            loans current when she was past
            due?

113    11   Did you ask Ms. Dinnoo for
            documents?

113    25   Did you ask her for documents
            about forbearance?

1                    T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                  Text of the Question

4    114   14   Did Ms. Dinnoo tell you anything

5            about her income?

6    114   20   Did Ms. Dinnoo tell you whether

7            she had any valuable assets?

8    114   24   Did you take any notes of your

9            calls with Ms. Dinnoo?

10   118    2   Had you asked for copies of the

11           info she had?

12   118    9   Is the phone discussion she's

13           referring to the January 27, 2017

14           conversation?

15   118   12   Do the words "phone discussion"

16           refer to the conversation you had

17           with Ms. Dinnoo on January 27,

18           2017?

19   119   15   Did you ask Ms. Dinnoo for any

20           documents to corroborate that

21           statement?

22   119   21   Did Ms. Dinnoo send any

23           documents that corroborated that

24           statement?

25

```
 1                      T. RIDDER

 2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

 3      Page/Line                Text of the Question

 4      119    25   Did Ms. Dinnoo send any

 5                  documents regarding what options

 6                  had been offered to her by Navient?

 7      128    18    In February 2017 did you review

 8                  the terms of a Federal Stafford

 9                  Loan master promissory note?

10      129    6   Did you review the terms of 2002

11                  FFELP promissory notes at this

12                  time?

13      133    7   Did you review the attachments

14                  to Ms. Dinnoo's letter?

15      133    19   Did you ask Ms. Dinnoo for any

16                  more information about the

17                  repayment options that were offered

18                  to her?

19      134    2   Did Ms. Dinnoo provide you with

20                  any more information about whether

21                  she had enrolled in forbearance?

22      134    7   Why did Ms. Dinnoo not include

23                  any information about IDR?

24      134    12   Did you ask for any about IDR to

25                  be attached?
```

1          T. RIDDER

2     - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3     Page/Line                Text of the Question

4     134   23   Did you investigate any of these

5               entities other than Navient?

6     135   21   Did you rely on any documents to

7               draft Exhibit 277?

8     136   3   While preparing Exhibit 277, did

9               Ms. Dinnoo provide with you any

10              additional information?

11    136   8   Did anyone who was not an

12              attorney at the CFPB review the

13              declaration before you sent it to

14              Ms. Dinnoo?

15    136   13   After you sent the draft to

16              Ms. Dinnoo, did you ask you if it

17              was accurate?

18    136   17   Did Ms. Dinnoo tell you will it

19              was accurate?

20    136   21   Did Ms. Dinnoo suggest any

21              changes?

22    136   24   Did you make any changes to

23              Exhibit 277?

24    137   10   What was the basis of that

25              statement?

1                       T. RIDDER

2       - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3       Page/Line                Text of the Question

4    137   15   Did any of the documents

5             attached in Exhibit 285 support

6             paragraph 7?

7    137   19   Did any of the documents in

8             Exhibit 287 say that Sallie Mae and

9             later Navient had repeatedly told

10            Ms. Dinnoo her best and only

11            repayment option for outstanding

12            student loans was forbearance?

13   139    3   Did you ask Ms. Dinnoo about

14            that inconsistency?

15   139   13   Did Ms. Dinnoo tell you she had

16            spoken on the phone to Navient

17            representatives about IDR?

18   139   21   Did Ms. Dinnoo tell you that at

19            times she refused to tell Navient

20            representatives about her financial

21            situation in order to determine

22            what repayment options she

23            qualified for?

24

25

1                    T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                 Text of the Question

4   140    4   Did Ms. Dinnoo tell you that

5              Navient had sent her an IDR

6              application in 2015?

7   141   24   How did you first locate Mr.

8              Brown?

9   142   22   Was anyone else on the call when

10             you spoke to Mr. Brown?

11  143   10   Did Mr. Brown ask whether his

12             loans could be forgiven if he

13             participated in this lawsuit?

14  143   17   Did Mr. Brown ask whether he

15             would receive money from

16             participating in this lawsuit?

17  144    7   Did Mr. Brown tell you about his

18             communications with Navient?

19  144   13   Did Mr. Brown tell you whether

20             he had ever discussed IDR on the

21             phone with Navient?

22  144   17   Did Mr. Brown tell you whether

23             he had ever enrolled in forbearance

24             with Navient?

25

1                    T. RIDDER

2       - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3       Page/Line                Text of the Question

4    144    21   Did you ask Mr. Brown for any

5            documents?

6    145    5    Did you ask him to send you any

7            documents relevant to forbearance?

8    145    16   Did you ask Mr. Brown for

9            documents related to IDR?

10   146    3    Did Mr. Brown tell you about his

11           employment history?

12   146    9    Did he tell you that he was

13           enrolled in unemployment

14           deferments?

15   146    13   Did he ever tell you that he was

16           unemployed?

17   146    17   Did Mr. Brown ever tell you he

18           was an economic hardship deferment?

19   146    21   Did he ever tell you whether he

20           qualified for economic hardship

21           deferment?

22   146    25   Did you take any notes of any

23           calls with Brown?

24   147    5    Do any notes exist of a call

25           with Mr. Brown?

Page 263

1                        T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                  Text of the Question

4      149   23   Do you recall asking Mr. Brown

5                 for information about his Navient

6                 and Great Lakes loans?

7      150   22   Do you recall asking Mr. Brown

8                 to send you his loan details for

9                 Navient?

10     152   3   Did you ask Mr. Brown to provide

11                this document?

12     152   9   In the email above, you say:

13                "Joshua, thank you."  Why did you

14                thank Mr. Brown for sending this

15                email?

16     152   22   Does that refresh your

17                recollection that you asked

18                Mr. Brown to send an email about

19                forbearance approval?

20     153   5   Did you ask Mr. Brown to send

21                you any information he received

22                from Navient about IDR?

23     153   9   Did your supervisors direct you

24                not to request documents discussing

25                IDR from Mr. Brown?

1                    T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                    Text of the Question

4    154    4    Did you rely on any documents to

5              draft Exhibit 109?

6    154    10   Did you rely on anything other

7              than conversations with Mr. Brown

8              to draft this declaration?

9    154    15   While drafting Exhibit 109, did

10             you have any follow-up questions

11             for Mr. Brown?

12   154    19   Did Mr. Brown provide you with

13             any additional information?

14   154    23   Did anyone else at the CFPB

15             review the declaration before you

16             sent it to Mr. Brown?

17   155    4    After you sent the draft to

18             Mr. Brown, did you ask if it was

19             accurate?

20   155    8    Did Mr. Brown tell you it was

21             accurate?

22   156    8    Did you rely on Exhibit A when

23             drafting the declaration?

24

25

1                         T. RIDDER

2        - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                    Text of the Question

4    156    14    Do you understand the CFPB to be

5               relying on the declaration of

6               Mr. Brown?

7    156    18    Does this refresh your

8               recollection on whether you asked

9               Mr. Brown for any documents related

10              to IDR?

11   156    23    Why did you attach Exhibit A to

12              the declaration?

13   157    9    What did you rely on to write

14              that statement?

15   157    15    Is it a fair assumption that you

16              relied on the email that you

17              attached to the declaration that is

18              filed in this case?

19   160    22    Why not?

20   161    7    Did you ask for such

21              communications from Mr. Brown?

22   162    23    Did someone direct you not to

23              attach Exhibit 100 to Mr. Brown's

24              declaration?

25

1                      T. RIDDER

2        - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3        Page/Line                 Text of the Question

4     163    16    What was your basis for drafting

5             paragraph 6 of Mr. Brown's

6             declaration?

7     165    17    Does that mean that it was

8             optional for attorneys to end calls

9             with consumers?

10    165    23    Did you tell Ms. Harris that she

11            did not have to attend this call

12            with Ms. Bradley?

13    166    3    Do the words on the page

14            indicate that you told Ms. Tucker

15            she did not need to participate in

16            this call?

17    166    18    Why is there no draft

18            declaration for Ms. Bradley?

19    167    4    How did you first locate

20            Mr. Papson?

21    173    3    Is that part of your outline?

22    173    23    Did you ever tell Ms. Papson

23            what kind of information she should

24            provide for the call?

25

Page 267

1                         T. RIDDER

2        - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3        Page/Line                Text of the Question

4    175    8    Did the Papsons ever tell you

5              that they were hoping their loans

6              would be forgiven by participating

7              in this lawsuit?

8    175    15   Did the Papsons ever tell you

9              that they would like to receive

10             money through their participation

11             in this lawsuit?

12   175    20   Did Mr. Papson tell you about

13             his communications with Navient?

14   175    24   Did Mr. Papson ever tell you

15             about whether he had enrolled in

16             IDR?

17   176    22   Did the Papsons ever tell you

18             whether they had enrolled in

19             forbearance?

20   179    17   Did you take notes of your calls

21             with the Papsons?

22   180    3    Do any notes exist of the calls

23             with the Papsons?

24

25

1                        T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                  Text of the Question

4    180    7   Were you aware that Navient sent

5              Mr. Papson an IDR application as

6              early as 2010?

7    180    11   Was there a declaration prepared

8              for Mr. Papson to sign?

9    180    19   How did you first locate

10              Mr. Neal?

11    181    15   Did you review this complaint

12              from Mr. Neal?

13    183    7   Did you ask Mr. Neal whether he

14              qualified for IDR?

15    183    13   Did Mr. Neal tell you whether he

16              qualified for IDR?

17    184    25   Do you know why then that the

18              CFPB is relying him for claims that

19              relate to federal loans?

20    187    21   What led to you contact

21              Mr. Neal?

22    188    19   So you mentioned to Mr. Neal

23              that you had had some conversations

24              with peers regarding his complaint;

25              is that right?

1              T. RIDDER

2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line              Text of the Question

4    189    2   Does Mr. Neal have the

5              understanding that you mentioned

6              you had some conversations you had

7              to have with peers regarding his

8              specific complaint?

9    189    13   How was his complaint outside

10             the scope of the current CFPB

11             complaint?

12   189    19   Did you tell Mr. Neal that his

13             situation was somewhat outside the

14             scope of the current CFPB

15             complaint?

16   190    2   Did Mr. Neal ever tell you that

17             he called Navient and was told that

18             he was not eligible for IDR?

19   190    23   Is that something that would

20             have been relevant?

21   191    6   Did Mr. Neal provide you with

22             his income?

23   191    12   Did the CFPB ever prepare a

24             declaration for Mr. Neal?

25

```
 1                     T. RIDDER

 2      - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

 3      Page/Line              Text of the Question

 4    191    16   Did Mr. Neal ever refuse to sign

 5             a declaration that was drafted by

 6             you?

 7    191    24   How did you first locate

 8             Mr. Jaklevich?

 9    192    24   Did you review Mr. Jaklevich's

10             complaint?

11    193    18   Did any borrower ever tell you

12             they were steered into forbearance

13             by Navient?

14    194    18   Did Mr. Jaklevich ask you if his

15             loans could be forgiven by

16             participating in this lawsuit?

17    194    25   Did Mr. Jaklevich ask you if he

18             might receive money from

19             participating in this lawsuit?

20    195     6   Did Mr. Jaklevich tell you about

21             his communications with Navient?

22    195    10   Did Mr. Jaklevich tell you that

23             he had been enrolled for several

24             years prior to filing his

25             complaint?
```

1                           T. RIDDER

2        - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3        Page/Line                    Text of the Question

4    196    19    Did you draft a declaration for

5              Mr. Jaklevich?

6    197    18    How did you first locate

7              Ms. Evans?

8    198     7    Did you review Ms. Evans'

9              complaint?

10   198    19    Did Ms. Evans ever tell you that

11             she had been coaxed into

12             forbearance by Navient?

13   198    25    Did Ms. Evans tell that you she

14             had received information about IDR?

15   199     5    Did Ms. Evans tell you whether

16             she had applied for IDR?

17   199     9    Did Ms. Evans ever tell you that

18             she had enrolled in forbearance?

19   199    13    Did she tell you that the only

20             forbearances she ever received were

21             to provide time to apply for IDR?

22   200     3    Did you ask Ms. Evans for any

23             documents?

24   200     9    Did anyone at the CFPB draft a

25             declaration for Ms. Evans?

Page 272

1                        T. RIDDER

2        - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                  Text of the Question

4    200    13   Were you aware that the CFPB

5                sent her a draft declaration that

6                she did not sign because it was

7                inaccurate?

8    201    17   Did you review this complaint?

9    201    25   Did you review any complaints

10               from prior to January 18, 2017 for

11               purposes of the Navient

12               investigation?

13   204    12   Did Ms. Falck ever discuss IDR

14               with you?

15   204    18   Did Mrs. Falck ever complain

16               about forbearance to you?

17   204    22   Did Ms. Falck ever ask whether

18               her loans could be forgiven by

19               participating in this lawsuit?

20   205    3   Did Ms. Falck ever ask whether

21               she could receive any money from

22               participating in this lawsuit?

23   205    8   Did Ms. Falck tell you about her

24               communications with Navient?

25

1                        T. RIDDER

2       - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3       Page/Line                    Text of the Question

4    205   12   Did Ms. Falck tell you that she

5              had discussed IDR with Navient

6              representatives on the phone?

7    205   17   Did Ms. Falck tell you she had

8              used forbearances to bring her

9              loans current after falling

10             delinquent?

11   205   22   Did you ask Ms. Falck for any

12             documents?

13   206   10   Did you draft a declaration for

14             Ms. Falck?

15   206   16   Did Ms. Falck ever refuse to

16             sign a declaration drafted by the

17             CFPB?

18   206   25   How did you first locate

19             Ms. Harris?

20   207   9   Did Ms. Harris ask whether her

21             loans could be forgiven by

22             participating in this lawsuit?

23   207   16   Did Ms. Harris ever ask you

24             whether she could receive any money

25             by participating in this lawsuit?

1                      T. RIDDER

2       - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3       Page/Line                Text of the Question

4    207    21   Did Ms. Harris tell you about

5              her communications with Navient?

6    207    25   Did Ms. Harris tell you about

7              any discussion she had with Navient

8              about IDR?

9    208    5   Did Ms. Harris tell you whether

10             she had ever enrolled in

11             forbearance?

12   208    9   Did you ask Ms. Harris for any

13             documents?

14   208    17   Did Ms. Harris tell you that she

15             had enrolled in IDR at some point?

16   208    23   Did Ms. Harris ever refuse to

17             sign a draft declaration?

18   209    11   How did you first locate

19             Ms. Slobodian?

20   210    9   Did you review this complaint?

21   211    2   Did you ask Ms. Slobodian

22             whether she had received any other

23             forbearances?

24

25

1                          T. RIDDER

2        - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3      Page/Line                    Text of the Question

4    211    8   Did Ms. Slobodian tell you about

5               any other forbearances she

6               received?

7    211    12   Do you know what she meant by

8               wanting her loans dissolved?

9    213    8   Did Ms. Slobodian ask whether

10              she could have her loans forgiven

11              by participating in this lawsuit?

12   213    15   Did Ms. Slobodian ask whether

13              she could receive any money from

14              participating in this lawsuit?

15   213    20   Did Ms. Slobodian tell you about

16              her communications with Navient?

17   213    24   Did Ms. Slobodian tell you that

18              she has been aware of IDR since at

19              least 2009?

20   214    4   Did she tell you whether she had

21              ever discussed IDR on the phone

22              with Navient?

23   214    8   Did Ms. Slobodian tell you

24              whether she had ever enrolled in

25              forbearance?

1               T. RIDDER

2     - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3     Page/Line                Text of the Question

4   214   17   Did she tell you that she was

5            ineligible for IDR?

6   214   23   Did Ms. Slobodian ever refuse to

7            sign a declaration drafted by the

8            CFPB?

9   216    8   Did you ever ask Mr. Redd

10           whether he had hung up on Navient

11           representatives?

12  217    6   Did you ever ask Mr. Redd

13           whether he used very colorful

14           language with Navient

15           representatives?

16  218    3   Did you ever ask Mr. Redd why

17           Navient contacted corporate

18           security?

19  218   13   How did you first locate

20           Ms. Cox?

21  220   11   Did Ms. Cox ever tell you

22           whether she was able to resolve her

23           payment processing issues with

24           Navient?

25

1                          T. RIDDER

2          - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3          Page/Line                    Text of the Question

4     220    18   Did she say whether Navient ever

5               followed her payment allocation

6               instructions?

7     220    22   Did Ms. Cox ever refuse to sign

8               a declaration drafted by the CFPB?

9     222    11   Did Ms. Threlkel tell you

10              whether her payment processing

11              issues with Navient were resolved?

12    222    18   Did Ms. Threlkel ever refuse to

13              sign a declaration drafted by the

14              CFPB?

15    225    14   Did you ask Mr. Williams for

16              documents from FICO?

17    225    20   Did Mr. Williams tell you why he

18              was sending you something from

19              FICO?

20    227     6   Did you ask Mr. Williams whether

21              the credit information provided by

22              Navient was accurate?

23    227    13   Did you ask Mr. Williams for any

24              other documents?

25

1               T. RIDDER

2     - INDEX TO CERTIFIED QUESTIONS (Cont'd.) -

3   Page/Line              Text of the Question

4   228    5   After receiving this letter from

5            Mr. Williams did you ask him

6            whether the information provided by

7            Sallie Mae to the credit bureaus

8            was accurate?

9

10      - INDEX TO MARKED EXHIBITS -

11   NO.              DESCRIPTION              MARKED

12   Exhibit No. 627  Deposition Notice        18

13   Exhibit No. 628  Email chain              79

14   Exhibit No. 629  Email chain              101

15   Exhibit No. 630  Porretti tax            102

16       information

17   Exhibit No. 631  Email chain              147

18   Exhibit No. 632  Email                    149

19   Exhibit No. 633  Loan details - Brown     150

20   Exhibit No. 634  Email                    151

21   Exhibit No. 635  Meeting notes            164

22   Exhibit No. 636  Email chain              167

23   Exhibit No. 637  Email chain              215

24   Exhibit No. 638  Email chain              223

25   Exhibit No. 639  FICO letter              226