UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I __Natalie Bilbrough__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Wilmer Cutler Pickering Hale and Dorr LLP

1875 Pennsylvania Avenue, NW

Washington, DC 20006

Office Telephone:   (202) 663-6131

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Maryland (12/13/2016); District of Columbia (2/05/2018); U.S. District Court for the District of Maryland (6/02/2017)

My attorney Identification number is:   DC 242036

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

✓ SPECIAL ADMISSION: _____

GRANTED BY THE COURT: _____   Date: 11/30/18