# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I _____Arin H. Smith_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     Wilmer Cutler Pickering Hale and Dorr LLP

1875 Pennsylvania Avenue, NW

Washington, DC 20006

Office Telephone:     (202) 663-6959

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

District of Columbia (2/16/2017);   Pennsylvania (4/6/2015 Inactive);

United States District Court for the District of Columbia (7/15/2015)

My attorney Identification number is:   DC 1045248

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__✓__ SPECIAL ADMISSION:
GRANTED BY THE COURT _[signature]_     Date: 11/30/18