**BAR MEMBERSHIPS OF DEEPAK GUPTA**

| Name of Bar/Court | Bar No. (if any) | Date admitted | Status |
|---|---|---|---|
| District of Columbia Bar | 495451 | 12/12/2005 | Active |
| District of Columbia Court of Appeals | | 12/12/2005 | Active |
| District Court for the District of Columbia | | 8/2/2006 | Active |
| Supreme Court of the United States | 271169 | 4/20/2009 | Active |
| U.S. Court of Appeals for the First Circuit | 1183680 | 4/6/2018 | Active |
| U.S. Court of Appeals for the Second Circuit | | 8/17/2012 | Active |
| U.S. Court of Appeals for the Third Circuit | | 3/13/2014 | Active |
| U.S. Court of Appeals for the Fourth Circuit | | 4/10/2012 | Active |
| U.S. Court of Appeals for the Fifth Circuit | | 3/17/2015 | Active |
| U.S. Court of Appeals for the Sixth Circuit | | 6/29/2015 | Active |
| U.S. Court of Appeals for the Seventh Circuit | | 4/13/2018 | Active |
| U.S. Court of Appeals for the Eighth Circuit | | 5/6/2013 | Active |
| U.S. Court of Appeals for the Ninth Circuit | | 2/21/2006 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | | 1/9/2007 | Active |
| U.S. Court of Appeals for the D.C. Circuit | | 6/8/2015 | Active |
| U.S. Court of Federal Claims | | 6/21/2013 | Active |