UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

PETITION

I _____Deepak Gupta_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    Gupta Wessler PLLC

1900 L Street NW, Suite 312

Washington DC 20036

Office Telephone:    202-888-1741

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Please see attached addendum

My attorney Identification number is: DC 495451

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____       Date: _____

_✓_ SPECIAL ADMISSION:
GRANTED BY THE COURT: _[signature]_       Date: 12/3/18