IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL
PROTECTION BUREAU,                    :
                                      :
           Plaintiff,                 :
                                      :  3:17-CV-101
      v.                              :  (JUDGE MARIANI)
                                      :
NAVIENT CORPORATION, et al.,          :
                                      :
           Defendants.                :

## ORDER

AND NOW, THIS ____ DAY OF DECEMBER, 2018, upon consideration of the

Plaintiff's Motion for an Enlargement of Time to Complete Discovery (the "Motion") (Doc.

117), noting Defendants' non-concurrence therein, and in light of the parties' upcoming

hearing before the Court on December 10, 2018 at 11:00 am to discuss outstanding

discovery disputes (*see* Doc. 111), **IT IS HEREBY ORDERED THAT** the parties should be

ready to present argument on the Motion at the December 10 hearing in addition to the

previous discovery disputes that have been brought to the Court's attention.

_____
Robert D. Mariani
United States District Judge