**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| *Plaintiff*, | ) | Civil Action No. 3:CV-17-00101<br>(Hon. Robert D. Mariani) |
| v. | ) | |
| Navient Corporation, *et al*., | ) | |
| *Defendants*. | ) | |

**MOTION OF DEFENDANTS FOR LEAVE**
**TO EXCEED BRIEFING WORD LIMIT**

Navient Solutions, LLC ("Navient"), by and through undersigned counsel, hereby move pursuant to Local Rule 7.8(b)(3) to exceed the word count limit in their forthcoming memorandum of law in support of a partial motion for summary judgment and, in support thereof, state as follows:

1. Navient next week will file a motion seeking partial summary judgment on Plaintiff Consumer Financial Protection Bureau ("CFPB") claims in Counts I and II of the Complaint alleging that Navient "steered" borrowers into forbearance.

2. These Counts have generated dozens of depositions and the production of millions of pages of documentary evidence. To demonstrate why partial summary judgment is warranted, it is necessary for Navient to summarize

this voluminous record. Navient is unable to do so within the 5,000 words authorized by Local Rule 7.8(b)(2).

3. Accordingly, Navient respectfully requests that the Court grant this motion to enlarge the word limit prescribed by Local Rule 7.8(b)(2) and permit Navient to file a brief in support of its partial motion for summary judgment that does not exceed 7,500 words in length.

4. Navient contacted counsel for the CFPB seeking concurrence in this motion and informing them that we would consent to a similar enlargement for the CFPB's memorandum in opposition. The CFPB has not responded.

WHEREFORE, Navient respectfully requests leave to exceed 5,000 words, but no more than 7,500 words, in its memorandum in support of partial summary judgment on Counts I and II.

Dated: December 7, 2018

Respectfully submitted,

/s/ Jonathan E. Paikin
Jonathan E. Paikin (DC 466445) (*pro hac vice*)
Matthew T. Martens (DC 1019099) (*pro hac vice*)
Daniel P. Kearney (DC 977148) (*pro hac vice*)
Karin Dryhurst (DC 1034290) (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
jonathan.paikin@wilmerhale.com

matthew.martens@wilmerhale.com
daniel.kearney@wilmerhale.com
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

Daniel T. Brier (PA 52348)
Myers Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
dbrier@mbklaw.com
Tel: 570-342-6100
Fax: 570-342-6147

*Counsel for Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc.*

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that Defendants' counsel contacted Plaintiff's counsel, and Plaintiff has not responded to the request that it concur in this motion.

/s/ Karin Dryhurst
Karin Dryhurst (DC 1034290) (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2018, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Karin Dryhurst
Karin Dryhurst (DC 1034290) (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363