IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-101 |
| | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 10th DAY OF DECEMBER, 2018, upon consideration of Defendants' Motion for Leave to Exceed Briefing Word Limit (the "Motion") (Doc. 127) seeking "to exceed the word count limit in their forthcoming memorandum of law in support of a partial motion for summary judgment," **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

Robert D. Mariani
United States District Judge