THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION, *et al.*,<br><br>Defendants. | 3:17-CV-101-RDM<br>(JUDGE MARIANI) |

## ORDER

AND NOW, THIS 6th DAY OF DECEMBER, 2018, in light of the motion of non-party Seth Frotman to quash a deposition subpoena served upon him by Defendants in the above-captioned matter, **IT IS HEREBY ORDERED** that the deposition of Mr. Frotman is hereby **STAYED** pending this Court's disposition of his motion to quash.

Robert D. Mariani
United States District Judge