# WILMERHALE

December 21, 2018

**Karin Dryhurst**

+1 202 663 6248 (t)
+1 202 663 6363 (f)
karin.dryhurst@wilmerhale.com

**Via ECF**

The Honorable Robert D. Mariani
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18503

      Re:    *CFPB v. Navient Corp. et al.*, No. 3:CV-17-00101 (M.D. Pa.)

Dear Judge Mariani:

      Defendants write to inform the Court that the parties have agreed that Defendants should be permitted to take additional depositions beyond the 30 previously granted by the Court and to seek an order to that effect.

      The Court ordered on May 3, 2018 that each party would be permitted to take up to 30 depositions. To date, Defendants have taken 29 depositions. Other depositions have been noticed. On December 5, 2018, the CFPB amended its Rule 26(a)(1) disclosures to add five additional witnesses, and the CFPB has indicated that it may supplement or amend its disclosures in the future to add more witnesses. The parties conferred, and the CFPB consented to Defendants deposing these additional witnesses, even though that would exceed 30 depositions.

      Defendants have attached a proposed order permitting them to depose the five witnesses identified by the CFPB on December 5 and any witnesses the CFPB adds to its disclosures in the future.

Respectfully submitted,

Karin Dryhurst

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    Washington