# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | ) |
| *Plaintiff*, | ) Civil Action No. 3:CV-17-00101 |
| | ) (Hon. Robert D. Mariani) |
| v. | ) |
| Navient Corporation, *et al.*, | ) |
| *Defendants*. | ) |

## ORDER

IT IS HEREBY ORDERED THAT the Court's May 3, 2018 order is MODIFIED such that Defendants may depose any individual identified in the Plaintiff's Rule 26(a)(1) disclosures as likely to have discoverable information, notwithstanding the Court's previous order limiting each party to 30 depositions.

Dated: January 2, 2019

_____
The Honorable Robert D. Mariani
United States District Judge