# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, __Webb Lyons__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Wilmer Cutler Pickering Hale and Dorr LLP

1875 Pennsylvania Ave. NW

Washington, DC 20006

Office Telephone: 202-663-6224

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

District of Columbia (11/14/2016); U.S. District Court, District of Columbia (7/2/2018); U.S. Court of Appeals, Ninth Circuit (8/14/2018)

My attorney Identification number is: DC 1035458

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

__✓__ SPECIAL ADMISSION:
GRANTED BY THE COURT: _[signature]_ Date: 1/3/19