IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-101 |
| | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 2ND DAY OF JANUARY, 2019, upon receipt of Plaintiff's letter notifying the Court of a discovery dispute (Doc. 146), **IT IS HEREBY ORDERED THAT** Defendants shall submit to the Court a concise response to Plaintiff's letter on or before **January 7, 2019**, at **5:00 p.m.** There will be no additional letters filed regarding this discovery dispute. This discovery dispute and the previous discovery disputes presented to the Court shall be referred to the special master appointed by the Court pursuant to the agreement of the parties, as detailed in the Court's December 21, 2018 Order (Doc. 141).

/Robert D. Mariani
United States District Judge