1700 G Street NW,
Washington, DC 20552



January 11, 2019

**Filed Via ECF**

The Honorable Robert D. Mariani
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

    Re:    *CFPB v. Navient Corp., et al.*, Case No. 3:17-CV-00101-RDM

Dear Judge Mariani:

    Pursuant to paragraph 2 of the Court's December 21, 2018 Order, the Bureau writes on behalf of all parties to notify the Court that the parties have agreed upon The Honorable Thomas I. Vanaskie to serve as the special master.

    Respectfully submitted,
    /s/ Nicholas Jabbour