STATE OF PENNSYLVANIA
County of Lackawanna

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** : | |
| : | |
| **Plaintiff** : | |
| : | 3:17-CV-101 |
| v. : | (Judge Mariani) |
| : | |
| **NAVIENT CORPORATION, et al.,** : | |
| : | |
| **Defendants.** : | |

## AFFIDAVIT

Pursuant to Federal Rule of Civil Procedure 53(b)(3), I hereby declare under penalty of perjury that there is no ground for my disqualification under 28 U.S.C. sec. 455 from serving as Special Master in this matter.

_____
Thomas I. Vanaskie

Sworn to and subscribed before me
This 15th Day of January, 2019

_____
Kip A. Conforti

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Kip A. Conforti, Notary Public
Clarks Summit Boro, Lackawanna County
My Commission Expires Aug. 7, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES