**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Consumer Financial Protection Bureau,<br><br>*Plaintiff*,<br><br>v.<br><br>Navient Corporation, *et al*.,<br><br>*Defendants*. | ) | Civil Action No. 3:CV-17-00101<br>(Hon. Robert D. Mariani) |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II OF PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure Rule 56, Defendants Navient Solutions, LLC ("Navient") and Navient Corporation (together, "Defendants"), by and through undersigned counsel, hereby move for Summary Judgment in favor of Defendants on Counts I and II of the Complaint. *See* Compl. ¶¶ 138-47. In support of this motion, Defendants submit the attached Memorandum of Law, Statement of Undisputed Material Facts, and accompanying exhibits.

Navient is mindful of the Court's time, but respectfully submits that no genuine dispute of material fact exists regarding Navient's conduct towards the borrowers that Plaintiff Consumer Financial Protection Bureau has identified in support of Counts I and II. At a minimum, a ruling regarding the experiences of

these borrowers would aid in defining the relevant issues for trial. In further consideration of the Court's time, Defendants are amenable to referring this motion to the Special Master.

Dated: January 17, 2019

Respectfully submitted,

/s/ Jonathan E. Paikin

Jonathan E. Paikin (DC 466445) (*pro hac vice*)
Daniel P. Kearney (DC 977148) (*pro hac vice*)
Karin Dryhurst (DC 1034290) (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
jonathan.paikin@wilmerhale.com
daniel.kearney@wilmerhale.com
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

Daniel T. Brier (PA 52348)
Myers Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
dbrier@mbklaw.com
Tel: 570-342-6100
Fax: 570-342-6147

*Counsel for Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc.*

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that I sought concurrence from Plaintiff's counsel, Nicholas K. Jabbour, in relation to this Motion. Plaintiff's counsel has not concurred in this motion.

/s/ Karin Dryhurst

Karin Dryhurst (DC 1034290) (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Karin Dryhurst
Karin Dryhurst (DC 1034290) (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363