# APPENDIX

| Borrower | Received notices about IDR options? | IDR discussed during phone call? | Sent IDR application? | Applied for IDR? | Determined ineligible for IDR? | Requested forbearance after being advised about IDR? |
|---|---|---|---|---|---|---|
| CC | ✓ | ✓ | ✓ |   | ✓ | ✓ |
| NN | ✓ | ✓ | ✓ |   | ✓ | ✓ |
| AS | ✓ | ✓ |   |   | ✓ | ✓ |
| CP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| FB | ✓ | ✓ | ✓ | ✓ |   | ✓ |
| UE | ✓ | ✓ | ✓ | ✓ |   | ✓ |
| VH | ✓ | ✓ | ✓ | ✓ |   | ✓ |
| MP | ✓ | ✓ | ✓ | ✓ |   | ✓ |
| JB | ✓ |   |   | ✓ |   | ✓ |
| RD | ✓ | ✓ | ✓ | ✓ |   | ✓ |
| ZB | ✓ | ✓ | ✓ | ✓ |   | ✓ |
| LF | ✓ | ✓ | ✓ | ✓ |   | ✓ |
| KR | ✓ | ✓ |   |   |   | ✓ |
| GJ | ✓ | ✓ | ✓ | ✓ |   | ✓ |