# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | ) |
| *Plaintiff*, | ) Civil Action No. 3:CV-17-00101 |
| v. | ) (Hon. Robert D. Mariani) |
| Navient Corporation, *et al*., | ) |
| *Defendants*. | ) |

## TABLE OF CONTENTS OF EXHIBITS
## TO THE STATEMENT OF UNDISPUTED MATERIAL FACTS

| Exhibit 1: | Battle Deposition Transcript Excerpts |
|---|---|
| Exhibit 2: | Tessitore Deposition Transcript Excerpts |
| Exhibit 3: | **FILED UNDER SEAL** Email Template |
| Exhibit 4: | Lesser Deposition Transcript Excerpts |
| Exhibit 5: | CFPB 8/21/17 ROG Response |
| Exhibit 6: | CFPB 11/3/17 ROG Response |
| Exhibit 7: | CFPB 2/27/18 ROG Response |
| Exhibit 8: | CFPB 11/9/18 Disclosures |
| Exhibit 9: | CFPB 12/5/18 Disclosures |
| Exhibit 10: | Ridder Deposition Transcript Excerpts |
| Exhibit 11: | **FILED UNDER SEAL** C.C. Deposition Transcript Excerpts |
| Exhibit 12: | **FILED UNDER SEAL** C.C. Communications |
| Exhibit 13: | **FILED UNDER SEAL** C.C. CLASS Screen |
| Exhibit 14: | N.N. Deposition Transcript Excerpts |
| Exhibit 15: | N.N. Communications |
| Exhibit 16: | **FILED UNDER SEAL** N.N. CLASS Screen |
| Exhibit 17: | A.S. Deposition Transcript Excerpts |
| Exhibit 18: | A.S. Communications |
| Exhibit 19: | C.P. Deposition Transcript Excerpts |
| Exhibit 20: | C.P. Communications, Part 1 |

| | |
|---|---|
| Exhibit 21: | C.P. Communications, Part 2 |
| Exhibit 22: | **FILED UNDER SEAL** C.P. CLASS Screen |
| Exhibit 23: | C.P. Declaration |
| Exhibit 24: | F.B. Deposition Transcript Excerpts |
| Exhibit 25: | F.B. Communications, Part 1 |
| Exhibit 26: | F.B. Communications, Part 2 |
| Exhibit 27: | **FILED UNDER SEAL** F.B. CLASS Screen |
| Exhibit 28: | U.E. Deposition Transcript Excerpts |
| Exhibit 29: | U.E. Communications, Part 1 |
| Exhibit 30: | U.E. Communications, Part 2 |
| Exhibit 31: | **FILED UNDER SEAL** U.E. CLASS Screen |
| Exhibit 32: | V.H. Deposition Transcript Excerpts |
| Exhibit 33: | V.H. Communications |
| Exhibit 34: | **FILED UNDER SEAL** G.H. CLASS Screen |
| Exhibit 35: | **FILED UNDER SEAL** M.P. Deposition Transcript Excerpts |
| Exhibit 36: | **FILED UNDER SEAL** M.P. Communications |
| Exhibit 37: | **FILED UNDER SEAL** M.P. CLASS Screen |
| Exhibit 38: | J.B. Deposition Transcript Excerpts |
| Exhibit 39: | J.B. Communications |
| Exhibit 40: | **FILED UNDER SEAL** J.B. CLASS Screen |
| Exhibit 41: | J.B. Declaration |
| Exhibit 42: | **FILED IN NATIVE FORM** J.B. Call Recording |
| Exhibit 43: | G.J. Deposition Transcript Excerpts |
| Exhibit 44: | G.J. Communications |
| Exhibit 45: | **FILED UNDER SEAL** G.J. CLASS Screen |
| Exhibit 46: | R.D. Deposition Transcript Excerpts |
| Exhibit 47: | R.D. Communications, Part 1 |
| Exhibit 48: | R.D. Communications, Part 2 |
| Exhibit 49: | R.D. Communications, Part 3 |
| Exhibit 50: | R.D. Communications, Part 4 |
| Exhibit 51: | **FILED UNDER SEAL** R.D. CLASS Screen |
| Exhibit 52: | R.D. Declaration |
| Exhibit 53: | Z.B. Deposition Transcript Excerpts |
| Exhibit 54: | Z.B. Communications, Part 1 |
| Exhibit 55: | Z.B. Communications, Part 2 |
| Exhibit 56: | Z.B. Communications, Part 3 |
| Exhibit 57: | **FILED UNDER SEAL** Z.B. CLASS Screen |
| Exhibit 58: | Z.B. Declaration |

| | |
|---|---|
| Exhibit 59: | L.F. Deposition Transcript Excerpts |
| Exhibit 60: | L.F. Communications, Part 1 |
| Exhibit 61: | L.F. Communications, Part 2 |
| Exhibit 62: | L.F. Communications, Part 3 |
| Exhibit 63: | **FILED UNDER SEAL** L.F. CLASS Screen |
| Exhibit 64: | K.R. Deposition Transcript Excerpts |
| Exhibit 65: | K.R. Communications, Part 1 |
| Exhibit 66: | K.R. Communications, Part 2 |
| Exhibit 67: | K.R. Communications, Part 3 |
| Exhibit 68: | K.R. Communications, Part 4 |
| Exhibit 69: | K.R. Communications, Part 5 |
| Exhibit 70: | K.R. Communications, Part 6 |
| Exhibit 71: | **FILED UNDER SEAL** K.R. CLASS Screen |
| Exhibit 72: | **FILED IN NATIVE FORM** K.R. Call Recordings |
| Exhibit 73: | **FILED UNDER SEAL** Navient Procedure |
| Exhibit 74: | **FILED UNDER SEAL** Navient Procedure |
| Exhibit 75: | **FILED UNDER SEAL** Navient Procedure |
| Exhibit 76: | **FILED UNDER SEAL** Jeckell Deposition Transcript Excerpts |
| Exhibit 77: | **FILED UNDER SEAL** Wisnewski Deposition Transcript Excerpts |
| Exhibit 78: | **FILED UNDER SEAL** Potomis Deposition Transcript Excerpts |
| Exhibit 79: | **FILED UNDER SEAL** Bailer Deposition Transcript Excerpts |
| Exhibit 80: | **FILED UNDER SEAL** Powell Deposition Transcript Excerpts |