# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : | |
| Plaintiff | : | |
| v. | : | 3:17-CV-101 (Judge Mariani) |
| NAVIENT CORPORATION, et al., | : | |
| Defendants. | : | |

## SPECIAL MASTER ORDER

Now, this 17th day of January, 2019, **IT IS HEREBY ORDERED THAT** a status conference shall be held on **January 28, 2019, at 11:00 a.m.** in the Mediation Center of the William J. Nealon U.S. Courthouse and Federal Building, Scranton, PA. Counsel shall appear either in person or by way of video conference, and shall notify the Special Master whether counsel will be present or appear by video conference no later than January 25, 2019. Arrangements shall be made through the Court for any counsel appearing by video.

No later than January 25, 2019, the parties shall file reports summarizing the discovery disputes referenced in paragraphs 2a through 2j of the Order of Judge Mariani appointing the Special Master.

s/ Thomas I. Vanaskie<br>
THOMAS I. VANASKIE<br>
SPECIAL MASTER