# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSUMER FINANCIAL** | : | |
| **PROTECTION BUREAU,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| | : | 3:17-CV-101 |
| v. | : | (Judge Mariani) |
| | : | |
| | : | |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## SPECIAL MASTER ORDER

Now, this 22nd day of January, 2019, **IT IS HEREBY ORDERED THAT** the agenda for the status conference scheduled for **January 28, 2019, at 11:00 a.m.** in the Mediation Center of the William J. Nealon U.S. Courthouse and Federal Building, Scranton, PA.

Counsel shall include, but not be limited to, discussions of the following matters:

A.  A description of the present status of discovery, covering what discovery has been completed, what discovery remains to be completed, and existing discovery and dispositive motion deadlines.
B. A description of the outstanding discovery disputes, including whether any disputes require an evidentiary hearing, and a description of reasonably anticipated discovery disputes.
C. Prioritization of discovery disputes for resolution.
D. Submission of materials for resolution of any discovery disputes, including the process of submitting materials for review *in camera*.
E. Briefing, argument and hearing schedules.
F. The possibility of conducting proceedings in Washington, D.C., to save expenses for the parties.
G. Payment of the Special Master fees and expenses in accordance with paragraph 6 of Judge Mariani's order of January 16, 2019, appointing the Special Master.

H.  The possibility of retention of a law clerk to the Special Master to assist with research and preparation of orders and Reports and Recommendations.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER
