WILMERHALE

**Jonathan E. Paikin**

+1 202 663 6703 (t)
+1 202 663 6363 (f)
jonathan.paikin@wilmerhale.com

January 30, 2019

**Filed Via ECF**

The Honorable Robert D. Mariani
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18503

Re: *CFPB v. Navient Corp., et al.*, No. 3:17-cv-00101-RDM (M.D. Pa.)

Dear Judge Mariani:

Pursuant to the Court's January 16, 2019 Order (Doc. 159), Defendants write on behalf of the parties and non-party Seth Frotman to notify the Court that the parties and Mr. Frotman consent to referral of the discovery dispute regarding the deposition of Mr. Frotman to the Special Master.

Respectfully submitted,

*/s/ Jonathan E. Paikin /kd*

Jonathan E. Paikin

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    Washington