IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** :<br>:<br>:<br>Plaintiff, :<br>: 3:17-CV-101<br>v. : (JUDGE MARIANI)<br>:<br>**NAVIENT CORPORATION, et al.,** :<br>:<br>Defendants. : | |

## ORDER

AND NOW, THIS 31st DAY OF JANUARY, 2019, upon the Court's receipt of the joint letter submitted by the parties and non-party Seth Frotman consenting to the referral of the discovery dispute regarding the deposition of Mr. Frotman to the Special Master (Doc. 201), **IT IS HEREBY ORDERED THAT** the Frotman deposition discovery dispute is **REFERRED** to the Special Master for a recommendation to this Court.

Robert D. Mariani
United States District Judge