WILMERHALE

February 4, 2019

**Daniel P. Kearney**

+1 202 663 6285 (t)
+1 202 663 6363 (f)
daniel.kearney@wilmerhale.com

**VIA ECF**

Judge Thomas I. Vanaskie
JAMS, Inc.
1717 Arch Street, Suite 3810
Philadelphia, Pennsylvania 19103

Re:  Defendants' Proposed Agenda for February 5, 2019 Telephonic Status Conference
*CFPB v. Navient Corp. et al.*, No. 3:17-CV-00101 (M.D. Pa.)

Dear Judge Vanaskie:

Defendants respectfully submit this proposed agenda for the February 5, 2019 Telephonic Status Conference.  Defendants invited the CFPB to submit a joint proposed agenda, but the CFPB did not agree.

1. Defendants' privilege log
   a. Sender/recipient information
   b. Work product claims

2. CFPB request regarding custodians

3. Schedule for identification of call sample

4. CFPB production schedule

5. Schedule for resolving Mr. Frotman's motion to quash

Sincerely,

Daniel P. Kearney