# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Consumer Financial Protection Bureau,

    Plaintiff,

v.

Navient Corporation, *et al.*,

    Defendants.

Case No. 3:17-CV-00101-RDM
(Hon. Robert D. Mariani)

FILED
SCRANTON
FEB 0 5 2019
PER _____
DEPUTY CLERK

## STATEMENT OF JUSTIFICATION
## FOR PROPOSED SEALING ORDER

I, Nicholas Jabbour, declare as follows:

1. On January 25, 2019, the Bureau electronically filed a letter to the special master in this matter, which was docketed as ECF Document Number 199 (the "Letter").

2. On January 27, 2019, Jonathan Paikin wrote to the Bureau on behalf of Defendants, asserting that the Letter contained confidential information and should be filed under seal because one page of the Letter contained an excerpt from a document that had been marked confidential under the agreed-upon protective order.

3. The Bureau contacted the Clerk's Office regarding Defendants' concern. The Bureau agreed that the Letter should be removed from the docket, and the Bureau indicated that it would submit a motion to file the Letter under seal.

4. Though the Bureau disagrees that the excerpted document is actually confidential and has notified Defendants that it would like to confer regarding the confidentiality designation for that document, the Bureau agrees that the Letter should be filed under seal in the interim.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 4, 2019.

/s/ Nicholas Jabbour
Nicholas Jabbour, DC 500626
Nicholas.Jabbour@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-7508
Fax: 202-435-9346

*Attorney for Plaintiff*