IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,  :  <br><br>    Plaintiff  : <br>  :  <br>  :   3:17-CV-101 <br>v.  :   (Judge Mariani) <br>  :  <br>NAVIENT CORPORATION, et al.,  :  <br>  :  <br>    Defendants.  :   | |

## SPECIAL MASTER ORDER #7

**NOW, this 14th day of February, 2019,** the parties having agreed to in camera review of a random sample of the 6,607 documents withheld from production by Defendants on the basis of the Attorney Work Product doctrine; and having further agreed that a sample size of 7% of the 6,607 withheld documents produces a statistically significant sample size; and having further agreed that the Special Master may utilize an online random number generator to generate a list of numbers from the document list submitted to the Special Master by email on February 13, 2109; and the Special Master having utilized www.randomizer.org to generate a random set of 462 numbers from the list of 6,607 documents, **IT IS HEREBY ORDERED THAT**:

1. Defendants shall produce for in camera review the documents with the following sample numbers on the list provided by email on February 13, 2019:  12, 57, 67,

75, 85, 128, 129, 143, 145, 146, 191, 195, 203, 206, 213, 220, 223, 235, 249, 256, 269, 271, 311, 318, 321, 327, 329, 340, 345, 361, 389, 391, 397, 401, 418, 419, 441, 445, 446, 456, 457, 460, 489, 512, 522, 549, 553, 569, 592, 600, 628, 632, 670, 675, 690, 691, 696, 707, 715, 737, 760, 794, 809, 823, 844, 851, 857, 867, 873, 877, 879, 902, 907, 924, 927, 930, 964, 1031, 1040, 1090, 1093, 1114, 1118, 1147, 1176, 1179, 1198, 1216, 1218, 1254, 1264, 1279, 1307, 1308, 1329, 1340, 1344, 1373, 1377, 1386, 1404, 1428, 1435, 1478, 1496, 1521, 1541, 1592, 1593, 1616, 1633, 1634, 1635, 1651, 1658, 1660, 1703, 1709, 1716, 1720, 1721, 1724, 1743, 1749, 1761, 1769, 1777, 1794, 1796, 1830, 1838, 1864, 1865, 1868, 1873, 1880, 1898, 1914, 1915, 1918, 1941, 1967, 1991, 2002, 2024, 2032, 2056, 2062, 2079, 2091, 2094, 2105, 2118, 2143, 2164, 2176, 2188, 2194, 2234, 2273, 2274, 2281, 2293, 2310, 2336, 2339, 2359, 2391, 2405, 2406, 2430, 2431, 2435, 2478, 2479, 2496, 2499, 2517, 2520, 2562, 2579, 2582, 2591, 2604, 2617, 2653, 2658, 2677, 2684, 2692, 2696, 2724, 2757, 2802, 2830, 2868, 2871, 2915, 2927, 2938, 2947, 3007, 3027, 3057, 3060, 3069, 3073, 3095, 3096, 3109, 3139, 3140, 3144, 3158, 3168, 3204, 3249, 3257, 3262, 3294, 3295, 3324, 3349, 3367, 3379, 3428, 3442, 3445, 3465, 3467, 3472, 3501, 3520, 3533, 3548, 3557, 3561, 3653, 3665, 3668, 3675, 3693, 3712, 3730, 3734, 3751, 3754, 3761, 3781, 3808, 3811, 3814, 3824, 3825, 3828, 3830, 3905, 3928, 3931, 3938, 3959, 3968, 3969, 4011, 4017, 4049, 4072, 4077, 4085, 4086, 4092, 4101, 4117, 4143, 4161, 4173, 4176,

4180, 4182, 4183, 4184, 4190, 4197, 4198, 4223, 4234, 4246, 4260, 4262, 4270, 4275, 4299, 4320, 4324, 4326, 4340, 4346, 4393, 4398, 4412, 4417, 4430, 4432, 4436, 4474, 4508, 4512, 4521, 4529, 4560, 4566, 4584, 4598, 4627, 4628, 4655, 4670, 4695, 4699, 4705, 4718, 4741, 4742, 4744, 4747, 4817, 4820, 4829, 4833, 4859, 4863, 4894, 4927, 4930, 4946, 4958, 5015, 5017, 5026, 5040, 5045, 5054, 5069, 5098, 5105, 5114, 5118, 5120, 5131, 5157, 5158, 5161, 5165, 5173, 5188, 5189, 5213, 5231, 5239, 5258, 5332, 5336, 5341, 5343, 5367, 5393, 5396, 5451, 5461, 5463, 5479, 5507, 5518, 5534, 5536, 5555, 5558, 5583, 5591, 5601, 5607, 5616, 5674, 5689, 5698, 5700, 5703, 5704, 5715, 5717, 5720, 5759, 5783, 5784, 5787, 5802, 5804, 5805, 5815, 5816, 5823, 5827, 5829, 5855, 5890, 5902, 5906, 5925, 5945, 5948, 5961, 5966, 5997, 6002, 6011, 6015, 6037, 6053, 6069, 6077, 6078, 6104, 6115, 6145, 6156, 6189, 6221, 6226, 6233, 6249, 6264, 6274, 6275, 6278, 6279, 6285, 6297, 6308, 6316, 6322, 6332, 6366, 6375, 6379, 6385, 6386, 6398, 6407, 6415, 6424, 6466, 6477, 6534, 6538, 6540, 6548, 6554, 6558, 6577, 6579, 6582, 6601.

2. At the telephonic conference to be held on Tuesday, February 19, 2019, Defendants shall provide a schedule for production of the documents bearing the sample numbers in paragraph 1 above.

s/ Thomas I. Vanaskie<br>
THOMAS I. VANASKIE<br>
SPECIAL MASTER