IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | 3:17-CV-101 |
| v. | : | (Judge Mariani) |
| | : | |
| | : | |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| Defendants. | : | |

## SPECIAL MASTER ORDER #9

**Now, this 15th day of February, 2019**, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall provide the 2010 memo referenced in relation to Plaintiff's request to search the email records of Mr. Bailer as well as pertinent excerpts from Mr. Bailer's deposition and submit written argument on its request for such document production from archival media on or before **February 21, 2019,** and Defendants shall file their reply on or before **February 28, 2019.**

2. Plaintiff shall supplement its request to search records relating to loan securitization on or before **February 18, 2019,** and Defendants shall respond no later than **February 22, 2019.** Argument on this issue shall be held as part of the telephonic status conference on **February 26, 2019.**

                                                    s/ Thomas I. Vanaskie
                                                    THOMAS I. VANASKIE
                                                    SPECIAL MASTER