IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff | : |
| v. | : 3:17-CV-101 <br> : (Judge Mariani) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

### SPECIAL MASTER ORDER #11

### THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

In camera review of documents falling under Categories 22 and 28 of the Consumer Financial Protection Bureau's privilege log suggests the need to review the actual decision documents that form the predicate for the privilege assertions, *i.e.*, the September 15, 2014 Examination Report of Pioneer Credit Recovery, Inc. (Category 22), and the Payback Playbook of January 13, 2017 (Category 28). Review has also given rise to questions pertaining to the document identified by Bates Number CFPB-NAV-0056779.0001.

### ACCORDINGLY, IT IS HERBY ORDERED THAT:

1. By February 25, the Consumer Financial Protection Bureau shall provide to the Special Master copies of the September 15, 2014 Examination Report of Pioneer Credit Recovery, Inc., and the Payback Playbook.

2. Counsel shall be prepared to address during the February 26, 2019 conference call the rationale for withholding the document identified by Bates Number CFPB-NAV-0056779.0001, as well as the relevance of the Fors-Marsh documents withheld under Category 28.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER
