1700 G Street NW,
Washington, DC 20552



February 27, 2019

**Via ECF and Overnight Mail**

The Honorable Thomas I. Vanaskie, Special Master
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

    Re:    *CFPB v. Navient Corp., et al.*, Case No. 3:17-CV-00101-RDM

Dear Judge Vanaskie:

    The Bureau writes to provide Your Honor with an encrypted flash drive containing copies of three documents that are part of Your Honor's *in camera* review of the Bureau's deliberative process privilege assertions.

    The first document, CFPB-NAV-0056899.0001 (Category 44), is a replacement copy of a document bearing the same bates stamp that was inadvertently produced with certain privileged information unredacted. The Bureau has provided the replacement copy under separate cover to Defendants and asked them to destroy the inadvertently produced version along with all associated metadata.

    The second and third documents are unredacted versions of documents bearing bates stamp CFPB-NAV-0056906.0001 and CFPB-NAV-0056907.0001. They fall under Category 80.

    The Bureau will transmit the password for the enclosed documents via email.

    Respectfully submitted,

    /s/ Nicholas Lee

Enclosure