IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **3:17-CV-101** |
| | : | **(Judge Mariani)** |
| | : | |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| Defendants. | : | |

**SPECIAL MASTER ORDER #13**

**Now, this 5th day of March, 2019**, **IT IS HEREBY ORDERED THAT** oral argument on the Motion of Seth Frotman to Quash Deposition Subpoena (Doc. 123) shall be held on **Friday, March 29, 2019, at 10:30 a.m. at the JAMS Office located at 1155 F Street, NW, Suite 1150, Washington, D.C., 20004.** The oral argument session previously schedule for March 28th has been cancelled. Counsel for the movant shall be responsible for making the arrangements to have a Court Reporter present for the oral argument session on March 29th.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER