# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSUMER FINANCIAL** | : | |
| **PROTECTION BUREAU,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| | : | **3:17-CV-101** |
| **v.** | : | **(Judge Mariani)** |
| | : | |
| | : | |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## SPECIAL MASTER ORDER #15

Now, this 15th day of March, 2019, **IT IS HEREBY ORDERED THAT** Plaintiff shall show cause in writing no later than March 20, 2019 why it should not be required to produce:

1. The following documents withheld from production under Category 1-E of the Categorical Privilege Log accompanying Plaintiff's letter to the Special Master dated February 25, 2019 (Doc. 233): Bates Numbers CFPB-NAV-0057485, 0057486, 0057487, 0057488, 0057489, 0057494, 0057495, 0057496, 0057497, 0057499, 0057500, 0057501, and 0057502. These documents appear to be solely factual in nature and thus not covered by the deliberative process privilege.

2. Parts of CFPB-NAV-0057522 withheld under Category 1-G of the Categorical Privilege Log accompanying Plaintiff's letter to the Special Master dated February

25, 2019 (Doc. 233). Specifically, it appears that Plaintiff should be required to produce the first two paragraphs that appear under the heading "Additional Challenges and Considerations" on page 2 of this document and the third full paragraph on page 6 of this document, up to the sentence ending in "significant effort."

3. The following documents withheld under Category 79 of the Categorical Privilege Log accompanying Plaintiff's letter of February 11, 2019 to the Special Master (Doc. 219): Bates Numbers CFPB-NAV-0057119, 0056909, 0057077, 0057081, and 0057082

                                                s/ Thomas I. Vanaskie
                                                THOMAS I. VANASKIE
                                                SPECIAL MASTER