IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff | : |
| v. | : 3:17-CV-101 <br> : (Judge Mariani) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

## SPECIAL MASTER ORDER #16

Now, this 18th day of March, 2019, **IT IS HEREBY ORDERED THAT** Plaintiff shall show cause in writing no later than March 22, 2019 why it should not be required to produce:

1. The following documents withheld from production under Category 42 of the Categorical Privilege Log accompanying Plaintiff's letter to the Special Master dated February 15, 2019 (Doc. 225): Bates Numbers CFPB-NAV-0057145, 0057146, 0057147, 0057148, 0057149, 9957150, 0057151, and 0057152. These are documents from outside entities and do not appear to be covered by the deliberative process privilege.

2. The first five pages of CFPB-NAV-0057210 and all of CFPB-NAV-0057325 withheld under Category 71 of the Categorical Privilege Log accompanying Plaintiff's letter to the Special Master dated February 15, 2019 (Doc. 225).

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER
