IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSUMER FINANCIAL** | : | |
| **PROTECTION BUREAU,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| | : | 3:17-CV-101 |
| v. | : | (Judge Mariani) |
| | : | |
| | : | |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**SPECIAL MASTER ORDER #17**

Now, this 18th day of March, 2019, **IT IS HEREBY ORDERED THAT** the agenda for the telephonic status conference scheduled for March 19, 2019 at 11:00 a.m. shall include, but not be limited to, the following matters:

1. Oral argument on the *Teleglobe* issue.

2. The status of responses to Defendants' letters to the federal and state agencies implicated in the assertion of the Bank Examination Privilege.

3. The schedule for production of call records.

4. The issues pertaining to the search for and production of records from Mr. Bailer and "securitization" custodians as raised in the parties' letters of March 15, 2019 (Docs. 250 and 251).

5. The status of the production of a log for documents produced by Navient in redacted form.

6. The status of Plaintiff's responses to Special Master Order #15 (Doc. 249) and Special Master Order #16 (Doc. 252).

7. The telephonic conference call scheduled for 11:00 a.m. on **March 19, 2019** shall be placed to 570-207-5605.

                                             s/ Thomas I. Vanaskie
                                             THOMAS I. VANASKIE
                                             SPECIAL MASTER