IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff | : |
| v. | : 3:17-CV-101 <br> : (Judge Mariani) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

### SPECIAL MASTER ORDER #18

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

During the course of the conference call held on March 19, 2019, the parties were directed to take certain actions by certain dates. The purpose of this Order is to set forth the required actions to be taken within the deadlines set during the conference call.

**ACCORDINGLY, IT IS HERBY ORDERED THAT:**

1. Defendants shall produce call recordings from the ININ system requested by the Plaintiff no later than **March 22, 2019**. Defendants shall produce all other call recordings requested by Plaintiff no later than **April 2, 2019**, with an interim production of those call recordings to be made by **March 26, 2019**.

2. No later than **March 22, 2019**, counsel for the parties shall file a letter report on the status of their efforts to agree to search terms to conduct searches of the two custodians on the securitization issue.

3. Plaintiff shall file a letter report on the question of Defendants' designation of 11 documents as confidential no later than **March 22, 2019**. Defendants shall file a letter reply no later than **March 29, 2019**.

                                             s/ Thomas I. Vanaskie
                                             THOMAS I. VANASKIE
                                             SPECIAL MASTER