IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff | : |
| v. | : 3:17-CV-101 <br> : (Judge Mariani) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

### SPECIAL MASTER ORDER #19

Now, this 25th day of March, 2019, **IT IS HEREBY ORDERED THAT** the agenda for the telephonic status conference scheduled for March 26, 2019 at 11:00 a.m. shall include, but not be limited to, the following matters:

1. The status of Plaintiff's production of documents that include the names Navient or Pioneer Credit.

2. The status of responses to Defendants' letters to the federal and state agencies implicated in the assertion of the Bank Examination Privilege.

3. The status of the production of call records.

4. The status of the searches for and production of records from Mr. Bailer and "securitization" custodians as raised in the parties' letters of March 15, 2019.

5. The status of the production of a log for documents produced by Navient in redacted form.

6. The status of issues pertaining to documents claimed by Navient to be protected by the attorney-client privilege and which involved communications with third parties.

7. The telephonic conference call scheduled for 11:00 a.m. on **March 26, 2019** shall be placed to 570-207-5605.

s/ Thomas I. Vanaskie  
THOMAS I. VANASKIE  
SPECIAL MASTER
