# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | 3:17-CV-101 |
| | : | (Judge Mariani) |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| Defendants. | : | |

## SPECIAL MASTER ORDER #21

Now, this 8th day of April, 2019, **IT IS HEREBY ORDERED THAT** the agenda for the telephonic status conference scheduled for April 9, 2019 at 11:00 a.m. shall include, but not be limited to, the following matters:

1. The status of Plaintiff's production of documents that include the names Navient or Pioneer Credit.

2. The status of responses to Defendants' letters to the federal and state agencies implicated in the assertion of the Bank Examination Privilege.

3. The status of the production of call records.

4. The status of the searches for and production of records from Mr. Bailer and "securitization" custodians as raised in the parties' letters of March 15, 2019.

5. The confidentiality designations challenged by Plaintiff.

6. The status of the preparation of the transcript of the oral argument on the motion to quash the Frotman deposition subpoena.

7. The telephonic conference call scheduled for 11:00 a.m. on April 2, 2019 shall be placed to 570-207-5605.

s/ Thomas I. Vanaskie<br>
THOMAS I. VANASKIE<br>
SPECIAL MASTER