## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff | : |
| v. | : 3:17-CV-101 |
| | : (Judge Mariani) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

### SPECIAL MASTER ORDER #23

Now, this 17th day of April, 2019, having considered the parties' positions articulated during our April 16, 2019 conference call, **IT IS HEREBY ORDERED THAT:**

1. Defendants shall complete the production of approximately 600 calls from the ININ system no later than April 19, 2019.

2. Defendants shall undertake to produce on a rolling basis the approximately 2100 calls requested by Plaintiff from legacy systems. The first production shall be made no later than April 30, 2019; the second production shall be made no later than May 14, 2019; and the third and final production shall be made no later than May 24, 2019.

3. The parties shall file any objections to Special Master Report No. 3, dealing with the first set of deliberative process documents produced by Plaintiff, no later than April 26, 2019.

4. Oral argument on any objections to Special Master Report No. 3 will be heard during our conference call on April 30, 2019.

5. Defendants shall submit a letter brief on the rationale for withholding on the basis of the work product doctrine "documents collected in connection with review

performed by outside counsel Hudson Cook in anticipation of CFPB litigation concerning servicing and collection of student loans," (2019.03.13 Sampling Spreadsheet Final with Sample Numbers, at line 42), no later than April 22, 2019. Documents withheld on this basis bear the following numbers on the random sample required to be produced by Special Master Order #7:

794, 809, 823, 844, 851, 857, 867, 873, 877, 879, 902, 907, 924, 927, 930, 964, 1031, 1040, 1090, 1093, 1114, 1118, 1147, 1176, 1179, 1198, 1216, 1218,1254, 1264, 1279, 1307, 1308, 1329, 1340, 1344, 1373, 1377, 1386, 1404, 1428, 1435, 1478, 1496, 1521, 1541, 1592, 1593, 1616, 1633, 1634, 1635, 1651, 1658, 1660, 1703, 1709, 1716, 1720, 1721, 1724, 1743, 1749, 1761, 1769, 1777, 1794, 1796, 1830, 1838, 1864, 1865, 1868, 1873, 1880, 1898, 1914, 1915, 1918, 1941, 1967, 1991, 2002, 2024, 2032, 2056, 2062, 2079, 2091, 2094, 2105, 2118, 2143, 2164, 2176, 2188, 2194, 2234, 2273, 2274, 2281, 2293, 2310, 2336, 2339, 2359, 2391, 2405, 2406, 2430, 2431, 2435, 2478, 2479, 2496, 2499, 2517, 2520, 2562, 2579, 2582, 2591, 2604, 2617, 2653, 2658, 2677, 2684, 2692, 2696, 2724, 2757, 2802, 2830, 2868, 2871, 2915, 2927, 2938, 2947, 3007, 3027, 3057, 3060, 3069, 3073, 3095, 3096, 3109, 3139, 3140, 3144, 3158, 3168, 3204, 3249, 3257, 3262, 3294, 3295, 3324, 3349, 3367, 3379, 3428, 3442, 3445, 3465, 3467, 3472, 3501, 3520, 3533, 3548, 3557, 3561, 3653, 3665, 3668, 3675, 3693, 3712, 3730, 3734, 3751, 3754, 3761, 3781, 3808, 3811,3814, 3824, 3825, 3828, 3830, 3905, 3928, 3931, 3938, 3959, 3968, 3969, 4011, 4017, 4049, 4072, 4077, 4085, 4086, 4092, 4101, 4117, 4143, 4161, 4173, 4176, 4180, 4182, 4183, 4184, 4190, 4197, 4198, 4223, 4234, 4246, 4260, 4262, 4270, 4275, 4299, and 4320.

6. If practicable, oral argument on the rationale for withholding the documents identified in paragraph 5 above will be heard during our April 23, 2019 conference call, which shall be conducted at 11:00 a.m.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER