# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSUMER FINANCIAL** | : | |
| **PROTECTION BUREAU,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| | : | **3:17-CV-101** |
| **v.** | : | **(Judge Mariani)** |
| | : | |
| | : | |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## SPECIAL MASTER ORDER #24

Now, this 22nd day of April, 2019, **IT IS HEREBY ORDERED THAT** the agenda for the telephonic status conference scheduled for April 23, 2019 at 11:00 a.m. shall include, but not be limited to, the following matters:

1. The status of Plaintiff's production of documents that include the names Navient or Pioneer Credit and the issue raised by Defendants in their April 17, 2019 letter to the Special Master.

2. The status of responses to Defendants' letters to the federal and state agencies implicated in the assertion of the Bank Examination Privilege.

3. The status of the production of call records.

4. The status of the searches for and production of records from Mr. Bailer and "securitization" custodians as raised in the parties' letters of March 15, 2019.

5. Defendants' assertion of work product protection for documents provided to outside counsel as detailed in paragraph 5 of Special Master Order #23 (Doc. 271).

6.  The telephonic conference call scheduled for 11:00 a.m. on April 23, 2019 shall be placed to 570-207-5605.

<u>s/ Thomas I. Vanaskie</u><br>
THOMAS I. VANASKIE<br>
SPECIAL MASTER