
1700 G Street NW,
Washington, DC 20552



May 29, 2019

**<u>Via ECF</u>**

The Honorable Thomas I. Vanaskie, Special Master
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

    Re:    *CFPB v. Navient Corp., et al.*, Case No. 3:17-CV-00101-RDM

Dear Judge Vanaskie:

    On May 24, 2019, the Bureau wrote a letter to Your Honor indicating that Defendants submitted two *ex parte* communications. *See* Doc. 308, at 1 & n.1. The Bureau is grateful for the discussion on yesterday's teleconference and appreciates the opportunity to modify that portion of its May 24 letter.

    Through this letter, the Bureau withdraws the statements in the May 24 letter accusing Defendants of having made improper *ex parte* communications with Your Honor, and apologizes for having made the statements.

                                                           Respectfully submitted,

                                                            /s Nick Jabbour