# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL　　　　　　　　:
PROTECTION BUREAU,　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:  3:17-CV-101
　　　v.　　　　　　　　　　　　　　:  (Judge Mariani)
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
NAVIENT CORPORATION, et al.,　　　 :
　　　　　　　　　　　　　　　　　　:
　　　　　Defendants.　　　　　　　 :

## SPECIAL MASTER ORDER #34

Now, this 3rd day of June, 2019, **IT IS HEREBY ORDERED THAT** the agenda for the telephonic status conference scheduled for June 4, 2019 at 11:00 a.m. shall include, but not be limited to, the following matters:

1. The status of Defendants' submission of unredacted and redacted non-spreadsheet documents to the Federal Deposit Insurance Corporation and any other pertinent bank regulators for the purpose of ascertaining whether the Bank Examination Privilege will be waived as to the redacted content.

2. The timetable for Defendants' submission of unredacted and redacted spreadsheets to the Federal Deposit Insurance Corporation and any other pertinent bank regulators for the purpose of ascertaining whether the Bank Examination Privilege will be waived as to the redacted content

3. The question of *in camera* review of 629 documents for which Plaintiff has claimed the deliberative process privilege, as raised in Defendants' letter of May 31, 2019 (Doc. 316).

4. The additional discovery sought by Plaintiff in its letter of May 24, 2019 (Doc. 307), and to which Defendants responded by letter dated May 31, 2019 (Doc. 316).

5. The status of the parties' discussions with respect to the privilege issue raised by Plaintiff at pages 59-61 of the transcript of the May 28, 2019 conference call.

6. The question of whether the confidentiality designation on certain documents should be lifted, as raised in Plaintiff's letter of March 22, 2019, and Defendant's March 29, 2019 reply to that letter.

7. The telephonic conference call scheduled for 11:00 a.m. on June 4, 2019 shall be placed to 570-207-5734.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER