IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL :
PROTECTION BUREAU, :
 :
      Plaintiff :
 :
 : 3:17-CV-101
v. : (Judge Mariani)
 :
 :
NAVIENT CORPORATION, et al., :
 :
      Defendants. :

### SPECIAL MASTER ORDER #36

Now, this 17th day of June, 2019, upon consideration of the matters addressed during the telephonic conference conducted on June 10, 2019, **IT IS HEREBY ORDERED THAT:**

1. **No later than June 24, 2019,** Defendants shall provide evidentiary support by affidavit, declaration or other appropriate form for their designation of certain documents as confidential that are the subject of the Plaintiff's letter to the Special Master dated March 22, 2019. Defendants shall also provide by **June 24, 2019,** their suggested redactions of the deposition excerpts that are addressed in Plaintiff's March 22, 2019 letter.

2. **No later than July 1, 2019,** Plaintiff shall respond to Defendants' evidentiary submissions and proposed redactions of deposition testimony.

3. The next telephonic conference shall be conducted on **Tuesday, June 18, 2019, at 11:00 a.m.** The call shall be placed to the following number: 570-207-5605. The agenda for the June 18, 2019 telephonic conference shall include the following:

a. The parameters for email searches involving Mr. Remondi and Mr. Montgomery.
b. The status of production of redacted and unredacted documents to bank regulators, such as the Federal Deposit Insurance Corporation, for purposes of determining whether the bank examination privilege pertaining to the redacted content will be waived.
c. Any other outstanding discovery issues.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER