IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL
PROTECTION BUREAU,

    Plaintiff

v.

NAVIENT CORPORATION, et al.,

    Defendants.

3:17-CV-101
(Judge Mariani)

## SPECIAL MASTER ORDER #39

Now, this 8th day of July, 2019, **IT IS HEREBY ORDERED THAT** the agenda for the telephonic status conference scheduled for July 9, 2019 at 11:00 a.m. shall include, but not be limited to, the following matters:

1. The status of Defendants' submission of unredacted and redacted non-spreadsheet and spreadsheet documents to the Federal Deposit Insurance Corporation and any other pertinent bank regulators for the purpose of ascertaining whether the Bank Examination Privilege will be waived as to the redacted content.

2. The status of discovery and the ability to complete fact discovery within the established deadline.

3. The question of whether the confidentiality designation on certain documents should be lifted.

4. The telephonic conference call scheduled for 11:00 a.m. on July 9, 2019 shall be placed to 570-207-5605.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER