
1700 G Street NW,
Washington, DC 20552



August 15, 2019

<u>**Via ECF**</u>

The Honorable Thomas I. Vanaskie, Special Master
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

      Re:    *CFPB v. Navient Corp., et al.*, Case No. 3:17-CV-00101-RDM

Dear Judge Vanaskie:

      In accordance with paragraph 2 of Special Master Order #41, the Bureau writes to provide an update regarding two issues. This letter has been reviewed and agreed to by Defendants' counsel, and Defendants' counsel has authorized the Bureau to submit it on behalf of both parties.

      First, regarding the production of records in response to third-party subpoenas, the parties have reached an agreement. Second, with respect to the CFPB's request for a declaration regarding Defendants' search for borrower records, the parties were not able to reach an agreement. The parties propose discussing the issue during a status conference on a date that is convenient for Your Honor.

                                                      Respectfully submitted,
                                                      /s/ Nicholas Jabbour