# Exhibit 1

Exhibit 1 is a September 27, 2011 call recording involving borrower C.P. and a representative of Navient. It is filed under seal.