# Exhibit 2

Exhibit 2 is an excerpt of the March 28, 2018 deposition of borrower C.P. It is filed under seal.