# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL
PROTECTION BUREAU,

    Plaintiff

v.

NAVIENT CORPORATION, et al.,

    Defendants.

3:17-CV-101
(Judge Mariani)

## SPECIAL MASTER ORDER #44

Now, this 3rd day of September, 2019, **IT IS HEREBY ORDERED THAT:**

1. The conference call scheduled for **Friday, September 6, 2019 at 11:00 a.m.**, has been re-scheduled to **Tuesday, September 10, 2019 at 11:00 a.m.**

2. Unless otherwise ordered, the call shall be placed to 570-207-5734.

    s/ Thomas I. Vanaskie
    THOMAS I. VANASKIE
    SPECIAL MASTER