## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL           :
PROTECTION BUREAU,           :
                             :
              **Plaintiff**      :
                             :
                             :    **3:17-CV-101**
v.                           :    **(Judge Mariani)**
                             :
                             :
NAVIENT CORPORATION, et al., :
                             :
              **Defendants.**    :

### SPECIAL MASTER ORDER #45

Now, this 9th day of September, 2019, **IT IS HEREBY ORDERED THAT:**

1.  No later than **September 12, 2019,** Plaintiff shall submit a letter responding to Defendants' letter of September 6, 2019 pertaining to the expert witness report of Dr. Charles Mullin.

2.  A conference call to address this matter shall be held on **Monday, September 16, 2019 at 11:00 a.m.** Unless otherwise ordered, the call shall be placed to 570-207-5732.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER
