WILMERHALE

September 13, 2019

**Karin Dryhurst**

+1 202 663 6248 (t)
+1 202 663 6363 (f)
karin.dryhurst@wilmerhale.com

**Via ECF and E-Mail**

Judge Thomas I. Vanaskie
JAMS, Inc.
1717 Arch Street, Suite 3810
Philadelphia, Pennsylvania 19103

     Re:    TransUnion Contract

Dear Judge Vanaskie:

    In accordance with Special Master Order #46, Defendants write to inform the Court that TransUnion has provided Defendants with a copy of its contract with Dr. Turner.

         Respectfully submitted,

         /s/ Karin Dryhurst