# WILMERHALE

September 25, 2019

**Karin Dryhurst**

+1 202 663 6248 (t)
+1 202 663 6363 (f)
karin.dryhurst@wilmerhale.com

<u>Via ECF</u>

Judge Thomas I. Vanaskie
JAMS, Inc.
1717 Arch Street, Suite 3810

    Re:    Declaration Regarding Search For Records Requested by CFPB

Dear Judge Vanaskie:

    Pursuant to Special Master Report #15 and the accompanying Order, Defendants respectfully submit the enclosed declaration regarding Defendants' search undertaken in July 2019 to locate records requested by the CFPB.

                            Respectfully submitted,

                            /s/ Karin Dryhurst