# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | 3:17-CV-101 |
| v. | : | (Judge Mariani) |
| | : | |
| | : | |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| Defendants. | : | |

## SPECIAL MASTER ORDER #51

**NOW, THIS 28th DAY OF SEPTEMBER, 2019, IT IS HEREBY ORDERED THAT**

Plaintiff's request for an extension of time to comply with Special Master Order #50 is **GRANTED.** Plaintiff shall respond in writing to Defendants' September 25, 2019 letter concerning Dr. Michael A. Turner's report no later than October 3, 2019. Defendants may reply in writing to Plaintiff's submission no later than October 7, 2019. A telephone conference on the issues raised by the parties with respect to Dr. Turner's report shall be held on Wednesday, October 9, 2019, at 11:00 a.m. The call shall be placed to 570-207-5734.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER
