IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL
PROTECTION BUREAU,

  Plaintiff

v.

          3:17-CV-101
          (Judge Mariani)

NAVIENT CORPORATION, et al.,

  Defendants.

SPECIAL MASTER ORDER #53

NOW, THIS 9th DAY OF OCTOBER, 2019, IT IS HEREBY ORDERED THAT no later than Friday, October 11, 2019, Plaintiff shall report in writing the time necessary to submit a revised report of Dr. Charles H. Mullin that makes clear that his opinions are limited to making statistically-sound mathematic calculations based upon information provided to him from a sample of call recordings that he did not listen to, and that he will not be expressing any opinion on the prevalence of "steering" of student loan borrowers into forbearance or expressing any opinion on whether any particular communication between Defendants' representatives and student loan borrowers exhibited such "steering," but will instead be limited to making mathematic calculations.

                s/ Thomas I. Vanaskie
                THOMAS I. VANASKIE
                SPECIAL MASTER