# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSUMER FINANCIAL** | : | |
| **PROTECTION BUREAU,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| | : | **3:17-CV-101** |
| **v.** | : | **(Judge Mariani)** |
| | : | |
| | : | |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## SPECIAL MASTER ORDER #56

**NOW, THIS 28th DAY OF OCTOBER, 2019, IT IS HEREBY ORDERED THAT**

Defendants shall reply to Plaintiff's October 25, 2019 letter (Doc. 377) no later than **November 1, 2019**. A telephonic conference on the matters presented in the October 25th letter shall be held on Monday, **November 4, 2019 at 11:00 a.m.** The call shall be placed to 570-207-5734,

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER