WILMERHALE

November 26, 2019

**Karin Dryhurst**

<u>Via ECF</u>

+1 202 663 6248 (t)
+1 202 663 6363 (f)
karin.dryhurst@wilmerhale.com

Judge Thomas I. Vanaskie
JAMS, Inc.
1717 Arch Street, Suite 3810

    Re:    Declaration Regarding Search For Records Requested by CFPB

Dear Judge Vanaskie:

    Pursuant to Special Master Order #57, Defendants respectfully submit the enclosed declaration regarding Defendants' search undertaken in July 2019 to locate records requested by the CFPB.

    Respectfully submitted,

    /s/ Karin Dryhurst