IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSUMER FINANCIAL** | : | |
| **PROTECTION BUREAU,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | 3:17-CV-101 |
| v. | : | (Judge Mariani) |
| | : | |
| | : | |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| Defendants. | : | |

SPECIAL MASTER ORDER #58

NOW, THIS 16th DAY OF DECEMBER, 2019, IT IS HEREBY ORDERED THAT

Defendants shall reply to Plaintiff's December 6, 2019 letter (Doc. 383) no later than **December 19, 2019**. A telephonic conference on the matters presented in the December 6th letter shall be held on Friday, **December 20, 2019 at 1:00 p.m.** The call shall be placed to 570-207-5734.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER

1