IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSUMER FINANCIAL** | : | |
| **PROTECTION BUREAU,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| | : | 3:17-CV-101 |
| v. | : | (Judge Mariani) |
| | : | |
| | : | |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**SPECIAL MASTER ORDER #59**

**NOW, THIS 20th DAY OF DECEMBER, 2019,** having carefully considered Plaintiff's letter of December 6, 2019 requesting production of information related to the reports of two of Defendants' expert witnesses (Mr. Beji Varghese and Dr. Xiaoling Lim Ang), and Defendants' reply letter of December 19, 2019, and having conducted a telephone conference on the issues presented by the parties, **IT IS HEREBY ORDERED THAT:**

1. No later than **January 6, 2019,** Defendants shall file a Declaration supporting their assertion of attorney work product protection with respect to the selection of 25 accounts provided to Mr. Varghese in connection with his determination that Defendants discontinued use of the "AL" Code in reports to Credit Reporting Agencies as of June 2014.  Plaintiff shall indicate in writing no later than **January**

**13, 2019** whether it intends to contest Defendants' attorney work product objection.

2. No later than **January 6, 2019,** Defendants shall report in writing whether they intend to have the report of Dr. Ang amended with respect to the matters covered in paragraphs 31 and 92 of her report that rely upon matters occurring after January 18, 2017.

3. Plaintiff's request for production of data for student borrowers post-dating January 18, 2017 is **DENIED.**

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER
