IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff | : |
| v. | : 3:17-CV-101<br>: (Judge Mariani) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

SPECIAL MASTER ORDER #60

NOW, THIS 30th DAY OF DECEMBER, 2019, IT IS HEREBY ORDERED THAT:

1. Plaintiff's request to exceed the five page limit on letter briefs for its letter brief of December 27, 2019 (Doc. 387) is **GRANTED.**

2. No later than **January 7, 2019,** Defendants shall file a response to Plaintiff's request to disqualify Dr. Xiaoling Lim Ang (Doc. 387).

3. Telephonic oral argument on the request to disqualify Dr. Ang shall be held on **January 9, 2019 at 11:00 a.m.** Counsel shall place the call to 570-207-5605.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER