IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL :
PROTECTION BUREAU, :
  :
      Plaintiff :
  :
  : 3:17-CV-101
v. : (Judge Mariani)
  :
  :
NAVIENT CORPORATION, et al., :
  :
      Defendants. :

SPECIAL MASTER ORDER #61

NOW, THIS 3rd DAY OF JANUARY 2020, IT IS HEREBY ORDERED THAT:

1. Defendants' request for a six day enlargement of time to respond to Plaintiff's request to disqualify Dr. Xiaoling Lim Ang (Doc. 387) is **GRANTED**. Defendants shall file their response no later than **January 13, 2020**.

2. Telephonic oral argument on the request to disqualify Dr. Ang shall be held on **January 16, 2020 at 11:00 a.m.** Counsel shall place the call to 570-207-5734.

                                                     s/ Thomas I. Vanaskie
                                                     THOMAS I. VANASKIE
                                                     SPECIAL MASTER