# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Navient Corporation, *et al.*,<br><br>Defendants. | Case No. 3:17-CV-00101-RDM<br>(Hon. Robert D. Mariani)<br><br>Electronically Filed |

**PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE FROM OUTSIDE THE RELEVANT TIME PERIOD FOR THIS LITIGATION, OR ALTERNATIVELY, PLAINTIFF'S MOTION TO MODIFY THE SPECIAL MASTER'S ORDER DENYING PRODUCTION OF DATA POST-DATING THE RELEVANT TIME PERIOD FOR THIS LITIGATION**

Pursuant to Local Rules 7.1 and 7.5, the Bureau respectfully moves *in limine* to preclude the use of evidence outside the relevant time period for this litigation, as set forth in the Court's May 4, 2018 Opinion and Order. *See* Doc. 88, at 21; Doc. 89, at ¶ 6.

In the alternative, the Bureau respectfully moves, pursuant to Federal Rule of Civil Procedure 53(f)(2) and the Court's January 16, 2019 Order (Doc. 158, at ¶ 5), to modify the December 20, 2019 Special Master Order denying the production of borrower data post-dating the relevant time period in this litigation. *See* Doc. 386, at ¶ 3.

A proposed order is being filed with this motion.

Dated: January 10, 2020	Respectfully submitted,

Cara Petersen
*Acting Enforcement Director*

David Rubenstein
*Deputy Enforcement Director*

Thomas Kim
*Assistant Deputy Enforcement Director*

   /s/ Nicholas Jabbour
Nicholas Jabbour, DC 500626
(Nicholas.Jabbour@cfpb.gov; 202-435-7508)
Ebony Sunala Johnson, VA 76890
(Ebony.Johnson@cfpb.gov; 202-435-7245)
Nicholas Lee, DC 1004186
(Nicholas.Lee@cfpb.gov; 202-435-7059)
Manuel Arreaza, DC 1015283
(Manuel.Arreaza@cfpb.gov; 202-435-7850)
Andrea Matthews, MA 694538
(Andrea.Matthews@cfpb.gov; 202-435-7591)
Jonathan Reischl, IL 6305260
(Jonathan.Reischl@cfpb.gov; 202-435-9202)
*Enforcement Attorneys*

1700 G Street NW
Washington, DC 20552
Fax: 202-435-9346

*Attorneys for Plaintiff*

## **CERTIFICATE OF CONCURRENCE**

Pursuant to Local Rule 7.1, I certify that I attempted to confer with counsel for Defendants regarding this motion. Because Defendants' counsel was inadvertently not contacted until the day of filing just before 6 P.M., Defendants' counsel responded to indicate that they were not available to confer to provide a position on this motion until the week of January 13, 2020.

    /s/ Nicholas Jabbour
Nicholas Jabbour, DC 500626
Nicholas.Jabbour@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-7508
Fax: 202-435-9346

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that, on January 10, 2020, I filed the foregoing document using the Court's ECF system, which will send notification of such filing to counsel for Defendants.

    /s/ Nicholas Jabbour
Nicholas Jabbour, DC 500626
Nicholas.Jabbour@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-7508
Fax: 202-435-9346

*Attorney for Plaintiff*