IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL :
PROTECTION BUREAU, :
:
    Plaintiff :
:
: 3:17-CV-101
v. : (Judge Mariani)
:
:
NAVIENT CORPORATION, et al., :
:
    Defendants. :

## SPECIAL MASTER ORDER #62

NOW, THIS 14th DAY OF JANUARY 2020, IT IS HEREBY ORDERED THAT the agenda for our January 16, 2020 conference call shall include the following:

1. Whether the order appointing the Special Master should be amended to specify the issues to be addressed by the Special Master beyond discovery-related matters.

2. Telephonic oral argument on the request to disqualify Dr. Ang. Counsel shall place the call on January 16, 2020 at 11:00 a.m. to 570-207-5734.

                                                s/ Thomas I. Vanaskie
                                                THOMAS I. VANASKIE
                                                SPECIAL MASTER