IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | |
| Plaintiff, | Case No. 3:17-CV-00101-RDM (Hon. Robert D. Mariani) |
| v. | |
| Navient Corporation, *et al.*, | Electronically Filed |
| Defendants. | |

**JOINT STATUS REPORT
PURSUANT TO PARAGRAPH 4 OF SPECIAL MASTER ORDER #63**

Pursuant to paragraph 4 of Special Master Order #63, the parties submit the following joint status report:

1. The parties propose a date of February 20, 2020 for the hearing on Plaintiff's request to disqualify Dr. Ang. The parties propose that the location should be the JAMS office in Washington, D.C. If space at JAMS is not available, the parties will confer to determine an alternative.

2. The parties consent to the Special Master's retention of a law clerk on the request to disqualify Dr. Ang.

Dated: January 24, 2020

Respectfully submitted,

| | |
|---|---|
| Cara Petersen<br>*Acting Enforcement Director*<br><br>David Rubenstein<br>*Deputy Enforcement Director*<br><br>Thomas Kim<br>*Assistant Deputy Enforcement Director*<br><br>    /s/ Nicholas Jabbour<br>Nicholas Jabbour, DC 500626<br>(Nicholas.Jabbour@cfpb.gov; 202-435-7508)<br>Ebony Sunala Johnson, VA 76890<br>(Ebony.Johnson@cfpb.gov; 202-435-7245)<br>Nicholas Lee, DC 1004186<br>(Nicholas.Lee@cfpb.gov; 202-435-7059)<br>Manuel Arreaza, DC 1015283<br>(Manuel.Arreaza@cfpb.gov; 202-435-7850)<br>Andrea Matthews, MA 694538<br>(Andrea.Matthews@cfpb.gov; 202-435-7591)<br>Jonathan Reischl, IL 6305260<br>(Jonathan.Reischl@cfpb.gov; 202-435-9202)<br>*Enforcement Attorneys*<br><br>1700 G Street NW<br>Washington, DC 20552<br>Fax: 202-435-9346<br><br>*Attorneys for Plaintiff* | /s/ Daniel P. Kearney<br>Jonathan E. Paikin (DC 466445) (*pro hac vice*)<br>Daniel P. Kearney (DC 977148) (*pro hac vice*)<br>Karin Dryhurst (DC 1034290) (*pro hac vice*)<br>Wilmer Cutler Pickering<br>   Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>jonathan.paikin@wilmerhale.com<br>daniel.kearney@wilmerhale.com<br>karin.dryhurst@wilmerhale.com<br>Tel: 202-663-6000<br>Fax: 202-663-6363<br><br>Daniel T. Brier (PA 52348)<br>Myers Brier & Kelly, LLP<br>425 Spruce Street, Suite 200<br>Scranton, PA 18503<br>dbrier@mbklaw.com<br>Tel: 570-342-6100<br>Fax: 570-342-6147<br><br>*Counsel for Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc.* |