IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSUMER FINANCIAL<br>PROTECTION BUREAU, | : <br> : <br> : | |
| Plaintiff | : <br> : | |
| v. | : <br> : <br> : | 3:17-CV-101<br>(Judge Mariani) |
| NAVIENT CORPORATION, et al., | : <br> : <br> : | |
| Defendants. | : | |

SPECIAL MASTER ORDER #65

NOW, THIS 27th DAY OF JANUARY 2020, IT IS HEREBY ORDERED THAT:

1. The agenda for the conference call on January 28, 2020 shall include the following:

    a. Defendants' invocation of the work product doctrine in relation to the selection of 25 student borrower accounts considered by Mr. Beji Varghese.

    b. Plaintiff's claims of privilege with respect to the documents submitted in connection with the request to disqualify defense expert witness Dr. Xiaolang Ang.

    c. Scheduling the hearing on the request to disqualify Dr. Ang.

    d. Transfer of the Special Master assignment from JAMS to Stevens & Lee.

2. The call shall be placed at 11:00 a.m. to 570-207-5606.

s/ Thomas I. Vanaskie  
THOMAS I. VANASKIE  
SPECIAL MASTER

2. The call shall be placed at 11:00 a.m. to 570-207-5606.

                                          s/ Thomas I. Vanaskie  
                                          THOMAS I. VANASKIE  
                                          SPECIAL MASTER