WILMERHALE

February 12, 2020

**Daniel P. Kearney**

<u>VIA ECF AND E-MAIL</u>

+1 202 663 6285 (t)
+1 202 663 6363 (f)
daniel.kearney@wilmerhale.com

Hon. Thomas I. Vanaskie
JAMS, Inc.
1717 Arch Street, Suite 3810
Philadelphia, Pennsylvania 19103

    Re:    *CFPB v. Navient Corp., et al.*, Case No. 3:17-cv-00101-RDM (M.D. Pa.)

Dear Judge Vanaskie:

    Pursuant to Special Master Order #68, WilmerHale is producing for *in camera* review "all e-mails from [Dr. Xiaoling Ang's] personal e-mail account from the date her employment with the Consumer Financial Protection Bureau ended through August 1, 2017 that mention 'Sallie Mae' or 'Navient.'" Doc. 421. Counsel for Dr. Ang transmitted the documents to WilmerHale for production, and they are being produced with the understanding that they will not be used for any purpose other than deciding the CFPB's motion to disqualify Dr. Ang. The documents have been filed under seal and are included as Exhibit 1 to this letter.

    Sincerely,

    /s/ Daniel P. Kearney