WILMERHALE

February 18, 2020

**Daniel P. Kearney**

<u>VIA ECF</u>

+1 202 663 6285 (t)
+1 202 663 6363 (f)
daniel.kearney@wilmerhale.com

Hon. Thomas I. Vanaskie
JAMS, Inc.
1717 Arch Street, Suite 3810
Philadelphia, Pennsylvania 19103

    Re:    *CFPB v. Navient Corp., et al.*, Case No. 3:17-cv-00101-RDM (M.D. Pa.)

Dear Judge Vanaskie:

    Pursuant to the discussion during the February 14, 2020 teleconference, WilmerHale will produce for *in camera* review the billing records for Dr. Xiaoling Ang's work on this matter. The records will be provided to the Special Master today via e-mail, with the understanding that they will not be used for any purpose other than deciding the CFPB's motion to disqualify Dr. Ang.

    Sincerely,

    /s/ Daniel P. Kearney