IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL
PROTECTION BUREAU,
Plaintiff

      v.

NAVIENT CORPORATION, et al.,
Defendants

:
:
:
:
:
:
:
:
:
:
:
:
:

3:17-CV-101
(Judge Mariani)

## SPECIAL MASTER ORDER #70

NOW, THIS 24th DAY OF FEBRUARY 2020, IT IS HEREBY ORDERED THAT the parties' joint request to extend the expert witness discovery deadline until **March 11, 2020,** which request was submitted via email on February 21, 2020, is **GRANTED.** Having conferred with Judge Mariani, the parties are advised that, absent extraordinary circumstances, no additional extension of the expert witness discovery deadline will be granted.

s/ Thomas I. Vanaskie
THOMAS I. VANASKIE
SPECIAL MASTER