1700 G Street NW,
Washington, DC 20552



February 25, 2020

**Via ECF**

The Honorable Thomas I. Vanaskie, Special Master
Stevens & Lee
425 Spruce Street, Suite 300
Scranton, PA 18503

      Re:    *CFPB v. Navient Corp., et al.*, Case No. 3:17-CV-00101-RDM

Dear Judge Vanaskie:

      In accordance with paragraph 9 of Special Master Order #66 (Doc. 412), I am writing to indicate that the Bureau is not seeking to depose Brad Jones concerning the data that Navient produced in response to paragraph 8 of Special Master Order #66.

      Respectfully submitted,

      /s/ Nick Jabbour