**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **3:17-CV-101** **(JUDGE MARIANI)** |
| **NAVIENT CORPORATION, et al.,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW, THIS 10TH DAY OF MARCH, 2020**, upon consideration of Plaintiff's Motion for an Enlargement of Time for Each Side to File a Summary Judgment Motion (Doc. 440), and Defendant's Response thereto (Doc. 447), and it appearing that the parties have not fully conferred and attempted to reach agreement with respect to one or more of the issues raised in Plaintiff's motion, **IT IS HEREBY ORDERED THAT:**

1. On or before **March 16, 2020**, the parties shall submit a joint letter to the Court setting forth an agreed upon date for the filing of dispositive motions as well as stating whether the parties have reached an agreement as to whether each party will be limited to the filing of a single motion for summary judgment. Should the parties fail to agree on any of these issues, the joint letter shall set forth each party's position on the disputed issue. The parties are expected to act diligently and in good faith to reach agreement as to each issue presented in Plaintiff's motion.
2. Until such time as the parties reach an agreement as to the deadline for the filing of dispositive motions, the deadline shall be extended only to **March 27, 2020**.

Robert D. Mariani
United States District Judge