IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-101<br>: (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 18TH DAY OF MARCH, 2020**, upon consideration of Plaintiff's counsel's letter (Doc. 451), filed with the concurrence of Defendants' counsel, **IT IS HEREBY ORDERED THAT:**

1. All motions for summary judgment, supporting briefs, and statements of material facts shall be filed on or before **May 19, 2020**.

2. Each side may file **one** motion for summary judgment and supporting brief addressing all claims on which that side contends summary judgment in their favor is warranted.

3. Each party may file a supporting brief not to exceed **17,500 words**.

4. When filing their respective responses to the opposing party's statement of undisputed material facts, as would be the case in any proceeding under Fed. R. Civ. P. 56, each party is expected to act in good faith and admit any material fact which is undisputed and only deny any material fact which that party in good faith believes is in dispute. Any denial of an opposing party's statement of material fact must be

made in good faith and must comply with the requirements set forth in Fed. R. Civ. P. 56(c) and M.D.Pa. Local Rule 56.1.

5. On or before **April 10, 2020,** the parties shall confer and agree upon a maximum number of factual assertions which may be set forth in each party's respective statement of material facts. Should the parties fail to agree, they shall file separate letters to the Court setting forth their respective positions as to how many factual statements they should be allowed to assert and the basis for this belief. Failure to agree will result in the Court imposing a limit after reviewing the statements and positions of the parties.

6. In addition to the parties' respective statements of undisputed facts, **the parties shall confer and must file a <u>joint</u> statement of material facts as to which all parties agree there is no dispute**. The parties are expected to confer and act in good faith in attempting to identify as many undisputed facts as possible. Plaintiff is responsible for filing the joint statement of undisputed material facts of record on or before **May 19, 2020**.

7. The parties are reminded that counsel shall provide the Court with a courtesy copy of their motion for summary judgment and brief in support, their brief in opposition to the other party's motion for summary judgment, any reply brief, the statements of material facts, and all accompanying exhibits. To the extent that the parties rely on certain exhibits which are the same, they shall confer and need only provide the Court with one copy of that exhibit.

_____
Robert D. Mariani
United States District Judge

2