IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Consumer Financial Protection Bureau,

    Plaintiff,

    v.

Navient Corporation, *et al.*,

    Defendants.

Case No. 3:17-CV-00101-RDM
(Hon. Robert D. Mariani)
(Special Master Thomas I. Vanaskie)

Electronically Filed

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that:

1. The deadline for Plaintiff to submit an expert report in response to the expert report of Dr. Xiaoling Lim Ang is suspended pending resolution of the objections to Special Master Report #18 (Doc. 453) that Plaintiff intends to file pursuant to Federal Rule of Civil Procedure 53(f)(2).

2. If the Court's decision resolving Plaintiff's objections does not result in Dr. Ang's report being stricken, the deadline for Plaintiff to submit an expert report in response to the report of Dr. Ang shall be two weeks following the Court's decision.

Dated: March ____, 2020

_____
HONORABLE THOMAS I. VANASKIE
SPECIAL MASTER