THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, ) | |
| ) | |
| ) | |
| *Plaintiff*, ) | Civil Action No. 3:CV-17-00101 |
| ) | (Hon. Robert D. Mariani) |
| v. ) | |
| ) | |
| Navient Corporation, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**SPECIAL MASTER ORDER #74**

**NOW, THIS 14th DAY OF APRIL, 2020,** having conferred by telephone with the parties concerning ambiguities in the parties' joint status report filed on April 6, 2020 (Doc. 457), and the parties having provided the requisite clarifications, **IT IS HEREBY ORDERED THAT**:

1. In the event that Plaintiff's Objections to Special Master Report #18 are overruled, the remaining expert witness discovery will be limited to submission of Plaintiff's rebuttal report to Dr. Ang's report and depositions of Dr. Mullin and Dr. Ang, with the question of the schedule for completion of that discovery submitted in the first instance to the Special Master.  If Plaintiff's Objections to Special Master Report #18 are sustained and Dr. Ang is disqualified, questions concerning the submission of a report from another expert in substitution of Dr. Ang's

report (including whether Defendants may submit a replacement report), the Plaintiff's submission of a rebuttal report to any report in replacement of Dr. Ang's report, and the scheduling of expert witness depositions will be submitted in the first instance to the Special Master.

2. *Daubert* motions challenging expert witnesses shall be filed no later than sixty (60) days after the filing of Reply Briefs in support of the parties' respective summary judgment motions.[1]

s/ Thomas I. Vanaskie<br>
THOMAS I. VANASKIE<br>
SPECIAL MASTER

---

[1] Accommodations may be required with respect to *Daubert* challenges to Dr. Ang, Dr. Ang's replacement (if necessary and allowed), and Dr. Mullin