THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | ) |
| *Plaintiff*, | ) Civil Action No. 3:CV-17-00101 |
| v. | ) (Hon. Robert D. Mariani) |
| Navient Corporation, *et al.*, | ) |
| *Defendants.* | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure Rule 56, Defendants Navient Solutions, LLC ("Navient"), Navient Corporation, and Pioneer Credit Recovery, Inc. ("Pioneer") (together, "Defendants"), by and through undersigned counsel, hereby move for summary judgment in favor of Defendants on Counts I through XI of the Complaint. *See* Compl. ¶¶ 138–97. In support of this motion, Defendants submit the attached Memorandum of Law, Statement of Undisputed Material Facts, and accompanying exhibits.

Defendants respectfully submit that the CFPB has insufficient evidence to establish the existence of essential elements for each of its claims on which it bears the burden of proof. Because the CFPB has failed to meet its burden on each count, summary judgment should be granted in favor of Defendants.

| | |
|---|---|
| Dated: May 19, 2020 | Respectfully submitted, |

/s/ Jonathan E. Paikin
Jonathan E. Paikin (DC 466445) (*pro hac vice*)
Daniel P. Kearney (DC 977148) (*pro hac vice*)
Karin Dryhurst (DC 1034290) (*pro hac vice*)
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
jonathan.paikin@wilmerhale.com
daniel.kearney@wilmerhale.com
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

Daniel T. Brier (PA 52348)
Myers Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
dbrier@mbklaw.com
Tel: 570-342-6100
Fax: 570-342-6147

*Counsel for Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc.*

**CERTIFICATE OF NON-CONCURRENCE**

I hereby certify that I sought concurrence from Plaintiff's counsel, Nicholas K. Jabbour, in relation to this Motion. Plaintiff's counsel has not concurred in this motion.

/s/ Karin Dryhurst
Karin Dryhurst (DC 1034290) *(pro hac vice)*
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2020, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Karin Dryhurst
Karin Dryhurst (DC 1034290) *(pro hac vice)*
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363