# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |  |
|---|---|---|---|
| Consumer Financial Protection Bureau, | ) | | |
| | ) | | |
| | ) | | |
| *Plaintiff,* | ) | Civil Action No. 3:CV-17-00101 | |
| | ) | (Hon. Robert D. Mariani) | |
| v. | ) | | |
| | ) | | |
| Navient Corporation, *et al.,* | ) | | |
| | ) | | |
| *Defendants.* | ) | | |

## TABLE OF CONTENTS OF EXHIBITS TO
## THE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT
## OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit 1: | CFPB Responses to Navient Solutions, Inc.'s Interrogatories |
| Exhibit 2: | CFPB Initial Disclosures |
| Exhibit 3: | **FILED UNDER SEAL** Report of Shannon Millard |
| Exhibit 4: | **FILED UNDER SEAL** Report of Tülin Erdem |
| Exhibit 5: | Navient Contract with Department of Education |
| Exhibit 6: | NN Communications |
| Exhibit 7: | CP Communications, Part 1 |
| Exhibit 8: | ZB Communications, Part 1 |
| Exhibit 9: | 2012 Letter Template |
| Exhibit 10: | 2013 Letter Template |
| Exhibit 11: | 2014 Letter Template |
| Exhibit 12: | **FILED UNDER SEAL** 2015 Letter Template |
| Exhibit 13: | 2016 Borrower Communication |
| Exhibit 14: | VH Communications |
| Exhibit 15: | AS Communications |
| Exhibit 16: | FB Communications, Part 1 |
| Exhibit 17: | 2014 Borrower Communication |
| Exhibit 18: | **FILED UNDER SEAL** 2015 Borrower Communication |
| Exhibit 19: | 2017 Borrower Communication |

| Exhibit 20: | 2010 Letter Template |
|---|---|
| Exhibit 21: | RD Communications, Part 1 |
| Exhibit 22: | ZB Communications, Part 2 |
| Exhibit 23: | 2014 Letter Template |
| Exhibit 24: | 2016 Borrower Communication |
| Exhibit 25: | 2017 Borrower Communication |
| Exhibit 26: | 2010 Letter Template |
| Exhibit 27: | 2011 Letter Template |
| Exhibit 28: | **FILED UNDER SEAL** MP Communications |
| Exhibit 29: | 2014 Letter Template |
| Exhibit 30: | ZB Communications, Part 3 |
| Exhibit 31: | LF Communications, Part 1 |
| Exhibit 32: | **FILED UNDER SEAL** 2017 Letter Template |
| Exhibit 33: | 2012 Letter Template |
| Exhibit 34: | 2013 Letter Template |
| Exhibit 35: | 2014 Letter Template |
| Exhibit 36: | 2015 Letter Template |
| Exhibit 37: | 2016 Letter Template |
| Exhibit 38: | 2013 Letter Template |
| Exhibit 39: | 2014 Letter Template |
| Exhibit 40: | 2015 Letter Template |
| Exhibit 41: | 2016 Letter Template |
| Exhibit 42: | **FILED UNDER SEAL** 2017 Letter Template |
| Exhibit 43: | JB Deposition Transcript Excerpts |
| Exhibit 44: | AS Deposition Transcript Excerpts |
| Exhibit 45: | Sallie Mae Website |
| Exhibit 46: | **FILED UNDER SEAL** CC Deposition Transcript Excerpts |
| Exhibit 47: | **FILED UNDER SEAL** CC Communications, Part 1 |
| Exhibit 48: | **FILED UNDER SEAL** CC Communications, Part 2 |
| Exhibit 49: | **FILED UNDER SEAL** CC Communications, Part 3 |
| Exhibit 50: | **FILED UNDER SEAL** CC Communications, Part 4 |
| Exhibit 51: | **FILED UNDER SEAL** CC CLASS Screen |
| Exhibit 52: | NN Deposition Transcript Excerpts |
| Exhibit 53: | **FILED UNDER SEAL** NN CLASS Screen |
| Exhibit 54: | FB Deposition Transcript Excerpts |
| Exhibit 55: | **FILED UNDER SEAL** FB CLASS Screen |
| Exhibit 56: | FB Communications |
| Exhibit 57: | UE Deposition Transcript Excerpts |

| Exhibit 58: | UE Communications, Part 1 |
|---|---|
| Exhibit 59: | **FILED UNDER SEAL** UE CLASS Screen |
| Exhibit 60: | UE Communications, Part 2 |
| Exhibit 61: | VH Deposition Transcript Excerpts |
| Exhibit 62: | **FILED UNDER SEAL** GH CLASS Screen |
| Exhibit 63: | **FILED UNDER SEAL** MP Deposition Transcript Excerpts |
| Exhibit 64: | **FILED UNDER SEAL** MP CLASS Screen |
| Exhibit 65: | 2011 Navient Procedure Document |
| Exhibit 66: | **FILED UNDER SEAL** JB CLASS Screen |
| Exhibit 67: | JB Communications |
| Exhibit 68: | JB Declaration |
| Exhibit 69: | **FILED UNDER SEAL** AN Deposition Transcript Excerpts |
| Exhibit 70: | **FILED UNDER SEAL** AN Communications |
| Exhibit 71: | **FILED UNDER SEAL** AN Call Recording |
| Exhibit 72: | 2014 Borrower Communication |
| Exhibit 73: | GJ Deposition Transcript Excerpts |
| Exhibit 74: | GJ Communications |
| Exhibit 75: | **FILED UNDER SEAL** GJ CLASS Screen |
| Exhibit 76: | RD Deposition Transcript Excerpts |
| Exhibit 77: | RD Communications, Part 2 |
| Exhibit 78: | RD Communications, Part 3 |
| Exhibit 79: | **FILED UNDER SEAL** RD CLASS Screen |
| Exhibit 80: | RD Communications, Part 4 |
| Exhibit 81: | RD Declaration |
| Exhibit 82: | ZB Deposition Transcript Excerpts |
| Exhibit 83: | **FILED UNDER SEAL** ZB CLASS Screen |
| Exhibit 84: | ZB Declaration |
| Exhibit 85: | CP Communications, Part 2 |
| Exhibit 86: | **FILED UNDER SEAL** CP CLASS Screen |
| Exhibit 87: | CP Deposition Transcript Excerpts |
| Exhibit 88: | CP Declaration |
| Exhibit 89: | LF Deposition Transcript Excerpts |
| Exhibit 90: | LF Communications, Part 2 |
| Exhibit 91: | LF Communications, Part 3 |
| Exhibit 92: | AK Communications |
| Exhibit 93: | **FILED UNDER SEAL** AK Deposition Transcript Excerpts |
| Exhibit 94: | KR Deposition Transcript Excerpts |
| Exhibit 95: | KR Communications, Part 1 |

| Exhibit 96: | **FILED UNDER SEAL** KR CLASS Screen |
|---|---|
| Exhibit 97: | KR Communications, Part 2 |
| Exhibit 98: | KR Communications, Part 3 |
| Exhibit 99: | KR Communications, Part 4 |
| Exhibit 100: | KR Communications, Part 5 |
| Exhibit 101: | KR Communications, Part 6 |
| Exhibit 102: | 2011 Navient Procedure Document |
| Exhibit 103: | 2013 Navient Procedure Document |
| Exhibit 104: | 2015 Navient Procedure Document |
| Exhibit 105: | 2014 Navient Procedure Document |
| Exhibit 106: | **FILED UNDER SEAL** 2015 Navient Procedure Document |
| Exhibit 107: | **FILED UNDER SEAL** Navient Procedure Document |
| Exhibit 108: | 2011 Navient Procedure Document |
| Exhibit 109: | 2016 Navient Procedure Document |
| Exhibit 110: | 2014 Navient Procedure Document |
| Exhibit 111: | **FILED UNDER SEAL** 2014 Navient Procedure Document |
| Exhibit 112: | Holli Jeckell Deposition Transcript Excerpts |
| Exhibit 113: | Jeanne Wisnewski Deposition Transcript Excerpts |
| Exhibit 114: | Patricia Potomis Deposition Transcript Excerpts |
| Exhibit 115: | Navient Procedure Document |
| Exhibit 116: | Navient Procedure Document |
| Exhibit 117: | Navient Procedure Document |
| Exhibit 118: | Navient Procedure Document |
| Exhibit 119: | Navient Procedure Document |
| Exhibit 120: | Navient Procedure Document |
| Exhibit 121: | Navient Procedure Document |
| Exhibit 122: | **FILED UNDER SEAL** Navient Procedure Document |
| Exhibit 123: | John Bailer Deposition Transcript Excerpts |
| Exhibit 124: | Johnathan Powell Deposition Transcript Excerpts |
| Exhibit 125: | George Catt Deposition Transcript Excerpts |
| Exhibit 126: | **FILED UNDER SEAL** Navient Plan Document |
| Exhibit 127: | 2012 Correspondence Template |
| Exhibit 128: | 2012 Borrower Communication |
| Exhibit 129: | 2011 Correspondence Template |
| Exhibit 130: | 2012 Correspondence Template |
| Exhibit 131: | **FILED UNDER SEAL** Internal Navient Communication |
| Exhibit 132: | 2012 Borrower Communication |

| | |
|---|---|
| Exhibit 133: | September 27, 2012 Department of Education Contract Modification |
| Exhibit 134: | 2012 Correspondence Template |
| Exhibit 135: | Communication with Department of Education |
| Exhibit 136: | Electronic Delivery Consent Disclosure Document |
| Exhibit 137: | Electronic Delivery Consent Disclosure Document |
| Exhibit 138: | Electronic Delivery Consent Disclosure Document |
| Exhibit 139: | Communication with Department of Education |
| Exhibit 140: | Department of Education Change Request |
| Exhibit 141: | Communication with Department of Education |
| Exhibit 142: | 2011 Correspondence Template |
| Exhibit 143: | 2009 Email Template |
| Exhibit 144: | **FILED UNDER SEAL** MT Communications, Part 1 |
| Exhibit 145: | **FILED UNDER SEAL** MT Communications, Part 2 |
| Exhibit 146: | **FILED UNDER SEAL** MT Communications, Part 3 |
| Exhibit 147: | **FILED UNDER SEAL** MT Communications, Part 4 |
| Exhibit 148: | Navient 30(b)(6) Deposition Transcript Excerpts |
| Exhibit 149: | **FILED UNDER SEAL** MT Deposition Transcript Excerpts |
| Exhibit 150: | **FILED UNDER SEAL** MT Communications, Part 5 |
| Exhibit 151: | **FILED UNDER SEAL** Rebuttal Report of Tülin Erdem |
| Exhibit 152: | Tülin Erdem Deposition Transcript |
| Exhibit 153: | **FILED UNDER SEAL** Rebuttal Report of Dr. Thomas Maronick |
| Exhibit 154: | Joseph Sbriglia May 26, 2015 Hearing Transcript Excerpts |
| Exhibit 155: | Lisa Stashik April 27, 2015 Hearing Transcript Excerpts |
| Exhibit 156: | **FILED UNDER SEAL** 2014 Navient Procedure Document |
| Exhibit 157: | Borrower Complaints |
| Exhibit 158: | **FILED UNDER SEAL** Navient Response to Interrogatory |
| Exhibit 159: | FFELP Loan Application and Master Promissory Note |
| Exhibit 160: | Direct Loan Application and Master Promissory Note |
| Exhibit 161: | February 10, 2015 John Zemetro Hearing Transcript Excerpts |
| Exhibit 162: | December 12, 2013 John Zemetro Hearing Transcript Excerpts |
| Exhibit 163: | Jeffrey Stine Deposition Transcript Excerpts |
| Exhibit 164: | Sallie Mae Website |
| Exhibit 165: | Stacey Harman Deposition Transcript Excerpts |
| Exhibit 166: | **FILED UNDER SEAL** CFPB Communications |
| Exhibit 167: | **FILED UNDER SEAL** CFPB and FSA Technical Assistance Document |
| Exhibit 168: | Department of Education Change Request |

| | |
|---|---|
| Exhibit 169: | **FILED UNDER SEAL** Navient Compliance Committee Document |
| Exhibit 170: | **FILED UNDER SEAL** Navient Compliance Committee Document |
| Exhibit 171: | **FILED UNDER SEAL** Rebuttal Report of Shannon Millard |
| Exhibit 172: | **FILED UNDER SEAL** Navient Meeting Minutes |
| Exhibit 173: | **FILED UNDER SEAL** Navient Meeting Minutes |
| Exhibit 174: | KSC Deposition Transcript Excerpts |
| Exhibit 175: | KSC Communication |
| Exhibit 176: | NT Deposition Transcript Excerpts |
| Exhibit 177: | **FILED UNDER SEAL** SW Deposition Transcript Excerpts |
| Exhibit 178: | **FILED UNDER SEAL** TC Deposition Transcript Excerpts |
| Exhibit 179: | CH Deposition Transcript Excerpts |
| Exhibit 180: | 2011 Credit Reporting Resource Guide Excerpts |
| Exhibit 181: | Total and Permanent Disability Discharge Application |
| Exhibit 182: | **FILED UNDER SEAL** 2012 Navient Procedure Document |
| Exhibit 183: | **FILED UNDER SEAL** Internal Navient Communication |
| Exhibit 184: | Navient Communication Regarding Credit Bureau Reporting |
| Exhibit 185: | **FILED UNDER SEAL** Internal Navient Communication |
| Exhibit 186: | Navient Communication Regarding Credit Bureau Reporting |
| Exhibit 187: | Leanne Carson Deposition Transcript Excerpts |
| Exhibit 188: | April 3, 2014 Letter from FICO |
| Exhibit 189: | **FILED UNDER SEAL** Internal Navient Communication |
| Exhibit 190: | **FILED UNDER SEAL** Internal Navient Communication |
| Exhibit 191: | **FILED UNDER SEAL** CFPB Communications |
| Exhibit 192: | **FILED UNDER SEAL** CFPB Communications |
| Exhibit 193: | **FILED UNDER SEAL** Report of Dr. Michael Turner |
| Exhibit 194: | Federal Student Aid, U.S. Department of Education Website |
| Exhibit 195: | Federal Student Aid, U.S. Department of Education Website |
| Exhibit 196: | **FILED UNDER SEAL** 2009 Department of Education PCA Procedures Manual Excerpt |
| Exhibit 197: | Navient Website |
| Exhibit 198: | 2014 Pioneer Procedure Document |
| Exhibit 199: | CFPB Website |
| Exhibit 200 | Jack Frazier Deposition Transcript Excerpts |
| Exhibit 201 | June 27, 2011 Department of Education Contract Modification |
| Exhibit 202 | 2012 Pioneer Procedure Document |
| Exhibit 203 | 2014 Pioneer Procedure Document |

| | |
|---|---|
| Exhibit 204 | 2014 Pioneer Procedure Document |
| Exhibit 205: | 2013 Pioneer Procedure Document |
| Exhibit 206: | 2014 Pioneer Procedure Document |
| Exhibit 207: | **FILED UNDER SEAL** Internal Pioneer Communication |
| Exhibit 208: | 2013 Pioneer Procedure Document |
| Exhibit 209: | CFPB Responses to Pioneer Interrogatories |
| Exhibit 210: | **FILED UNDER SEAL** CFPB Pioneer Examination Report |
| Exhibit 211: | KMC Communications |
| Exhibit 212: | KMC Deposition Transcript Excerpts |
| Exhibit 213: | JS Deposition Transcript Excerpts |
| Exhibit 214: | JS Communications |
| Exhibit 215: | Tolling Agreement |
| Exhibit 216: | Tolling Agreement First Extension |
| Exhibit 217: | Tolling Agreement Second Extension |
| Exhibit 218: | **FILED UNDER SEAL** GJ Call Recording |
| Exhibit 219: | **FILED UNDER SEAL** GJ Call Recording |
| Exhibit 220: | **FILED UNDER SEAL** JB Call Recording |
| Exhibit 221: | **FILED UNDER SEAL** JS Call Recording |
| Exhibit 222: | **FILED UNDER SEAL** KR Call Recordings |
| Exhibit 223: | **FILED UNDER SEAL** CP Call Recording |
| Exhibit 224: | **FILED UNDER SEAL** FB Call Recording |
| Exhibit 225: | **FILED UNDER SEAL** FB Call Recording |
| Exhibit 226: | **FILED UNDER SEAL** RD Call Recording |
| Exhibit 227: | **FILED UNDER SEAL** RD Call Recording |
| Exhibit 228: | **FILED UNDER SEAL** RD Call Recording |
| Exhibit 229: | **FILED UNDER SEAL** RD Call Recording |
| Exhibit 230: | **FILED UNDER SEAL** KR Call Recording |
| Exhibit 231: | **FILED UNDER SEAL** KR Call Recording |
| Exhibit 232: | **FILED UNDER SEAL** KR Call Recording |
| Exhibit 233: | **FILED UNDER SEAL** KR Call Recording |
| Exhibit 234: | **FILED UNDER SEAL** KR Call Recording |
| Exhibit 235: | **FILED UNDER SEAL** UE Call Recording |
| Exhibit 236: | **FILED UNDER SEAL** UE Call Recording |
| Exhibit 237: | **FILED UNDER SEAL** UE Call Recording |
| Exhibit 238: | **FILED UNDER SEAL** LF Call Recording |
| Exhibit 239: | **FILED UNDER SEAL** LF Call Recording |
| Exhibit 240: | **FILED UNDER SEAL** LF Call Recording |
| Exhibit 241: | **FILED UNDER SEAL** FB Call Recording |

| | |
|---|---|
| Exhibit 242: | **FILED UNDER SEAL** FB Call Recording |
| Exhibit 243: | **FILED UNDER SEAL** FB Call Recording |
| Exhibit 244: | **FILED UNDER SEAL** CC Call Recording |
| Exhibit 245: | **FILED UNDER SEAL** CC Call Recording |
| Exhibit 246: | **FILED UNDER SEAL** CC Call Recording |
| Exhibit 247: | **FILED UNDER SEAL** KMC Call Recording |
| Exhibit 248: | **FILED UNDER SEAL** AK Call Recording |
| Exhibit 249: | **FILED UNDER SEAL** AK Call Recording |
| Exhibit 250: | **FILED UNDER SEAL** AN Call Recording |
| Exhibit 251: | **FILED UNDER SEAL** AN Call Recording |
| Exhibit 252: | **FILED UNDER SEAL** JS Call Recording |
| Exhibit 253: | **FILED UNDER SEAL** CLASS Credit Bureau Reporting Document |
| Exhibit 254: | "Credit Bureaus in the Digital Age: Recommendations for Policy Makers" |