# EXHIBIT 185

# EXHIBIT FILED UNDER SEAL