UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I, __Carl L. Moore__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

Office Telephone:   202-435-9107

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Maryland (2009); U.S. Court of Appeals for the Armed Forces (2013);

U.S. Army Court of Criminal Appeals (2014); Southern District of Ohio (2015);

U.S. Supreme Court (2016); Western District of Michigan (2018)

My attorney Identification number is: __MD 0912160268__

| FOR COURT USE ONLY | |
|---|---|
| _____ GENERAL ADMISSION: | |
| GRANTED BY THE COURT: _____ | Date: _____ |
| __✓__ SPECIAL ADMISSION: | |
| GRANTED BY THE COURT _[signature]_ | Date: 4/15/20 |