# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | ) ) ) | |
| *Plaintiff*, | ) ) | Civil Action No. 3:CV-17-00101 (Hon. Robert D. Mariani) |
| v. | ) ) | |
| Navient Corporation, *et al.*, | ) ) | |
| *Defendants*. | ) | |

## TABLE OF CONTENTS OF EXHIBITS TO DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

| Exhibit 1: | Navient Corporation Subsidiaries Organizational Chart |
|---|---|
| Exhibit 2: | Jack Frazier Deposition Transcript Excerpts |
| Exhibit 3: | Navient 30(b)(6) (Kevin Woods) Deposition Transcript Excerpts |
| Exhibit 4: | 2015 Amended Business Services Agreement |
| Exhibit 5: | 2017 Amended Business Services Agreement |
| Exhibit 6: | **FILED UNDER SEAL** 2014 Production Letter |
| Exhibit 7: | Department of Education 30(b)(6) (Lisa Tessitore) Deposition Transcript Excerpts |
| Exhibit 8: | **FILED UNDER SEAL** ED Contractor Performance Assessment Report |
| Exhibit 9: | Johnathan Powell Deposition Transcript Excerpts |
| Exhibit 10: | 2013 Navient Communication with Department of Education |
| Exhibit 11: | Department of Education 30(b)(6) (Cynthia Battle) Deposition Transcript Excerpts |
| Exhibit 12: | 2015 Navient Communications with Department of Education |
| Exhibit 13: | 2014 Business Operations Change Request Form |
| Exhibit 14: | 2013 Navient Communication with Department of Education |
| Exhibit 15: | 2010 Navient Communication |

| Exhibit 16: | 2010 Training Document Excerpts |
|---|---|
| Exhibit 17: | John Matthew Bailer Deposition Transcript Excerpts |
| Exhibit 18: | Dr. Xiaoling Lim Ang Declaration (Redacted) **FILED UNDER SEAL** Dr. Xiaoling Lim Ang Declaration (Unredacted) |
| Exhibit 19: | **FILED UNDER SEAL** Employee Information |
| Exhibit 20: | CNN Business, Navient Corp. |
| Exhibit 21: | Jack Remondi Deposition Transcript Excerpts |
| Exhibit 22: | Wendy Zorick Deposition Transcript Excerpts |
| Exhibit 23: | 2015 Navient Letter |
| Exhibit 24: | 2011 Navient Procedure Document |
| Exhibit 25: | Navient 30(b)(6) (Patty Peterson) Deposition Transcript Excerpts |
| Exhibit 26: | Suzanne Croft Deposition Transcript Excerpts |
| Exhibit 27: | George Catt Deposition Transcript Excerpts |
| Exhibit 28: | Janet Oliver Deposition Transcript Excerpts |
| Exhibit 29: | 2013 Navient Communication with Department of Education |
| Exhibit 30: | 2011 Navient Communication with Department of Education |
| Exhibit 31: | 2017 Department of Education Review |
| Exhibit 32: | 2018 Department of Education Statement |
| Exhibit 33: | **FILED UNDER SEAL** 2014 Navient Plan Data |
| Exhibit 34: | Lynn Sabulski Deposition Transcript Excerpts |
| Exhibit 35: | **FILED UNDER SEAL** 2014 Interrogatory Responses |
| Exhibit 36: | Lori Sachs Deposition Transcript Excerpts |
| Exhibit 37: | Jamie Keenan Deposition Transcript Excerpts |
| Exhibit 38: | Tishahnah Roney Deposition Transcript Excerpts |
| Exhibit 39: | Amanda Holman Deposition Transcript Excerpts |
| Exhibit 40: | **FILED UNDER SEAL** Employee Information |
| Exhibit 41: | Jeanne Wisnewski Deposition Transcript Excerpts |
| Exhibit 42: | Patricia Potomis Deposition Transcript Excerpts |
| Exhibit 43: | Ralph Farmer Deposition Transcript Excerpts |
| Exhibit 44: | Stephanie Box Declaration (Redacted) **FILED UNDER SEAL** Stephanie Box Declaration (Unredacted) |
| Exhibit 45: | **FILED UNDER SEAL** Disk of Call Recordings |
| Exhibit 46: | **FILED UNDER SEAL** Call Recording (NAV-06591664) |
| Exhibit 47: | Call Recording Transcript (NAV-06591664) |
| Exhibit 48: | **FILED UNDER SEAL** Call Recording (NAV-06591744) |
| Exhibit 49: | Call Recording Transcript (NAV-06591744) |

| Exhibit 50: | **FILED UNDER SEAL** Call Recording (NAV-06591282) |
| --- | --- |
| Exhibit 51: | Call Recording Transcript (NAV-06591282) |
| Exhibit 52: | **FILED UNDER SEAL** Call Recording (NAV-06591284) |
| Exhibit 53: | Call Recording Transcript (NAV-06591284) |
| Exhibit 54: | **FILED UNDER SEAL** Call Recording (NAV-06591368) |
| Exhibit 55: | Call Recording Transcript (NAV-06591368) |
| Exhibit 56: | **FILED UNDER SEAL** Call Recording (NAV-06591847) |
| Exhibit 57: | Call Recording Transcript (NAV-06591847) |
| Exhibit 58: | **FILED UNDER SEAL** Call Recording (NAV-06591397) |
| Exhibit 59: | Call Recording Transcript (NAV-06591397) |
| Exhibit 60: | **FILED UNDER SEAL** Call Recording (NAV-06591526) |
| Exhibit 61: | Call Recording Transcript (NAV-06591526) |
| Exhibit 62: | **FILED UNDER SEAL** Call Recording (NAV-06591631) |
| Exhibit 63: | Call Recording Transcript (NAV-06591631) |
| Exhibit 64: | **FILED UNDER SEAL** Call Recording (NAV-06591418) |
| Exhibit 65: | Call Recording Transcript (NAV-06591418) |
| Exhibit 66: | **FILED UNDER SEAL** Call Recording (NAV-06591754) |
| Exhibit 67: | Call Recording Transcript (NAV-06591754) |
| Exhibit 68: | **FILED UNDER SEAL** Call Recording (NAV-06591686) |
| Exhibit 69: | Call Recording Transcript (NAV-06591686) |
| Exhibit 70: | **FILED UNDER SEAL** Call Recording (NAV-06591460) |
| Exhibit 71: | Call Recording Transcript (NAV-06591460) |
| Exhibit 72: | **FILED UNDER SEAL** Call Recording (NAV-06591348) |
| Exhibit 73: | Call Recording Transcript (NAV-06591348) |
| Exhibit 74: | **FILED UNDER SEAL** Call Recording (NAV-06591616) |
| Exhibit 75: | Call Recording Transcript (NAV-06591616) |
| Exhibit 76: | **FILED UNDER SEAL** Call Recording (NAV-06591617) |
| Exhibit 77: | **FILED UNDER SEAL** Call Recording (NAV-06591532) |
| Exhibit 78: | Call Recording Transcript (NAV-06591532) |
| Exhibit 79: | **FILED UNDER SEAL** Call Recording (NAV-06591641) |
| Exhibit 80: | Call Recording Transcript (NAV-06591641) |
| Exhibit 81: | **FILED UNDER SEAL** Call Recording (NAV-06591787) |
| Exhibit 82: | Call Recording Transcript (NAV-06591787) |
| Exhibit 83: | Call Recording Transcript (NAV-05952147) |
| Exhibit 84: | Call Recording Transcript (NAV-05952311) |
| Exhibit 85: | Call Recording Transcript (NAV-06399164) |
| Exhibit 86: | Call Recording Transcript (NAV-05952366) |
| Exhibit 87: | Call Recording Transcript (NAV-05952492) |
| Exhibit 88: | Call Recording Transcript (NAV-06399230) |

| | |
|---|---|
| Exhibit 89: | Call Recording Transcript (NAV-06398925) |
| Exhibit 90: | Call Recording Transcript (NAV-05952256) |
| Exhibit 91: | Call Recording Transcript (NAV-05952273) |
| Exhibit 92: | Call Recording Transcript (NAV-05952555) |
| Exhibit 93: | Call Recording Transcript (NAV-06399282) |
| Exhibit 94: | Call Recording Transcript (NAV-05952388) |
| Exhibit 95: | Call Recording Transcript (NAV-05952242) |
| Exhibit 96: | Call Recording Transcript (NAV-06398682) |
| Exhibit 97: | Call Recording Transcript (NAV-06399339) |
| Exhibit 98: | Call Recording Transcript (NAV-05952122) |
| Exhibit 99: | Call Recording Transcript (NAV-06399254) |
| Exhibit 100: | Call Recording Transcript (NAV-05952140) |
| Exhibit 101: | Call Recording Transcript (NAV-05952223) |
| Exhibit 102: | Call Recording Transcript (NAV-05952146) |
| Exhibit 103: | Call Recording Transcript (NAV-06322182) |
| Exhibit 104: | Call Recording Transcript (NAV-05952266) |
| Exhibit 105: | Call Recording Transcript (NAV-06399395) |
| Exhibit 106: | Call Recording Transcript (NAV-06399186) |
| Exhibit 107: | Call Recording Transcript (NAV-05952464) |
| Exhibit 108: | Call Recording Transcript (NAV-06399272) |
| Exhibit 109: | Call Recording Transcript (NAV-06399199) |
| Exhibit 110: | Call Recording Transcript (NAV-05952145) |
| Exhibit 111: | **FILED UNDER SEAL** MS CLASS Screen |
| Exhibit 112: | **FILED UNDER SEAL** BB CLASS Screen |
| Exhibit 113: | **FILED UNDER SEAL** MM CLASS Screen |
| Exhibit 114: | Call Recording Transcript (NAV-06591355) |
| Exhibit 115: | Call Recording Transcript (NAV-06399046) |
| Exhibit 116: | Call Recording Transcript (NAV-06321973) |
| Exhibit 117: | Call Recording Transcript (NAV-06398950) |
| Exhibit 118: | Hans Stullken Deposition Transcript Excerpts |
| Exhibit 119: | **FILED UNDER SEAL** Siegel + Gale Document |
| Exhibit 120: | 2013 Navient Policy Document |
| Exhibit 121: | 2013 Navient Procedure Document |
| Exhibit 122: | 2012 Navient Procedure Document |
| Exhibit 123: | 2011 Navient Procedure Document |
| Exhibit 124: | Lisa Stashik Deposition Transcript Excerpts |
| Exhibit 125: | **FILED UNDER SEAL** 2012 Navient Document |
| Exhibit 126: | **FILED UNDER SEAL** 2013 Navient Document |

| | |
|---|---|
| Exhibit 127: | John Zemetro Deposition Transcript Excerpts |
| Exhibit 128: | Angela Kamionka Deposition Transcript Excerpts |
| Exhibit 129: | *What does the CFPB Complaint Database Tell Us About the Quality of Servicing of Student Loans?* (2018) |
| Exhibit 130: | 2015 Board of Governors of the Federal Reserve System Inspector General Audit Report |
| Exhibit 131: | 2016 Department of Education Memorandum |
| Exhibit 132: | 2014 Navient Procedure Document |
| Exhibit 133: | Barbra Kirsch Deposition Transcript Excerpts |
| Exhibit 134: | JS Deposition Transcript Excerpts |
| Exhibit 135: | **FILED UNDER SEAL** KMC Deposition Transcript Excerpts |
| Exhibit 136: | **FILED UNDER SEAL** NW Communication |
| Exhibit 137: | **FILED UNDER SEAL** Aaron Wright Deposition Transcript Excerpts |
| Exhibit 138: | 2013 Navient Policy Document |
| Exhibit 139: | 2013 Navient Policy Procedure |
| Exhibit 140: | 2014 Navient Procedure Document |
| Exhibit 141: | Leanne Carson Deposition Transcript Excerpts |
| Exhibit 142: | Brad Jones Deposition Transcript Excerpts |
| Exhibit 143: | 2015 Navient Procedure Document |
| Exhibit 144: | 2014 Navient Procedure Document |
| Exhibit 145: | 2013 Navient Procedure Document |
| Exhibit 146: | 2014 Navient Procedure Document |
| Exhibit 147: | **FILED UNDER SEAL** AW Deposition Transcript Excerpts |
| Exhibit 148: | Navient Corporation 30(b)(6) (Stephen O'Connell) Deposition Transcript Excerpts |