# EXHIBIT 3

# In the Matter of:

# CFPB v. Navient Corporation, et al.

*June 7, 2018*
*Kevin Woods - 30(b)(6)*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

77

1 they have provided reporting to?
2     A   I don't.
3     Q   Other than executives at Navient
4 Solutions providing these reports to the board or
5 to board committees of Navient Corporation, are
6 you aware of any other communications that occur
7 between Navient Corporation and Navient Solutions
8 regarding Navient Solutions' performance under the
9 contract?
10    A   Not that I'm aware of.
11    Q   How does Navient Solutions provide
12 financial information to Navient Corporation with
13 respect to Navient Solutions -- I'm sorry, Navient
14 Corporation compiling its SEC filings?
15        MR. PAIKIN:  Object to form.
16        I'll let him answer, but I think
17 you're pushing the envelope on what's covered by
18 topic 2.
19        THE WITNESS:  Can you rephrase the
20 question?
21        BY MR. JABBOUR:
22    Q   Sure.  Who within Navient Solutions is
23 responsible for providing financial information to
24 Navient Corporation for purposes of SEC filings?
25    A   I'm not sure.

78

1     Q   Has Navient Corporation ever indicated
2 that there are specific financial metrics that
3 Navient Solutions must achieve?
4         MR. PAIKIN:  Object to form.
5         THE WITNESS:  So with -- with Navient
6 Corporation assigning all its servicing duties to
7 Navient Solutions, any sort of metrics would be
8 determined within Navient Solutions, not dictated
9 by Navient Corporation.
10        BY MR. JABBOUR:
11    Q   So has Navient Corporation ever --
12 Navient Corporation's never said that there's any
13 sort of profitability or revenue target that
14 Navient Solutions is expected to reach?
15        MR. PAIKIN:  Object to form,
16 overbroad, beyond the scope of topic 2.
17        THE WITNESS:  Not that I'm aware of.
18        BY MR. JABBOUR:
19    Q   Other than the contract between
20 Navient Corporation and Navient Solutions that
21 assigns servicing duties to Navient Solutions, are
22 there any other documents that define the
23 relationship between the two parties with respect
24 to the servicing contract?
25        MR. PAIKIN:  Can you read back that

79

1 question?
2         (The reporter read back the record.)
3         THE WITNESS:  When you say the
4 servicing contract, you mean the Department of
5 Education contract?
6         BY MR. JABBOUR:
7     Q   Correct.
8     A   Not that I'm aware of.
9     Q   You indicated earlier that there was
10 reporting to Navient Corporation concerning the
11 budget of Navient Solutions.
12        What sort of communications take place
13 between Navient Solutions and Navient Corporation
14 regarding the budget?
15    A   I don't know specifically.  I
16 understood that there were some general updates
17 associated with the budget provided as part of the
18 board reporting process, but I don't know the
19 specifics.  I don't -- I'm not involved with that
20 process.
21    Q   Did you speak with anyone in
22 particular to prepare for topic 2?
23    A   I spoke with the folks at the table.
24    Q   Was there anyone else who you spoke
25 with to educate yourself about topic 2?

80

1     A   No.
2     Q   How does Navient Solutions go about
3 determining -- or, I'm sorry, let me rephrase it.
4         How does Navient Solutions go about
5 determining what repayment options are suitable
6 for what categories of borrowers?
7         MR. PAIKIN:  Object to form.
8         THE WITNESS:  Yeah, can you rephrase?
9 Can you say that again?
10        BY MR. JABBOUR:
11    Q   Sure.  So earlier today you referenced
12 flowcharts that describe Navient's processes.  How
13 does Navient Solutions go about -- there are
14 obviously certain repayment options listed on the
15 flowcharts and a description of what -- how the
16 repayment options are supposed to be used for
17 different categories of borrowers.
18        How does Navient Solutions make those
19 determinations?
20        MR. PAIKIN:  Object to form.  I don't
21 know what documents or flowcharts you're referring
22 to, or whether you've accurately described
23 anything.
24        THE WITNESS:  So if a borrower were to
25 call in requesting assistance, our representatives

165

1  CERTIFICATE OF NOTARY PUBLIC

2      I, DAWN A. JAQUES, a Notary Public in and for
3  the District of Columbia, before whom the foregoing
4  deposition was taken, do hereby certify that witness
5  whose testimony appears in the foregoing pages was
6  duly sworn by me; that the testimony of said witness
7  was taken by me in shorthand at the time and place
8  mentioned in the caption hereof and thereafter
9  reduced to typewriting under my supervision; that
10 said deposition is a true record of the testimony
11 given by said witness; that I am neither counsel
12 for, related to, nor employed by any of the parties
13 to the action in which this deposition is taken;
14 and, further, that I am not a relative or employee
15 of any attorney or counsel employed by the parties
16 thereto, nor financially or otherwise interested in
17 the outcome of the actions.

18

19        _____
          Dawn A. Jaques, CSR, CLR
20        Notary Public in and for
          District of Columbia
21

22 My commission expires:
   January 14, 2020

