# EXHIBIT 20



# Navient Corp (NASDAQ:NAVI)

Real-Time Quotes [?] Add to Watch List Set Alert

**6.82**
BATS BZX Real-Time Price
As of 1:24pm ET

+0.345 / +5.33%
Today's Change

TODAY
4.07 15.67
52-Week Range

-50.18%
Year-to-Date

Quote | Profile | News | Charts | Forecasts | Financials | Shareholders | Competitors

Insider trading | **Institutional ownership**

Institutional investors purchased a net $20.2 million shares of NAVI during the quarter ended June 2019 and now own 97.60% of the total shares outstanding. This majority interest is a greater percentage than is typical for companies in the Finance/Rental/Leasing industry and highlights that the smart money sees this stock as an important holding.

| | |
|---|---|
| Mutual fund holders | 50.88% |
| Other institutional | 46.72% |
| Individual stakeholders | 16.09% |

## Largest Quarterly Institutional Transactions

How to read this chart: Shares Sold — sell | buy — Shares bought

## Latest Institutional Activity [?]

| | | |
|---|---|---|
| 5/31/2020 | **GOLDMAN SACHS ASSET MANAGEMENT I...** | Bought 22.4 Thousand shares of Navient Corp |
| 4/30/2020 | **TOREADOR RESEARCH & TRADING LLC** | Bought 8.8 Thousand shares of Navient Corp |
| 6/04/2020 | **STATE STREET GLOBAL ADVISORS LTD...** | Bought 3.2 Thousand shares of Navient Corp |

## Top 10 Owners of Navient Corp

| Stockholder | Stake | Shares owned | Total value ($) | Shares bought / sold | Total change |
|---|---|---|---|---|---|
| The Vanguard Group, Inc. | 11.98% | 23,212,227 | 172,698,969 | -4,183,939 | -15.27% |
| BlackRock Fund Advisors | 8.28% | 16,045,617 | 119,379,390 | -2,206,932 | -12.09% |
| Dimensional Fund Advisors LP | 7.49% | 14,511,075 | 107,962,398 | -241,050 | -1.63% |
| Boston Partners Global Investors,... | 5.43% | 10,513,904 | 78,223,446 | +6,830,296 | +185.42% |
| LSV Asset Management | 4.47% | 8,669,047 | 64,497,710 | +497,530 | +6.09% |
| Barrow, Hanley, Mewhinney & Strau... | 2.82% | 5,470,680 | 40,701,859 | +356,830 | +6.98% |
| SSgA Funds Management, Inc. | 2.79% | 5,402,551 | 40,194,979 | -17,279 | -0.32% |
| Fidelity Management & Research Co... | 2.62% | 5,086,028 | 37,840,048 | +928,240 | +22.33% |
| AJO LP | 2.54% | 4,928,412 | 36,667,385 | -467,459 | -8.66% |
| Arrowstreet Capital LP | 2.25% | 4,357,193 | 32,417,516 | +237,679 | +5.77% |

## All

DaBabyInvestments Jul. 10 at 5:27 PM

$GNUS You guys give me a headache. I'm out. Lol. Looks like we back to where it was. Just an earthquake. · Reply

### Top 10 Mutual Funds Holding Navient Corp

| Mutual fund | Stake | Shares owned | Total value ($) | Shares bought / sold | Total change |
|---|---|---|---|---|---|
| Vanguard Total Stock Market Index... | 3.25% | 6,293,348 | 46,822,509 | -114,810 | -1.79% |
| Vanguard Small Cap Index Fund | 2.96% | 5,729,183 | 42,625,122 | -35,343 | -0.61% |
| DFA US Small Cap Value Portfolio | 2.80% | 5,417,770 | 40,308,209 | +682,176 | +14.41% |
| iShares Core S&P Mid Cap ETF | 2.39% | 4,632,284 | 34,464,193 | +9,650 | +0.21% |
| Vanguard Small Cap Value Index Fu... | 1.84% | 3,571,369 | 26,570,985 | +19,965 | +0.56% |
| John Hancock III - Disciplined Va... | 1.73% | 3,357,933 | 24,983,022 | 0 | 0.00% |
| Bridge Builder Large Cap Value Fu... | 1.37% | 2,658,289 | 19,777,670 | 0 | 0.00% |
| Vanguard Extended Market Index Fu... | 1.28% | 2,477,489 | 18,432,518 | +27,156 | +1.11% |
| DFA US Targeted Value Portfolio | 1.18% | 2,279,035 | 16,956,020 | +230,893 | +11.27% |
| AST Prudential Growth Allocation ... | 0.98% | 1,899,000 | 14,128,560 | 0 | 0.00% |

Search CNN...    Search >>



Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2019 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2019. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2019 and/or its affiliates.

© 2019 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved.
CNN Sans™ & © 2016 Cable News Network.

Newsletters | Contact Us | Terms of Use | Privacy Policy | Do Not Sell My Personal Information | Accessibiliy & CC | AdChoices