# EXHIBIT 87

1

2

3

4

5

6

7

8      Consumer Financial Protection Bureau v. Navient Corporation, et

       al.

9

10

11           Transcription of Audio File Produced At NAV-05952492

12                        Call Runtime:   3:18

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Thereupon:)

2              NAVIENT REP:  Thank you for calling

3         Navient.  My name is Michael.  Can I have

4         the first and last name on the account,

5         please.

6              ████████ :  Yes, ██████████ .

7              NAVIENT REP:  Okay.  Give my one

8         moment while I pull up your account.

9              ████████ :  Yes, I'm sorry, I didn't

10        catch your name.

11             NAVIENT REP:  My name is Michael.

12             ████████ :  Okay.  Thanks.

13             NAVIENT REP:  All right.  And what

14        can I do for you today?

15             ████████ :  Excuse me, I actually

16        wanted to see, I know -- I believe there's

17        a payment that's due on January 8th, and

18        I wanted to find out if I qualify for any

19        forbearance, if I have any available, and

20        if so, if I could, you know, put the loans

21        that I have with you in forbearance at

22        least until June.

23             NAVIENT REP:  Okay.

24             ████████ :  And that would -- and so

25        that way I can stay on track with

1    everything.

2         NAVIENT REP:  Sure, let me take a

3    look there.

4         ███████████:  Uh-huh.

5         NAVIENT REP:  So I am showing you do

6    have some time left there for a

7    forbearance.

8         ███████████:  Uh-huh.

9         NAVIENT REP:  I'm going to ask you a

10   couple of questions here, and this is not

11   really necessarily pertaining to the

12   forbearance, it's just other options to see

13   if maybe we can put you in something else

14   that would better help you maybe repay your

15   loan or something like that.

16        ███████████:  I actually --

17   I actually -- and I'm sure you're referring

18   to maybe other repayment plans or what have

19   you, which I have gotten some information

20   about, so I do plan to look into that

21   later.

22        NAVIENT REP:  Okay.  All right.

23        ███████████:  I just want to,

24   if I can, just do the forbearance for now

25   so that way I can, you know, with anything

1    that I plan to do permanently, I can deal

2    with at a later time when it actually

3    happens.

4         NAVIENT REP:  Oh, absolutely.

5         ███████████:  You know, the time to

6    actually deal with it.

7         NAVIENT REP:  Absolutely.  I can

8    definitely do that for you.  You said

9    until -- until about June?

10        ███████████:  Um, I don't think so,

11   yeah, because I don't want to do too much.

12   I want to stay to track.  Yeah, June at the

13   most, yes.

14        NAVIENT REP:  Okay.  Give me one

15   moment, I'm going to pull up those dates,

16   I'm also going to read you a terms and

17   conditions for you.

18        ███████████:  Okay.

19        NAVIENT REP:  All right.  Other than

20   that, though, do you have any issues with

21   anything like the website, anything at all?

22        ███████████:  I'm sorry, the phone is

23   breaking up a bit, what did you say, I'm

24   sorry?

25        NAVIENT REP:  I was just wondering

1    if you had any issues with anything else

2    other than that there like with the website

3    or anything?

4           █████████: Any issues with what,

5    I'm sorry?

6           NAVIENT REP:  With the website.

7           █████████: Oh, no, no, no I haven't

8    had any issues or anything like that.

9           NAVIENT REP:  Okay.

10          █████████: I'm not sure

11   if I still -- how I would need to get in,

12   but the last time I went, I didn't have any

13   issues, no.

14          NAVIENT REP:  Okay.  I'm going to go

15   ahead, I'm going to read you the terms and

16   conditions for that forbearance there.

17   Give me one moment.  All right.  So you --

18   you are requesting forbearance because you

19   are willing but temporarily unable to make

20   your payments due to hardship.  Your next

21   payment is due June 8, 2016.

22          Forbearance will bring your loan

23   current.  This forbearance will not resolve

24   all of your delinquencies.  This

25   forbearance does not remove any late fees

Page 6

1      or any previously reported delinquency

2      information from your credit report.

3      Forbearance will also be applied to all

4      other eligible federal loans we service.

5      Do you agree to these terms?

6              ████████:  Yes, sir.

7              NAVIENT REP:  Okay.  So I'm going to

8      send you a confirmation of this --

9      confirmation of this agreement to your

10     email address.  Is your email address still

11     ███████████████?

12             ████████:  Perfect, yes, that's

13     correct.

14             NAVIENT REP:  All right.  Can

15     I place you on a brief hold while I input

16     this information?

17             ████████:  Absolutely, yes.

18             NAVIENT REP:  Give me one moment.

19     All righty.  Are you still on the line?

20             ████████:  Yes, I am.

21             NAVIENT REP:  Excellent.  All right.

22     So your forbearance is now in effect until

23     that June 8, 2016, date.  Other than that

24     there, can I do anything for you, can

25     I assist you with anything?

1          ██████████:  No, that's good, and

2     thank you for reminding me I can go online

3     and review some of that information.  So

4     no, that was all, though.  I appreciate it.

5          NAVIENT REP:  All righty.  Well,

6     I appreciate you calling Navient, and

7     I hope you have a great rest of the week,

8     and happy holidays.

9          ██████████:  You, too.  Thank you.

10         NAVIENT REP:  Thank you.

11         ██████████:  Bye.

12         (End of recording.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      CERTIFICATE

2

3                         - - -

4

5          I, Matthew J. Haas, Court Reporter and

6   Transcriptionist, do hereby certify that I was

7   authorized to and did listen to and

8   stenographically transcribe the foregoing

9   recorded proceedings and that the transcript is a

10  true record to the best of my professional

11  ability.

12

13

14

15          Dated this 25th day of April,

16  2019.

17

18

19

20

21

22

23                  MATTHEW J. HAAS
                    Court reporter

24

25