## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 3:CV-17-00101 |
| | ) | (Hon. Robert D. Mariani) |
| v. | ) | |
| | ) | |
| Navient Corporation, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

### [PROPOSED] ORDER GRANTING
### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S RESPONSE TO
### DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS

Upon consideration of Defendants' Motion To Strike Plaintiff's Response To Defendants' Statement Of Undisputed Material Facts, supporting materials, and the Plaintiff's response, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and

_____ the CFPB's Response To Defendant's Statement Of Undisputed Material Facts is struck.

_____ the following paragraphs of the CFPB's Response To Defendant's Statement Of Undisputed Material Facts are struck and Defendants' corresponding statements are deemed admitted: ¶¶ 1, 6–12, 15–24, 26–29, 31–37, 39, 41–46, 48–54, 59–62, 65, 69–71, 73, 75–77, 79, 81–83, 85–89, 96, 98, 102–10, 114, 116–24, 126–29, 132–35, 140–41, 144–46, 148–49, 151, 153–57, 160–66, 169–77, 180, 182–83, 185–90, 192, 195–97, 199–202, 204–12, 216–33, 237–38, 243–44, 248–49, 258, 260, 262–67, 282, 285, 287–88, 293–94, 296, 299, 301–03, 305, 313–15, 318, 349–50, 354–56, 366, 391.

Entered this ___ day of _____, 2020.

_____
The Honorable Robert D. Mariani
District Judge
United States District Court for the
Middle District of Pennsylvania