THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 3:CV-17-00101 |
| | ) | (Hon. Robert D. Mariani) |
| v. | ) | |
| | ) | |
| Navient Corporation, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**TABLE OF CONTENTS OF
EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S RESPONSE TO
DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

| Exhibit 1: | Natalie Bilbrough Declaration (Redacted) **FILED UNDER SEAL** Natalie Bilbrough Declaration (Unredacted) |
|---|---|
| Exhibit 2: | Data Request |
| Exhibit 3: | Navient 30(b)(6) (Patty Peterson) Deposition Transcript Excerpts |
| Exhibit 4: | Stephanie Box Declaration |
| Exhibit 5: | Christopher Butler Affidavit |
| Exhibit 6: | 2010 Correspondence Template |