# EXHIBIT 3

# In the Matter of:

# CFPB v. Navient Corporation, et al.

*June 8, 2018*
*Patricia Peterson*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
                                    1
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 3
 4   CONSUMER FINANCIAL PROTECTION    )
 5   BUREAU,                          )
 6            Plaintiff,              ) Case No.
 7       vs.                          ) 3:17-CV-00101-RDM
 8   NAVIENT CORPORATION, et al.,     )
 9            Defendants.             )
10   -------------------------------  )
11
12                    Friday, June 8, 2018
13
14                    Consumer Financial Protection Bureau
15                    1990 K Street, NW
16                    Washington, DC
17
18
19        The above-entitled matter came on for
20   investigational hearing, pursuant to notice, at
21   9:40 a.m.
22
23
24
25
```

```
                                    2
 1   APPEARANCES:
 2
 3   ON BEHALF OF THE CONSUMER FINANCIAL PROTECTION BUREAU:
 4        NICHOLAS JABBOUR, ESQ.
 5        ANDREA MATTHEWS, ESQ.
 6        Consumer Financial Protection Bureau
 7        1990 K Street, NW
 8        Washington, DC 20006
 9        (202) 435-7591
10        nicholas.jabbour@cfpb.gov
11        andrea.matthews@cfpb.gov
12
13   ON BEHALF OF NAVIENT AND THE WITNESS:
14        JONATHAN E. PAIKIN, ESQ.
15        KARIN DRYHURST, ESQ.
16        DANIEL KEARNEY, ESQ.
17        Wilmer Cutler Pickering Hale & Dorr LLP
18        1875 Pennsylvania Avenue, NW
19        Washington, DC 20006
20        (202) 663-6703
21        jonathan.paikin@wilmerhale.com
22        karin.dryhurst@wilmerhale.com
23        daniel.kearney@wilmerhale.com
24             and
25
```

```
                                    3
 1        MIKE KILGARRIFF, ESQ.
 2        Kirkland & Ellis LLP
 3        665 Fifteenth Street, NW
 4        Washington, DC 20005
 5        (202) 879-5149
 6        mike.kilgarriff@kirkland.com
 7             and
 8        MATTHEW SHELDON, ESQ.
 9        Navient Solutions LLC
10        2001 Edmund Halley Drive
11        Reston, Virginia 20191
12        (703) 984-6732
13        matthew.sheldon@navient.com
14
15   ALSO PRESENT:
16        April Carter, Video Specialist
17
18
19
20
21
22
23
24
25
```

```
                                    4
 1                   I N D E X
 2          DEPOSITION OF PATRICIA PETERSON
 3                  JUNE 19, 2018
 4
 5   EXAMINATION                              PAGE
 6     By Mr. Jabbour                          6
 7
 8   EXHIBITS MARKED                          PAGE
 9     Number 1                                7
10     Number 2                                7
11     Number 3                               22
12     Number 4                               27
13     Number 5                               75
14     Number 6                               85
15     Number 7                               96
16     Number 8                              104
17     Number 9                              118
18     Number 10                             124
19     Number 11                             149
20     Number 12                             152
21     Number 13                             153
22     Number 14                             180
23
24
25
```

1 (Pages 1 to 4)

**Page 57**

1  questioning how to resolve a dispute, customer looking
2  for basic information.
3      Q. Does the -- Navient Solutions doesn't have a way
4  to search those non-escalated inquiries. Is that right?
5      A. I don't know that I would say it doesn't, it --
6  it in the normal course of business, our agents would
7  document the system on what happened during the
8  conversation, or generally what a written correspondence
9  would say, and we have call recordings as another
10 mechanism to, you know, document or know what's happened
11 during those conversations.
12     Q. When there's documentation put into -- I'm
13 sorry, the documentation you referred to concerning
14 written correspondence or a conversation with a
15 borrower, where -- where does that documentation go when
16 it's done by a customer service representative?
17     A. Directly into CLASS.
18     Q. Is the -- and is there a particular field within
19 CLASS?
20     A. The correspondence entry screen -- the
21 correspondence screen in the system.
22     Q. And that correspondence screen is where notes
23 about correspondence or conversations with the borrower
24 are supposed to go?
25     A. Correct.

**Page 58**

1      Q. Is there any way to search those correspondence
2  screens across all of CLASS?
3      A. It depends on what type of thing you're looking
4  for.
5      Q. And what would it -- can you clarify, what would
6  it depend on?
7      A. We have within the system ways that you can do
8  consistent messages, so we would call those canned
9  messages. Those are easy to query. So a canned message
10 might be I received a document -- a document was imaged.
11 It has a very consistent message that appears every
12 single time that piece of correspondence comes in.
13      Conversations with our customer service reps,
14 that might be we verified their address and telephone,
15 is another example of something that is a documented
16 canned message. The actual message itself that
17 describes what the customer has said during that
18 correspondence, or that conversation, is what we would
19 call a free form message, and in that -- those cases,
20 they don't have a consistent format to them, and it's
21 much more difficult to pull the information out of our
22 system. But on an account-by-account basis, we can see
23 what the customer has said.
24     Q. I didn't understand fully. What was the canned
25 message that's used when a -- that you were referring to

**Page 59**

1  with respect to correspondence?
2      A. An example of that is normal course of our
3  process may be a better example, is a letter. When we
4  send a letter to the customer, and it's coming out of
5  our system, it looks the same every single time in our
6  correspondence system. So if I send a K008, which is
7  the repayment options letter, I can tell you every
8  single time that letter was sent through a query.
9      Q. And so you can query the correspondence screen
10 for, say, K008, for example?
11     A. Yes.
12     Q. And you can do that across all borrowers?
13     A. Yes.
14     Q. But because a customer's conversation doesn't --
15 I'm sorry, let me rephrase that.
16      When correspondence comes in from a borrower
17 that's not a form, that's just a narrative letter from
18 the borrower, is there a way to query what borrowers say
19 in those letters, or is that similar to what you said
20 with the conversations, where there's no consistent
21 format?
22     A. We can see a letter came from the customer in a
23 consistent way, so I can see that a -- we received a
24 written inquiry. That looks the same. The actual
25 content of that letter is not something that's

**Page 60**

1  documented within our correspondence system. A summary
2  of that letter, because the -- once the customer service
3  agent worked it, would be put in what I had called the
4  free form notes.
5      Q. On the correspondence screen, are the free form
6  notes in a different part of that field than the place
7  where like the K008 letter might be notated?
8      A. It visually would be easier to show you, if you
9  had a document, but there's -- there is -- where it says
10 K008 is one field, and then there is -- that's kind of
11 the high-level description, and then to the right of
12 that is the more written out description that says that
13 what type of letter it is.
14      In the case of a free form core message, there
15 is different words than K008, it will say something like
16 GD00, TK00, something like that, and then to the right,
17 it will have the entire message that whatever the
18 customer service agent typed in.
19     Q. And so GD00, and TK00, those are codes that
20 signify something. Is that right?
21     A. Yeah, just general. They are the codes that
22 basically open it up so that somebody can put in more of
23 a message. If you typed K008, you don't have the
24 ability to free form and type anything more, it's going
25 to prefill with the rest of the information, but if you

```
 1   DISTRICT OF COLUMBIA, to wit:

 2
          I, Sally Jo Quade, CERT, the officer before whom
 3   the foregoing deposition was taken, do hereby certify
     that the within-named witness personally appeared before
 4   me at the time and place herein set out, and after
     having been duly sworn by me, according to law, was
 5   examined by counsel.

 6        I further certify that the examination was
     recorded stenographically by me and this transcript is a
 7   true record of the proceedings.

 8        I further certify that I am not of counsel to
     any of the parties, nor an employee of counsel, nor
 9   related to any of the parties, nor in any way interested
     in the outcome of this action.
10
          As witness my hand and notarial seal this 22th
11   day of June, 2018.

12

13

14                    _____
                          Sally Jo Quade, CERT
15                         Notary Public

16

17

18

19

20

21

22

23

24

25
```