# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Consumer Finance Protection Bureau, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:17-cv-00101-RDM |
| | ) | (Hon. Robert D. Mariani) |
| | ) | |
| Navient Corporation, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

### **DECLARATION OF STEPHANIE K. BOX**

I, Stephanie K. Box, declare as follows:

1. I am a litigation paralegal at Navient Solutions, LLC ("Navient"). I have been in this role since September 2018 and have been employed at Navient since July 2015.

2. I submit this declaration in support of Navient's Motion to Strike Plaintiff's Response to Defendants' Statement of Undisputed Material Facts for the limited purpose of authenticating certain documents.

3. In my capacity as a litigation paralegal, I have had extensive experience with a wide range of Navient documents, and I am well-positioned to identify whether a Navient document is authentic. I am particularly familiar with Navient templates, letters, forms, and servicing records. In my role as a litigation paralegal, I frequently collect these sorts of documents for production in litigation.

4. Counsel for Navient instructed me to review the following exhibits attached to Defendants' Statement of Undisputed Material Facts In Support of Defendants' Motion for Summary Judgment ("SUF"): Exs. 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 47, 48, 51, 53, 55, 56, 58, 59,

1

60, 62, 64, 66, 67, 70, 72, 74, 75, 77, 78, 79, 80, 83, 85, 86, 90, 91, 92, 95, 96, 98, 99, 100, 101, 127, 128, 129, 130, 131, 132, 134, 135, 142, 143, 144, 145, 146, 147, 150, 211, and 214.

5. I have reviewed each of these exhibits. I attest that the templates, letters, forms, and records contained in these exhibits are true and correct copies, and I attest to the authenticity of the same. Specifically:

    a. <u>Templates</u>: The following exhibits contain authentic copies of Navient letter and email templates: SUF Exs. 9, 10, 11, 12, 17, 18, 20, 23, 26, 27, 29, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 127, 129, 130, 131, 134, 135, 142, and 143.

    b. <u>Letters and Emails</u>: The following exhibits contain authentic copies of Navient letters and emails as they were sent to borrowers: SUF Exs. 6, 7, 8, 13, 14, 15, 16, 19, 21, 22, 24, 25, 28, 30, 31, 47, 56, 58, 60, 67, 70, 72, 74, 77, 78, 80, 85, 90, 91, 92, 95, 98, 99, 100, 101, 128, 132, 144, 145, 146, 147, 211, and 214.

    c. <u>Forms</u>: The following exhibits contain authentic copies of forms sent or received by Navient: SUF Exs. 8, 16, 21, 28, 30, 47, 48, 58, 72, 74, 78, 80, 90, 92, 95, 128, 132, 144, and 146.

    d. <u>Servicing Records</u>: The following exhibits contain authentic copies of Navient servicing records: SUF Exs. 51, 53, 55, 59, 62, 64, 66, 75, 79, 83, 86, 96, and 150.

6. Based on my substantial experience and familiarity with these sorts of documents, and my review of the substance and defining characteristics of the above listed exhibits, I represent to the Court that all documents included in the above listed exhibits are authentic.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 13, 2020.

*Stephanie K. Box*
_____
Stephanie K. Box