# EXHIBIT 6

## COMMUNICATION EVENT
### Repayment

| H356 | INCOME-BASED REPAYMENT RENEWAL OFFER | H356 |
|---|---|---|

| | |
|---|---|
| **EMAIL DISPLAY NAME** | It's Time to Renew Your Income-Based Repayment Plan |
| Sender: | Customerservice@salliemae.com |
| Subject Line: | Sallie Mae Account Information |
| **OBJECTIVE** | `Inform income-based borrowers that their income-based period is about to expire and includes forms and instructions on renewing request` |
| **FORMAT** | LWL1 |
| **STATUS** | Repayment |
| **PROFILES** | Stafford, SLS loans, PLUS loans to students, Consolidation loans that do not include any parent PLUS loans |
| **TRIGGER** | SYSTEM: Sent to income based borrowers 90 days prior to their income based expiration due date schedule type I (i.e. the 12th payment due date) because of income documentation requirements. |
| **OUTPUT GROUP** | 01 - Central Mail |
| **INSERTS** | None |
| **ENCLOSURES** | H001 Income-Based Repayment Plan Request Form<br>K120 IRS 4506-T Request for Transcript of Tax Return |
| **SIMULTANEOUS LTR** | None |
| **RETURN ADDRESS** | 04 - Customer Service |
| **SALUTATION** | BN - Borrower Name |
| **REQ BY REG/GUAR** | HEA 493C, 682.215 |
| **MAIL MODE IND** | G |
| **DATE CREATED** | 06/02/09 |
| **OTHER** | |

2/23/10-Per issue 834493 letter rewrite, JWH
8/28/09 – Per issue 768844 updated text(sds)
6/20/09 – Letter activated with June release(sds)
06/02/09 – per issue 721637 est ltr (bac)

Confidential Pursuant to Protective Order          NAV-02141989

| H356 | INCOME-BASED REPAYMENT RENEWAL OFFER | H356 |
|---|---|---|

Dear BORROWER NAME:

Thank you for using the Income-Based Repayment (IBR) Plan. Your IBR period will expire in approximately 90 days. If you'd like to continue with the IBR payments you will need to renew your plan. To do so, please complete these enclosed forms and send to the address below.

- *Income-Based Repayment Plan Request Form*
  *AND EITHER*
- *Request for Transcript of Tax Return (IRS Form 4605-T)*
  *OR*
  A copy of your most recently filed signed tax return to expedite the process (If you filed your federal tax return electronically, please include the e-sign confirmation page.)

**If your most recently filed federal tax return does not accurately reflect your current income**, please complete and sign the enclosed *Income-Based Repayment Plan Alternative Documentation of Income Request*. Mail this form, along with all requested documentation of your income, the *Income-Based Repayment Plan Request Form*, and either the *Request for Transcript of Tax Return Form 4506-T* or a copy of your most recently filed signed tax return. Be sure to mail all four documents together.

**If you were not required to file a federal tax return for the past year**, please complete and sign the *Income-Based Repayment Plan Alternative Documentation of Income Request* Form, the *Income-Based Repayment Plan Request Form*, all requested documentation of your current income, and a signed letter explaining why you were not required to file a tax return. Be sure to mail all four documents together.

Mailing address:
Sallie Mae
P.O. Box 9500
Wilkes-Barre, PA 18773-9500

Or, fax your documentation to 800-848-1949.

The IBR renewal process may take at least 30 days, depending on the forms and documentation you submit.

As your partner in saving, planning and paying for education, we're here to help. If you need assistance completing any of the forms, call us toll free at 888-2-SALLIE (888-272-5543.) We're available Monday—Thursday, 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m. ET.

Sincerely,
Sallie Mae Customer Service


Enclosures

Confidential Pursuant to Protective Order                                                                                           NAV-02141990