THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No. 3:CV-17-00101 |
| ) | |
| v. ) | (Hon. Robert D. Mariani) |
| ) | |
| Navient Corporation, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**JOUNT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE *DAUBERT* MOTIONS**

Pursuant to Local Rules 7.1 and 7.5, the parties, by and through undersigned counsel, respectfully move for an enlargement of time for each side to file *Daubert* motions challenging expert witnesses. The current deadline for *Daubert* motions is 60 days after the filing of reply briefs in support of the parties' cross-motions for summary judgment. Doc. 462. Because the parties' reply briefs were filed on August 18, 2020, *Daubert* motions are currently due on October 16, 2020. The parties jointly request an extension of the deadline for *Daubert* motions until 60 days after any decision on the pending motions for summary judgment.

Additional time is warranted for two reasons. *First,* the outcome of the summary judgment motions may moot the need for some or all of the experts, and thus may obviate *Daubert* challenges related to that expert. *Second*, the parties

believe it is most efficient for all *Daubert* challenges to be heard together at the same time. Pending before the Court are Plaintiff's Objections (Doc. 459) to the Special Master's Report (Doc. 453) denying the CFPB's request to disqualify Dr. Xiaoling Lim Ang. The Special Master has ordered that the CFPB's expert Dr. Charles Mullin need not file a rebuttal report until after the Objections are decided, Doc. 456, and therefore neither expert has been deposed. The requested enlargement of time will allow the parties to conclude the remaining tasks with respect to these experts before filing *Daubert* motions, such that *Daubert* motions for all experts can be heard together. A proposed order accompanies this motion.

Dated: September 1, 2020                                   Respectfully submitted,

| | |
|---|---|
| Thomas G. Ward<br>*Enforcement Director* | /s/ Jonathan E. Paikin<br>Jonathan E. Paikin (DC 466445)<br>(*pro hac vice*) |
| David Rubenstein<br>*Deputy Enforcement Director* | Daniel P. Kearney (DC 977148)<br>(*pro hac vice*)<br>Karin Dryhurst (DC 1034290) |
| Thomas Kim<br>*Assistant Deputy Enforcement Director* | (*pro hac vice*)<br>Wilmer Cutler Pickering<br>    Hale and Dorr LLP |
| /s/ Andrea Matthews<br>Andrea Matthews, MA 694538<br>(Andrea.Matthews@cfpb.gov; 202-435-7591)<br>Nicholas Jabbour, DC 500626<br>(Nicholas.Jabbour@cfpb.gov; 202-435-7508)<br>Ebony Sunala Johnson, VA 76890<br>(Ebony.Johnson@cfpb.gov; 202-435-7245)<br>Nicholas Lee, DC 1004186 | 1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>jonathan.paikin@wilmerhale.com<br>daniel.kearney@wilmerhale.com<br>karin.dryhurst@wilmerhale.com<br>Tel: 202-663-6000<br>Fax: 202-663-6363<br><br>Daniel T. Brier (PA 52348)<br>Myers Brier & Kelly, LLP |

(Nicholas.Lee@cfpb.gov; 202-435-7059)
Carl Moore, MD 0912160268
(Carl.Moore@cfpb.gov; 202-435-9107)
Tracee Plowell, NY 2994457
(Tracee.Plowell@cfpb.gov; 202-435-9861)

*Enforcement Attorneys*

1700 G Street NW
Washington, DC 20552
Fax: 202-435-9346

*Attorneys for Plaintiff*

425 Spruce Street, Suite 200
Scranton, PA 18503
dbrier@mbklaw.com
Tel: 570-342-6100
Fax: 570-342-6147

*Counsel for Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

          /s/ Karin Dryhurst
          Karin Dryhurst (DC 1034290) *(pro hac vice)*
          Wilmer Cutler Pickering
            Hale and Dorr LLP
          1875 Pennsylvania Avenue, NW
          Washington, DC 20006
          karin.dryhurst@wilmerhale.com
          Tel: 202-663-6000
          Fax: 202-663-6363

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| *Plaintiff,* | ) ) ) | Civil Action No. 3:CV-17-00101 |
| v. | ) ) | (Hon. Robert D. Mariani) |
| Navient Corporation, *et al.*, | ) ) | |
| *Defendants.* | ) ) ) | |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR AN ENLARGEMENT OF TIME TO FILE *DAUBERT* MOTIONS**

Upon consideration of the parties' Joint Motion For An Enlargement Of Time To File *Daubert* Motions, IT IS HEREBY ORDERED that the Motion is GRANTED.  *Daubert* motions are due 60 days after any decision on the parties' motions for summary judgment.

Entered this ___ day of _____, 2020.

_____
The Honorable Robert D. Mariani
District Judge
United States District Court for the
Middle District of Pennsylvania