# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Consumer Financial Protection Bureau, ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No. 3:CV-17-00101 |
| ) | |
| v. ) | (Hon. Robert D. Mariani) |
| ) | |
| Navient Corporation, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## ORDER GRANTING JOINT MOTION FOR AN ENLARGEMENT OF TIME TO FILE *DAUBERT* MOTIONS

Upon consideration of the parties' Joint Motion For An Enlargement Of Time To File *Daubert* Motions, IT IS HEREBY ORDERED that the Motion is GRANTED. *Daubert* motions are due 60 days after any decision on the parties' motions for summary judgment.

Entered this 4th day of SEPTEMBER, 2020.

_____
The Honorable Robert D. Mariani
District Judge
United States District Court for the
Middle District of Pennsylvania