# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Navient Corporation, *et al.*,<br><br>Defendants. | Case No. 3:17-CV-00101-RDM<br>(Hon. Robert D. Mariani)<br><br>ELECTRONICALLY FILED |

### PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER ESTABLISHING ADDITIONAL PROTECTIVE ORDER PROCEDURES

Plaintiff Consumer Financial Protection Bureau respectfully moves for the entry of an Order that supplements the parties' stipulated protective order (Doc. 66-1) with additional procedures to ensure that any filings that constitute judicial records filed in this case on or after May 19, 2020 (the date of the parties' summary judgment motions and accompanying materials), are accessible to the public absent specific findings articulating compelling reasons to overcome the presumption in favor of public access applicable to judicial records. The reasons justifying the additional procedures requested by the Bureau are set forth in the brief filed in support of this motion.

A proposed order is being filed with this motion.

Dated: October 9, 2020

Respectfully submitted,

Thomas G. Ward
*Enforcement Director*

David Rubenstein
*Deputy Enforcement Director*

Thomas Kim
*Assistant Deputy Enforcement Director*

   /s/ Tracee Plowell
Tracee Plowell, NY 2994457
(Tracee.Plowell@cfpb.gov; 202-435-9861)
Ebony Sunala Johnson, VA 76890
(Ebony.Johnson@cfpb.gov; 202-435-7245)
Nicholas Lee, DC 1004186
(Nicholas.Lee@cfpb.gov; 202-435-7059)
Andrea Matthews, MA 694538
(Andrea.Matthews@cfpb.gov; 202-435-7591)
Carl Moore, MD 0912160268
(Carl.Moore@cfpb.gov; 202-435-9107)
*Enforcement Attorneys*

1700 G Street NW
Washington, DC 20552
Fax: 202-435-9346

*Attorneys for Plaintiff*

## **CERTIFICATE OF NON-CONCURRENCE**

I hereby certify pursuant to Local Rule 7.1 that on September 24, 2020, the Bureau requested concurrence from Defendants' counsel in relation to the foregoing motion. Defendants' counsel has informed me that Defendants oppose this motion.

   /s/ Tracee Plowell
Tracee Plowell, NY 2994457
Tracee.Plowell@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-9861
Fax: 202-435-9346

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on October 9, 2020, I filed the foregoing document with the Court's ECF system, which will send notification of such filing to counsel for Defendants.

    /s/ Tracee Plowell
Tracee Plowell, NY 2994457
Tracee.Plowell@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-9861
Fax: 202-435-9346

*Attorney for Plaintiff*