## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSUMER FINANCIAL<br>PROTECTION BUREAU, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **3:17-CV-101** |
| v. | : | **(JUDGE MARIANI)** |
| | : | |
| NAVIENT CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW, THIS 1ST DAY OF DECEMBER, 2020**, upon consideration of the parties' letters (Docs. 549, 550) arguing that this matter should not be stayed pending a decision by the Court of Appeals for the Ninth Circuit in *Consumer Financial Protection Bureau v. Seila Law LLC*, No. 17-56324, and this Court agreeing with the parties' reasoning that the Ninth Circuit is unlikely to address the specific ratification issue presented in this case, and therefore may not provide this Court, or the parties, with any significant guidance in deciding Defendants' Motion for Judgment on the Pleadings, **IT IS HEREBY ORDERED THAT** this action will not be stayed and Defendants' Motion for Judgment on the Pleadings (Doc. 504) shall be decided in due course.[1]

_____

Robert D. Mariani
United States District Judge

---

[1] Because a decision on Defendants' motion may be dispositive of the entire action, Defendants' motion for judgment on the pleadings will be addressed prior to ruling on, if necessary, the parties' cross-motions for summary judgment (Docs. 468, 469), Objection to the Special Master's Report (Doc. 459), and other pending evidentiary motions and unresolved discovery disputes (*see e.g.* Docs. 391, 507, 519, 524, 543).