# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | ) |
| | ) |
| | ) Case No. 3:CV-17-00101-RDM |
| *Plaintiff*, | ) (Hon. Robert D. Mariani) |
| | ) |
| v. | ) |
| | ) |
| Navient Corporation, *et al.*, | ) |
| | ) Electronically Filed |
| *Defendants*. | ) |

### **NOTICE OF CHANGE OF FIRM AND CHANGE OF ADDRESS**

TO THE COURT, ALL PARTIES and ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Daniel P. Kearney of Kirkland & Ellis LLP, hereby appears as counsel of record on behalf of Defendants Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc., and requests that copies of all notices, motions and other filings be directed to the following address:

> Daniel P. Kearney
> KIRKLAND & ELLIS LLP
> 1301 Pennsylvania Avenue, NW
> Washington, DC 20004
> dan.kearney@kirkland.com
> Tel: 202-389-3160

Dated: December 1, 2020             Respectfully submitted,

    /s/ Daniel P. Kearney

Daniel P. Kearney (DC 977148)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20005
dan.kearney@kirkland.com
Tel: 202-389-3160
Fax: 202-389-5200

Daniel T. Brier (PA 52348)
Donna A. Walsh (PA 74833)
Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
dbrier@mbklaw.com
dwalsh@mbklaw.com
Tel: 570-342-6100
Fax: 570-342-6147

*Counsel for Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I filed the foregoing document with the Clerk of the Court via CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

                /s/ Daniel Kearney

                Daniel Kearney
                Kirkland & Ellis LLP
                1301 Pennsylvania Avenue, N.W.
                Washington, D.C. 20005
                Tel: 202-389-3160
                Fax: 202-389-5200