THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-101 |
| | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 13th DAY OF JANUARY, 2021, for the reasons set forth in the Court's accompanying memorandum opinion, Defendants' Motion for Judgment on the Pleadings (Doc. 504) is **DENIED**.

Robert D. Mariani
United States District Judge