**THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 3:CV-17-00101 |
| | ) | (Hon. Robert D. Mariani) |
| v. | ) | |
| | ) | **ORAL ARGUMENT REQUESTED** |
| Navient Corporation, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

<u>**DEFENDANTS' MOTION FOR CERTIFICATION AND STAY**</u>

Defendants Navient Solutions, LLC, Navient Corporation, and Pioneer Credit Recovery, Inc. (together, "Defendants"), by and through undersigned counsel, hereby move to certify the Court's January 13, 2021 order denying Defendants' motion for judgment on the pleadings, Doc. 558, for interlocutory appeal under 28 U.S.C. § 1292(b) and to stay proceedings in this case pending resolution of Defendants' appeal.  The grounds supporting this request are set forth in Defendants' Memorandum of Law which is being filed simultaneously herewith.

Dated:  January 21, 2021

Respectfully submitted,

s/ Jonathan E. Paikin
Jonathan E. Paikin (DC 466445) (*pro hac vice*)
Karin Dryhurst (DC 1034290) (*pro hac vice*)
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
jonathan.paikin@wilmerhale.com
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

Daniel P. Kearney (DC 977148) (*pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
daniel.kearney@kirkland.com
Tel: 202-389-5000

Daniel T. Brier (PA 52348)
Myers Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
dbrier@mbklaw.com
Tel: 570-342-6100
Fax: 570-342-6147

*Counsel for Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc.*

**CERTIFICATE OF NON-CONCURRENCE**

I hereby certify that I sought concurrence from Plaintiff's counsel in relation to this

Motion.  Plaintiff's counsel has not concurred in this motion.

/s/ Karin Dryhurst
Karin Dryhurst (DC 1034290) *(pro hac vice)*
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Karin Dryhurst
Karin Dryhurst (DC 1034290) *(pro hac vice)*
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
karin.dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363