THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | |
| *Plaintiff,* | Civil Action No. 3:CV-17-00101 |
| | (Hon. Robert D. Mariani) |
| v. | |
| Navient Corporation, *et al.*, | |
| *Defendants.* | |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR CERTIFICATION AND STAY**

Upon consideration of Defendants' Motion For Certification And Stay, supporting materials, and the Plaintiff's response, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

The Court's January 13, 2021 order denying Defendants' motion for judgment on the pleadings, Doc. 558, is certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) on the question whether an agency's constitutional defect warrants equitable tolling.

Proceedings in this case are stayed pending resolution of Defendants' interlocutory appeal.

Entered this ___ day of _____, 2021.

_____
The Honorable Robert D. Mariani
District Judge
United States District Court for the
Middle District of Pennsylvania