WilmerHale

February 17, 2021

**Karin Dryhurst**

+1 202 663 6248 (t)
+1 202 663 6363 (f)
karin.dryhurst@wilmerhale.com

<u>**VIA ECF**</u>

The Honorable Robert D. Mariani
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re:  Pending Dispute (Doc. 519, and Defendants' Sept. 3, 2020 Response) in *Consumer Financial Protection Bureau v. Navient Corp. et al.*, Case No. 3:CV-17-00101 (M.D. Pa.)

Dear Judge Mariani:

     I write on behalf of Defendants to inform the Court that the parties have resolved the pending dispute raised in the CFPB's July 30, 2020 Letter, Doc. 519, and Defendants' September 3, 2020 Response, concerning the document attached as Exhibit 148 to the CFPB's Motion for Summary Judgment. Accordingly, the Court does not need to decide this issue, which is now moot. Attached is a partially-redacted Exhibit 148 to the CFPB's Motion for Summary Judgment that reflects the parties' agreement. Defendants have received approval to file this letter from counsel for the CFPB.

                        Respectfully submitted,

                        /s/ Karin Dryhurst

cc: Counsel for the CFPB