THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** : | |
| : | |
| **Plaintiff,** : | |
| : | **3:17-CV-101** |
| v. : | **(JUDGE MARIANI)** |
| : | |
| **NAVIENT CORPORATION, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW, THIS 15TH DAY OF JULY, 2021**, the Court of Appeals for the Third Circuit having denied Defendants' Petition for Permission to Appeal under 28 U.S.C. § 1292(b), **IT IS HEREBY ORDERED THAT** the stay entered in the above-captioned action on February 26, 2021 (Doc. 567) is **LIFTED**.

                                                    s/ *Robert D. Mariani*
                                                  Robert D. Mariani
                                                  United States District Judge