THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| *Plaintiff*, | ) ) ) | Civil Action No. 3:17-cv-00101 (Hon. Robert D. Mariani) |
| v. | ) ) | |
| Navient Corporation, *et al.*, | ) ) | |
| *Defendants*. | ) | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of the undersigned (Webb Lyons) as counsel for Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc. ("Defendants"). Attorneys Daniel T. Brier and Donna A. Walsh of Myers Brier & Kelly, LLP; and Jonathan E. Paikin, Matthew T. Martens, Karin Dryhurst, and Natalie R. Bilbrough of Wilmer Cutler Pickering Hale & Dorr LLP; and Daniel P. Kearney of Kirkland & Ellis, LLP, who have already entered appearances on behalf of Defendants, will continue to represent Defendants in this matter.

Dated: September 23, 2021                     Respectfully submitted,

                                              /s/ Webb Lyons

Webb Lyons (DC No. 1035458)
(*pro hac vice*)
Wilmer Cutler Pickering
　　Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
webb.lyons@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

*Attorney for Defendants Navient Corporation; Navient Solutions, LLC; and Pioneer Credit Recovery, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Karin Dryhurst
Karin Dryhurst (DC 1034290)
(*pro hac vice*)
Wilmer Cutler Pickering
    Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Karin.Dryhurst@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

*Attorney for Defendants Navient Corporation; Navient Solutions, LLC; and Pioneer Credit Recovery, Inc.*