## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | |
| Plaintiff, | Case No. 3:17-CV-00101-RDM (Hon. Robert D. Mariani) |
| v. | ELECTRONICALLY FILED |
| Navient Corporation, *et al.*, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION *IN LIMINE* TO PRECLUDE EVIDENCE FROM OUTSIDE THE RELEVANT TIME PERIOD FOR THIS LITIGATION, OR ALTERNATIVELY, PLAINTIFF'S MOTION TO MODIFY THE SPECIAL MASTER'S ORDER DENYING PRODUCTION OF DATA POST-DATING THE RELEVANT TIME PERIOD FOR THIS LITIGATION [ECF Nos. 391-92]**

Plaintiff Consumer Financial Protection Bureau hereby provides notice to the Court that it is withdrawing its previously filed Motion *In Limine* to Preclude Evidence from Outside the Relevant Time Period for this Litigation, or Alternatively, in Support of its Motion to Modify the Special Master's Order Denying Production of Data Post-Dating The Relevant Time Period for This Litigation [ECF No. 391] and the supporting memorandum [ECF No. 392].

Dated: February 7, 2022      Respectfully submitted,

Eric Halperin
*Enforcement Director*

David Rubenstein
*Deputy Enforcement Director*

Thomas Kim
*Assistant Deputy Enforcement Director*

   /s/ Tracee Plowell
Tracee Plowell, NY 2994457
(Tracee.Plowell@cfpb.gov; 202-435-9861)
Nicholas Lee, DC 1004186
(Nicholas.Lee@cfpb.gov; 202-435-7059)
Carl Moore, MD 0912160268
(Carl.Moore@cfpb.gov; 202-435-9107)
*Enforcement Attorneys*

1700 G Street NW
Washington, DC 20552
Fax: 202-435-9346

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on February 7, 2022, I filed the foregoing document with the

Court's ECF system, which will send notification of such filing to counsel for

Defendants.

  /s/ Tracee Plowell
Tracee Plowell, NY 2994457
Tracee.Plowell@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-9861
Fax: 202-435-9346

Attorney for Plaintiff
