IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL
PROTECTION BUREAU,

    Plaintiff,

v.

NAVIENT CORPORATION, et al.,

    Defendants.

3:17-CV-101
(JUDGE MARIANI)

**FILED**
**SCRANTON**

FEB 0 8 2022

Per_____
    DEPUTY CLERK

## ORDER

AND NOW, THIS ___8th___ DAY OF FEBRUARY, 2022, upon receipt of the Consumer Financial Protection Bureau's Notice of Withdrawal of Motion *in Limine* (Doc. 572), **IT IS HEREBY ORDERED THAT** "Plaintiff's Motion *in Limine* to Preclude Evidence from Outside the Relevant Time Period for this Litigation, or Alternatively, Plaintiff's Motion to Modify the Special Master's Order Denying Production of Data Post-Dating the Relevant Time Period for this Litigation" (Doc. 391) is deemed **WITHDRAWN**.

                                                                       Robert D. Mariani
                                                                       United States District Judge