# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | |
| Plaintiff, | Case No. 3:17-CV-00101-RDM (Hon. Robert D. Mariani) |
| v. | |
| Navient Corporation, *et al.*, | Electronically Filed |
| Defendants. | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please kindly withdraw the appearance of Lawrence DeMille-Wagman as counsel for Plaintiff Consumer Financial Protection Bureau in the above-captioned matter. Attorneys Nicholas Lee, Tracee Plowell, and Carl Moore, who have already entered their appearances on the Bureau's behalf, will continue to represent the Bureau in this matter.

Dated: February 28, 2022

Respectfully submitted


s/*Lawrence DeMille-Wagman*
Lawrence DeMille-Wagman, DC Bar No. 929950
lawrence.demille-wagman@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-7957
Fax: 202-435-7024

*Attorney for Plaintiff*
*Consumer Financial Protection Bureau*

CERTIFICATE OF SERVICE

I certify that on February 28, 2022, I filed this document with the Court's ECF system, which will send notification of the filing to counsel for the Defendants.

_____
Lawrence DeMille-Wagman, DC Bar No. 929950
lawrence.demille-wagman@cfpb.gov

*Attorney for Plaintiff*
*Consumer Financial Protection Bureau*