THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 3:17-cv-00101 |
| | ) | (Hon. Robert D. Mariani) |
| v. | ) | |
| | ) | |
| Navient Corporation, *et al.,* | ) | |
| | ) | |
| *Defendants*. | ) | |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of the undersigned (Natalie Bilbrough) as counsel for Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc. ("Defendants"). Attorneys Daniel T. Brier and Donna A. Walsh of Myers Brier & Kelly, LLP; and Jonathan E. Paikin, Daniel P. Kearney, Matthew T. Martens, Karin Dryhurst of Wilmer Cutler Pickering Hale & Dorr LLP, who have already entered appearances on behalf of Defendants, will continue to represent Defendants in this matter.

Dated: February 16, 2024                Respectfully submitted,

                                        /s/ Natalie Bilbrough

Natalie Bilbrough (DC No. 242036)
(*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
natalie.bilbrough@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

*Attorney for Defendants Navient Corporation; Navient Solutions, LLC; and Pioneer Credit Recovery, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Natalie Bilbrough*
Natalie Bilbrough (DC No. 242036)
(*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Natalie.Bilbrough@wilmerhale.com
Tel: 202-663-6000
Fax: 202-663-6363

*Attorney for Defendants Navient Corporation; Navient Solutions, LLC; and Pioneer Credit Recovery, Inc.*