IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSUMER FINANCIAL
PROTECTION BUREAU,

      Plaintiff,

v.

NAVIENT CORPORATION, et al.,

      Defendants.

3:17-CV-101

(JUDGE MARIANI)

## ORDER

AND NOW, THIS 12th DAY OF SEPTEMBER 2024, the Court having approved the Stipulated Final Judgment jointly submitted by the Consumer Financial Protection Bureau, Navient Solutions LLC, Pioneer Credit Recovery, Inc., and Navient Corporation, and further the Court having retained jurisdiction of this matter for the purpose of enforcing the Stipulated Final Judgment and Order (Doc. 583), **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court Is Directed to **CLOSE** this case for administrative purposes;

2. Should Plaintiff or Defendants, individually or jointly, deem it necessary to invoke the jurisdiction retained by this Court pursuant to the terms of the Stipulated Final Judgment, the party or parties seeking to do so are directed to file a motion to re-open this case and shall set forth the basis for the request that the Court exercise its retained jurisdiction.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge